# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Deere & Company Repair Services Antitrust Litigation, et al.

          Plaintiff,

v.

          Case No.: 3:22−cv−50188

          Honorable Iain D. Johnston

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 7, 2022:

    MINUTE entry before the Honorable Iain D. Johnston: Telephonic status hearing is set for 7/25/2022 at 1:30PM. Counsel will receive an email prior to the start of the telephonic hearing with instructions to join the call. The call−in number is 888−557−8511 and the access code is 2660444. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.