UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION** | Case No.: 3:22-cv-50188<br><br>Hon. Iain D. Johnston |

**DEFENDANT DEERE & COMPANY'S RULE 7.1 AND
<u>LOCAL RULE 3.2 STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant Deere & Company ("John Deere"), by and through its attorneys, states as follows:

John Deere is a publicly-traded corporation. It has no parent corporation. To the best of John Deere's knowledge, and as of John Deere's 2022 Proxy Statement dated January 7, 2022, no single shareholder holds more than 10% of its stock. As of January 7, 2022, Cascade Investment, L.L.C., The Vanguard Group, Inc., and BlackRock, Inc. each owns more than 5% of John Deere's common stock. To the best of John Deere's knowledge, the sole member of Cascade Investment, L.L.C., is William H. Gates III.

| | |
|---|---|
| Dated: July 19, 2022 | Respectfully submitted, |
| | /s/ *Tiffany D. Lipscomb-Jackson* |
| | Tiffany D. Lipscomb-Jackson<br>tdlipscombjackson@jonesday.com<br>JONES DAY<br>325 John H. McConnell Boulevard, Suite 600<br>Columbus, OH 43215-2673<br>Telephone: (614) 281-3876 |
| | John M. Majoras*<br>jmmajoras@jonesday.com<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 879-3939 |
| | Corey A. Lee*<br>calee@jonesday.com<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939 |
| | *\* Pro Hac Vice Application Forthcoming* |
| | *Counsel for Defendant Deere & Company* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

                                            */s/ Tiffany D. Lipscomb-Jackson*