# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | Case No. 3:22-cv-50188<br><br>Hon. Iain D. Johnston |

## PLAINTIFF PLUM RIDGE FARMS, LTD.'S RULE 7.1 AND LOCAL RULE 3.2 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Plaintiff Plum Ridge Farms, Ltd., by and through its attorneys, states as follows: Plum Ridge Farms, Ltd. is an Illinois corporation. As of July 21, 2022, the sole shareholder of Plum Ridge Farms, Ltd. is Robert Haas.

Dated: July 21, 2022										Respectfully submitted,

   /s/ Robert M. Foote

Robert M. Foote, Esq. (3124325)
Kathleen C. Chavez, Esq. (6255735)
Matthew J. Herman, Esq. (6237297)
Elizabeth C. Chavez, Esq. (6323726)
Bret K. Pufahl, Esq. (6325814)
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 W. State Street, Suite 200
Geneva, IL 60134
Tel. No.: (630) 232-7450
Fax No.: (630) 232-7452
Email: rmf@fmcolaw.com
kcc@fmcolaw.com
mjh@fmcolaw.com
ecc@fmcolaw.com
bkp@fmcolaw.com

Marc C. Gravino (6188531)
John J. Holevas (6193167)
WILLIAMSMCCARTHY LLP
P.O. Box 219
Rockford, IL 61105
(815) 987-8936
mgravino@wilmac.com
jholevas@wilmac.com

***Attorneys for Plaintiff Plum Ridge Farms, Ltd.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

                                      /s/Robert M. Foote
                                      Robert M. Foote