## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Deere & Company Repair Services Antitrust
Litigation, et al.

Plaintiff,

v.

Case No.:
3:22−cv−50188

Honorable Iain D.
Johnston

Deere & Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 25, 2022:

MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 7/25/2022. A status report on the plaintiffs' leadership shall be filed by 8/10/2022. The next status hearing will be set at a later date. All answers are stayed.(yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.