# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Western Division

Deere & Company Repair Services Antitrust Litigation, et al.

                               Plaintiff,

v.                                       Case No.: 3:22−cv−50188

                                       Honorable Iain D. Johnston

Deere & Company

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 9, 2022:

      MINUTE entry before the Honorable Iain D. Johnston: An in−person initial status hearing is set for 8/26/2022 at 10:00 AM. Lead and liaison counsel are ordered to appear. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.