# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Deere & Company Repair Services Antitrust Litigation

Case Number: 3:22-cv-50188

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Colvin Farms

Attorney name (type or print): Kyla V. Lemieux

Firm: Paul S. Rothstein, P.A.

Street address: 626 N.E. 1st Street

City/State/Zip: Gainesville, Florida 32601

Bar ID Number: Fla. Bar: 083988
(See item 3 in instructions)

Telephone Number: 352-376-7650

Email Address: kyla.tm@rothsteinforjustice.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 9, 2022

Attorney signature: S/ Kyla V. Lemieux

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015