**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| **IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION** | Case No. 3:22-cv-50188 <br> MDL No. 3030 |
| This Document Relates to: <br> ALL CASES | **STATUS UPDATE RE: PROPOSED LEADERSHIP STRUCTURE** |

Pursuant to the Court's instructions to the parties during the July 25, 2022 telephonic hearing, the undersigned parties submit this status update regarding a proposed leadership structure in the above-titled litigation. The following proposed leadership structure has been formulated through discussion with all counsel.

### PROPOSED LEADERSHIP STRUCTURE

Plaintiffs propose a team of attorneys comprised of Interim Liaison Counsel, Interim Co-Lead Counsel firms, and a multi-firm Interim Plaintiff Steering Committee.

The proposed leadership slate includes attorneys with significant MDL leadership experience as well as attorneys who will bring fresh perspectives and energy to the litigation. The firms and attorneys listed below are each highly qualified and will provide a deep bench of talent to keep this litigation moving forward at a swift pace. All these firms are well-qualified and capable of serving as lead counsel but have agreed to step back in the interest of "private ordering." Each of these firms has unique talents and will be assigned work commensurate with their skills, including assignments to committees focused on specific legal issues, offensive discovery, defensive discovery, class certification, expert work, summary judgment, ESI issues, and trial to name a few. In order to ensure that the work of counsel does not overlap and is efficient, proposed lead counsel will control work assignments and institute a time-keeping and

1

expense protocol, all of which will be audited by proposed lead counsel.

**Proposed Interim Liaison Counsel:**

Foote, Mielke, Chavez & O'Neil, LLC

- **Robert M. Foote:** https://www.fmcolaw.com/team/robert-m-foote/
- **Kathleen C. Chavez:** https://www.fmcolaw.com/team/kathleen-c-chavez/

**Proposed Interim Local Facilitating Counsel:**

Williams McCarthy, LLP

- **Marc C. Gravino:** https://www.wilmac.com/marc-c-gravino/

**Proposed Interim Co-Lead Counsel:**

Cotchett, Pitre & McCarthy, LLP

- **Adam J. Zapala:** https://www.cpmlegal.com/professionals-adam-zapala-complex-litigation-attorney
- **Elizabeth T. Castillo:** https://www.cpmlegal.com/professionals-elizabeth-castillo-antitrust-attorney

Wexler Boley & Elgersma LLP

- **Kenneth A. Wexler:** https://www.wbe-llp.com/team_bio/kenneth-a-wexler/
- **Justin N. Boley:** https://www.wbe-llp.com/team_bio/justin-n-boley

Gustafson Gluek PLLC

- **Daniel C. Hedlund:** https://gustafsongluek.com/daniel-hedlund
- **Kaitlyn L. Dennis:** https://gustafsongluek.com/kaitlyn-dennis

**Proposed Interim Plaintiff Steering Committee:**

- **Lee Albert:** https://www.glancylaw.com/attorneys/lee-albert/
- **Garrett Blanchield:** http://www.rwblawfirm.com/garrett-blanchfield
- **David Cialkowski:** https://www.zimmreed.com/people/david-cialkowski/
- **Jeffrey Kodroff (chair):** http://srkattorneys.com/profiles/jeffrey-kodroff/

- **Mindee Reuben:** https://www.litedepalma.com/mindee-j-reuben

- **Jennifer Sprengel:** https://www.caffertyclobes.com/attorneys/jennifer-winter-sprengel/

- **Peggy Wedgworth:** https://milberg.com/attorney/peggy-wedgworth/

- **Robin F. Zwerling:** https://zsz.com/robin-zwerling/

- **Eric Artrip:** https://www.mastandoartrip.com/attorneys-2/eric-artrip/

This slate represents a consensus of almost all of Plaintiffs' counsel. Such "private ordering" is favored in MDL proceedings such as this.[1] Other firms not given a specific position in the Plaintiffs' leadership structure will receive work based on their specific expertise. Other firms not given a specific position will get appointments to committees when specific committees are formed. If the Court wishes, the undersigned counsel will provide additional information on the attorneys and law firms that are part of this proposed leadership structure or respond to any other application for leadership submitted to the Court.

Dated: August 10, 2022   Respectfully submitted,

 _s/Robert M. Foote_
 Robert Foote, Esq. (3124325)
 Kathleen C. Chavez, Esq. (6255735)
 **FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**
 10 W. State Steet, Suite 200
 Geneva, IL 60134
 rmf@fmcolaw.com
 kcc@fmcolaw.com

 *Proposed Interim Liaison Counsel for Plaintiffs*

 Kenneth A. Wexler
 Justin N. Boley
 Tyler J. Story

---

[1] *See* Third Circuit Task Force on the Selection of Class Counsel, Final Report, Section VIII A., p. 6.1.

**WEXLER BOLEY & ELGERSMA LLP**
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Kaitlyn L. Dennis
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
kdennis@gustafsongluek.com

Adam J. Zapala
Elizabeth T. Castillo
James G. Dallal
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

*Proposed Interim Co-Lead Counsel for Plaintiffs*

Marc C. Gravino (6188531)
**WILLIAMSMCCARTHY LLP**
P.O. Box 219
Rockford, IL 61105
(815) 987-8936
mgravino@wilmac.com

*Proposed Interim Local Facilitating Counsel for Plaintiffs*

4