# UNITED STATES DISTRICT COURT FOR THE
# Northern District of Illinois
# Western Division

In re Deere & Company Repair Services
Antitrust Litigation, et al.

                 Case No: 3:22−cv−50188
                 Honorable Iain D. Johnston

_____/

## NOTICE OF ADDITIONAL COUNSEL

TO THE COURT AND ALL PARTIES OF RECORD:

  Please take notice that for *Colvin Farms v. John Deere & Company*, Case No. 1:22-cv-00126, Northern District of Florida (filed June 13, 2022) (*transferred to MDL*) the following attorney is additional counsel for said case and will file a separate Notice of Appearance:

    Virginia Buchanan
    Fla. Bar No.: 793116

    Levin, Papantonio, Thomas, Mitchell,
    Rafferty & Proctor, P.A.
    316 S. Baylen Street, Suite 600
    Pensacola, FL 32502-5996
    850.435.7013 (office)
    850.436.6013 (fax)

Dated August 10, 2022      Respectfully submitted,

            Paul S. Rothstein, P.A.

            <u>/s/ Paul S. Rothstein</u>
            Paul S. Rothstein
            Florida Bar No. 310123
            626 N.E. First Street
            Gainesville, Florida 32601
            Phone: (352) 376-7650
            Fax: (352) 374-7133
            psr@rothsteinforjustice.com

            *Attorneys for Plaintiff Colvin Farms*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 10, 2022, the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will electronically serve a copy of the foregoing upon all counsel of record.

*/s/ Paul S. Rothstein*