UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

WESTERN DIVISION

| | |
|---|---|
| **IN RE: DEERE & COMPANY REPAIR** | Case No.3:22-cv-50188 |
| **SERVICES ANTITRUST LITIGATION** | MDL No. 3030 |
| This Document Relates to: | **STATUS REPORT** |
| ALL CASES | Hon. Iain D. Johnston |

### PLAINTIFF COLVIN FARMS STATUS REPORT ON LEADERSHIP

Plaintiff Colvin Farms adopts and incorporates the statements and arguments contained in the **DELOACH AND PERRY PLAINTIFFS' STATUS REPORT ON LEADERSHIP.[DOC 45].**

Undersigned Counsel requests that he be considered along with his associate counsel, Kyla LeMieux, for appointments on the Plaintiffs Steering Committee and/or as an additional co-lead counsel. Here is a list of reasons that the Court should evaluate this additional appointments:

1. Plaintiff Colvin Farms has as a primary co-owner, an individual, Blaire Colvin, Ph.D. in Plant Science. Undersigned counsel does not know of any other lead plaintiff who has a doctorate in plant science or is a female farmer. Dr. Colvin is intimately involved in the operation and management of Colvin Farms.

1

2. Undersigned Counsel has substantial experience in class action and complex litigation. His class action experience includes work in consumer, environmental, and bankruptcy litigation. He will tender his list of class action cases with which he has been involved upon request by the Court.

3. Undersigned Counsel has substantial experience working with other firms in class action litigation. Again, these cooperative arrangements continued throughout the litigation and pending class action cases in the inventory include these working relationships.

Dated: August 10, 2022

> Respectfully submitted,
> /s/ *Paul S. Rothstein*
> Paul S. Rothstein (310123)
> Attorney Paul S. Rothstein, P.A.
> 626 N.E. 1st Street
> Gainesville, Fl. 32601
> 352-3767650
> psr@rothsteinforjustice.com