# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | Case No.3:22-cv-50188 |
| | MDL No. 3030 |
| This Document Relates to: | |
| ALL CASES | Hon. Iain D. Johnston |
| _____/ | |

## PLAINTIFF COLVIN FARMS' SUPPLEMENTAL STATUS REPORT ON LEADERSHIP

On August 10, 2022, Plaintiff Colvin Farms filed a Status Report on Leadership [Dkt. 46] and adopted and incorporated the statements and arguments contained in the *DELOACH* AND *PERRY* PLAINTIFFS' STATUS REPORT ON LEADERSHIP [Dkt. 45]. Plaintiff Colvin Farms hereby files this Supplemental Status Report on Leadership and states as follows:

1. For further consideration of the Court in considering leadership appointments, undersigned counsel submits information helpful in considering the undersigned's firm as a candidate offering diversity, different viewpoints and backgrounds to leadership.

2. Paul S. Rothstein is a civil trial lawyer and a member of The Florida Bar since 1980. He is admitted to practice in the United States District Courts for the Northern and Middle Districts of Florida and have appeared in several other state and federal courts throughout the country. Mr. Rothstein's memberships include the Academy of Florida Trial Lawyers and The Florida Bar Association Trial Lawyer Section.

3. Mr. Rothstein has substantial experience in class action and complex litigation including cases involving consumer, environmental, and bankruptcy litigation. A partial list of those cases includes:

> *Ware v. Best Buy Stores L.P.,* 2021 CH 4264
> Circuit Court of Cook County, Illinois, County Department, Chancery Division (pending)
> Previously, *Ware v. Samsung Electronics America, Inc. et al.*, Case No. 3:18-cv-886 (N.D. Ill., appealed to the Seventh Circuit, Briefed, Argued and dismissed to file in state court)
>
> *Rivera-Melo, et al. v. Samsung Electronics America, Inc., et al.,* 20-STCV20962
> Superior Court of the State of California for the County of Los Angeles, Spring Street (pending)
>
> *Bronson et al., v. Samsung Electronics America, Inc. et al.*, 3:18-cv-02300-WHA
> USDC Northern District of California, San Francisco Division (Settlement Class Certified)
>
> *Howe, et al. v. Samsung Electronics America, Inc., et al.,* 1:16-cv-386-RH-GRJ
> USDC Northern District of Florida (settled individually)
>
> *Bacharach v. Hetero Drugs Ltd., et al.,* 1:19-cv-00310-AW-GRJ
> USDC Northern District of Florida (pending)
>
> MDL: *In Re Valsartan Products Liability Litigation, MDL 2875*
> USDC District of New Jersey
>
> *Masiowski, M.D. v. Amerisourcebergen Drug Corporation, et al.,* 2:18-cv-02080
> USDC District of South Carolina
>
> MDL: National Prescription Opiate Litigation MDL 2084
> USDC Northern District of Ohio (Pending)
>
> *Mallinckrodt PLC, et al. (Chapter 11),* 20-12522 (JTD)
> United States Bankruptcy Court for the District of Delaware (member of the Opioid Creditor's Committee) (Recently Emerged From Chapter 11)
>
> *Purdue Pharma, L.P., et al., (Chapter 11)*, 19-23649 (RDD)
> United States Bankruptcy Court for the Southern District of New York (pending)
>
> *Browning et al., v. University of Florida Board of Trustees, et al.,* 2019 CA 3236
> Circuit Court of the Eighth Judicial Circuit in and for Alachua County, Florida
> On appeal to the First District Court of Appeals, Florida (pending)
>
> *Ortega v Chevron,* 4:14-cv-02416
> Southern District of Texas, Houston Division (Class Certified, case settled)
>
> *Yariv, et al. v. AT&T Corp., et al.,* SOM-L-272-05
> Superior Court of New Jersey, Somerset County (Class Certified, case settled)

*Hill v. The Hoover Company, et al.*, 01-2005-CA-759
   Eighth Judicial Circuit in and for Alachua County Florida (Class certification denied)

*Bolton et al., v. Koppers Inc., et al.*, 1:10-cv-253-MCR-GRJ
   USDC Northern District of Florida, Gainesville Division (Certification Denied)

*Sunfower Health, Inc., v. First Data Corp., et al.*, 1:15-cv-00128-MW-GRJ
   USDC Northern District of Florida, Gainesville Division (settled on individual, Dismissed)

*Hall et al., v. SeaWorld Entertainment Inc.*, 3:15-cv-00660-CAB-RBB
   USDC Southern District of California (Dismissed)

*Fiala v. Metropolitan Life Ins. Co.*, New York state court, New York, New York. (Class certified and settlement approved by court.)

*Wise, et al. v. Correctional Medical Services, et al.*, 97-665-CAA
   Marion County, Florida (Class certified, de-certified on appeal, case settled.)

*Bartholomaei, et al. v. Land Rover North America, Inc.*, 03-006834
   Allegheny County, Pennsylvania (case dismissed)

*Hunter's Ridge, et al. v. Georgia-Pacific Corporation, et al.*
   USDC Middle District of Florida (Complex litigation settled, not a class action)

*Garmey et al. v. Franklyn "Frankie" Perry,* District Court of Clark County, Nevada (Class Action – Ponzi Scheme)(class certified, settled)

*Cox v. Shell Oil Company, et al.*, Chancery Court for Obion County, Tennessee, at Union City, Tennessee; (Class Action – Defective Product)

*Spencer et at. v. Shell Oil Company, et al.*, Circuit Court of Greene County, Alabama; (Class Action – Defective Product)

*Viera v. Hoechst Celanese Corporation, Shell Oil Company d/b/a Shell Chemical Company; E.I. Dupont et al.*, Circuit Court of the 11th Judicial Circuit, Dade County, Florida; (Class Action – Defective Product)

*Walker v. State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*, Circuit Court of the 11th Judicial Circuit, Dade County, Florida; (Class Action – Insurance)

*Campbell v. Braun d/b/a Ocala Dental Care, and Correctional Medical Services, Inc.,* Circuit Court, 5th Judicial Circuit, Marion County, Florida; (Class Action – Unfair and Deceptive Trade Practice)

*O'Seep v. Syncronys Softcorp et al.*, Circuit Court of the 5th Judicial Circuit, Marion County, Florida; (Class Action – Computer Software-case settled)

4. Mr. Rothstein has also lectured and written on trial issues and a variety of legal topics, including the following:

*Author of the booklet entitled What Not to Say, 1986, The Florida Dietetic Association.*

*Author of the article entitled Dietetic Malpractice: No Toll-Free Solution, Vol. 1, No. 4, February, 1987, Directions in Applied Nutrition.*
*Author of the article entitled The Citadel for the Human Cadaver: The Harvard Brain Death Criteria Exhumed, Vol. XXXII, 1980, University of Florida Law Review.*
*Lecturer on Trial Tactics to the University of Florida School of Law, 1988 - 1995.*
*Lecturer on Dietetic Malpractice to the University of Florida College of Health Related Sciences, 1985 - 1990.*
*Invited to speak throughout the State of Florida at numerous Health Fraud Seminars by the Florida Dietetic Association*

5. Mr. Rothstein's associate counsel, Kyla V. Lemieux, has been an active part of the firm since 2008. Kyla was admitted to the Florida bar in 2010 and a member of the Maine Bar since 2016, she is also admitted in the Northern District of Florida.

6. Kyla V. Lemieux has worked in class action and complex litigation cases including the following:

*Ware v. Best Buy Stores L.P.,* 2021 CH 4264
  Circuit Court of Cook County, Illinois, County Department, Chancery Division (pending)
  Previously, *Ware v. Samsung Electronics America, Inc. et al.*, Case No. 3:18-cv-886 (N.D. Ill., appealed to the Seventh Circuit, Briefed, Argued and dismissed to file in state court)
*Rivera-Melo, et al. v. Samsung Electronics America, Inc., et al.,* 20-STCV20962
  Superior Court of the State of California for the County of Los Angeles, Spring Street (pending)
*Bronson et al., v. Samsung Electronics America, Inc. et al.*, 3:18-cv-02300-WHA
  USDC Northern District of California, San Francisco Division (Settlement Class Certified)
*Howe, et al. v. Samsung Electronics America, Inc., et al.,* 1:16-cv-386-RH-GRJ
  USDC Northern District of Florida (settled individually)
*Bacharach v. Hetero Drugs Ltd., et al., 1:19-cv-00310-AW-GRJ*
  USDC Northern District of Florida (pending)
MDL: *In Re Valsartan Products Liability Litigation, MDL 2875*
  USDC District of New Jersey
*Masiowski, M.D. v. Amerisourcebergen Drug Corporation, et al.,* 2:18-cv-02080
  USDC District of South Carolina
MDL: National Prescription Opiate Litigation MDL 2084
  USDC Northern District of Ohio (Pending)
*Mallinckrodt PLC, et al. (Chapter 11),* 20-12522 (JTD)
  United States Bankruptcy Court for the District of Delaware (member of the Opioid Creditor's Committee) (Recently Emerged From Chapter 11)

*Purdue Pharma, L.P., et al., (Chapter 11)*, 19-23649 (RDD)
    United States Bankruptcy Court for the Southern District of New York (pending)

*Browning et al., v. University of Florida Board of Trustees, et al.,* 2019 CA 3236
    Circuit Court of the Eighth Judicial Circuit in and for Alachua County, Florida
    On appeal to the First District Court of Appeals, Florida (pending)

*Ortega v Chevron,* 4:14-cv-02416
    Southern District of Texas, Houston Division (Class Certified, case settled)

*Yariv, et al. v. AT&T Corp., et al.,* SOM-L-272-05
    Superior Court of New Jersey, Somerset County (Class Certified, case settled)

*Hill v. The Hoover Company, et al.,* 01-2005-CA-759
    Eighth Judicial Circuit in and for Alachua County Florida (Class certification denied)

*Bolton et al., v. Koppers Inc., et al.,* 1:10-cv-253-MCR-GRJ
    USDC Northern District of Florida, Gainesville Division (Certification Denied)

*Sunfower Health, Inc., v. First Data Corp., et al.,* 1:15-cv-00128-MW-GRJ
    USDC Northern District of Florida, Gainesville Division (settled on individual, Dismissed)

*Hall et al., v. SeaWorld Entertainment Inc.,* 3:15-cv-00660-CAB-RBB
    USDC Southern District of California (Dismissed)

Dated August 11, 2022                                          Respectfully submitted,

                                                                     Paul S. Rothstein, P.A.
                                                                     /s/ Paul S. Rothstein
                                                                    Paul S. Rothstein
                                                                    Florida Bar No. 310123
                                                                    626 N.E. First Street
                                                                    Gainesville, Florida 32601
                                                                    Phone: (352) 376-7650
                                                                    Fax: (352) 374-7133
                                                                    psr@rothsteinforjustice.com

                                                                    *Attorneys for Plaintiff Colvin Farms*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 11, 2022, the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will electronically serve a copy of the foregoing upon all counsel of record.

*/s/ Paul S. Rothstein*