**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE JOHN DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Class Actions | Civil Action No. 3:22-cv-50188<br><br>Judge Iain D. Johnston |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the law firm of WEXLER BOLEY & ELGERSMA LLP, formerly WEXLER WALLACE LLP, has changed its mailing address to the following:

WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
TEL: (312) 346-2222
FAX: (312) 346-0022

DATED: August 16, 2022

*/s/ Kenneth A. Wexler*
Kenneth A. Wexler
Justin N. Boley
Tyler J. Story
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Tel: 312-346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com

*Attorneys for Plaintiffs and the Proposed Class*