UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Western Division

Deere & Company Repair Services Antitrust Litigation, et al.

Plaintiff,

v.

Case No.: 3:22−cv−50188

Honorable Iain D. Johnston

Deere & Company

Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 17, 2022:

MINUTE entry before the Honorable Iain D. Johnston: The motions for leave to appear pro hac vice filed by attorneys Robin Zwerling [50], Susan Salvetti [51], Justin Tarshis [52], Kurt Kessler [54] and Ling Kuang [55] are granted. Those attorneys shall file their appearance forms by 8/19/2022. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.