UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION  THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) ) CASE NO. 3:22-CV-50188 ) ) ) |

**PLAINTIFF BLAKE JOHNSON AND TRINITY WELLS'**
**<u>BRIEF IN SUPPORT OF PROPOSED LEADERSHIP STRUCTURE</u>**

Pursuant to the Court's instructions to the Parties during the August 26, 2022, telephonic hearing, the undersigned submit this short statement in support of the Proposed Leadership Structure (Doc. 66).

Undersigned counsel, on behalf of the individual Plaintiffs they represent and the putative class, and sub-classes as defined, support the Proposed Leadership Structure as filed on August 25, 2022.

The lawyers and staff from the firms comprising the proposed Liaison, Facilitating, Co-Lead Counsel positions have collectively spent hundreds of hours preparing and analyzing the conduct which ultimately resulted in the initial complaint filed on January 12, 2022. The Complaints filed after this date drew heavily on the work these firms performed. Hence, these firms have the knowledge and experience in this area and are in the best position to lead this litigation going forward.

Further, it is clear that the Proposed Leadership Structure is the result of a thoughtful approach which recognized both the skills sets necessary for effective litigation of this case and the identification of lawyers best suited to fill those roles. The Proposed Leadership Structure

also represents the diversity, including geographical, necessary for accomplishing the tasks ahead.

Finally, there are a number of lawyers in this case who have served as liaison, facilitating, or co-lead counsel in any number of complex class action and multi-district litigation cases. The undersigned have prosecuted scores of class action cases and have served in both lead and co-lead position in multiple MDLs. However, the undersigned, and most of the other lawyers in this case, recognize the expertise and work of the proposed Liaison, Facilitating, and Co-Lead Counsel in initiating this case and are willing to contribute in whatever way possible to litigate this matter at their direction to a successful conclusion.

Based on the foregoing, undersigned respectfully request that this Court enter an Order accepting the Proposed Leadership Structure as filed.

Submitted this the 26th day of August, 2022.

s/Eric J. Artrip
Eric J. Artrip (ASB-9673-I68E)
D. Anthony Mastando (ASB-0893-X32B)
MASTANDO & ARTRIP, LLC
301 Washington St., Suite 302
Huntsville, Alabama  35801
Phone: (256) 532-2222
Fax:    (256) 513-7489
artrip@mastandoartrip.com
tony@mastandoartrip.com


Richard P. Rouco  (ASB-6182-R76R)
QUINN, CONNOR, WEAVER,  DAVIES & ROUCO LLP
2- 20th Street North, Suite 930
Birmingham, Alabama 35203
Phone: (205) 870-9989
Fax:  (205) 803-4143
rrouco@qcwdr.com

Joe R. Whatley
Tucker Brown
WHATLEY KALLAS, LLC
2001 Park Place Suite 1000
Birmingham, Alabama 35203
Phone: (205) 488-1200
Fax: (205) 800-922-4851
jwhatley@whatleykallas.com
tbrown@whatleykallas.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of August, 2022, the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois which will electronically serve a copy of the foregoing upon all counsel of record.

s/Eric J. Artrip
Eric J. Artrip