## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Deere & Company Repair Services Antitrust Litigation, et al.

                         Plaintiff,

v.                                              Case No.: 3:22−cv−50188

                                              Honorable Iain D. Johnston

Deere & Company

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 2, 2022:

      MINUTE entry before the Honorable Iain D. Johnston: The Court adopts the proposed leadership structure as identified during the August 26, 2022, status. This ruling is no way a reflection on the Sharp Law Firm, including Rex Sharp and his team. The Court has done its due diligence on all counsel in this case. The Court has learned that the Sharp Law Firm is highly respected, with excellent litigation skills, resulting in outstanding results for its clients. The Court hopes that the Sharp Law Firm remains fully engaged in this litigation. As the Court has mentioned on at least two occasions, as part of a pilot study, the Court anticipates using the Discovery Proportionality Model: A New Framework for this case. More information can be found at https://rabiejcenter.org/best−practices/ediscovery /. The Court will discuss this, among other things, at the next status. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.