UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: Deere & Company Repair Services Antitrust Litigation | Case No. 3:22-cv-50188<br>MDL No. 3030 |
| This Document Relates to:<br>Ferrell v. Deere & Co., No. 3-22-cv-50190 | |

### PLAINTIFF MONTY FERRELL'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Monty Ferrell respectfully submits this Notice of Voluntary Dismissal of this Action. Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff's claims are hereby dismissed without prejudice with each party to bear its own costs and attorneys' fees.

Dated: September 6, 2022.

Respectfully submitted,

/s/ *Rex A. Sharp*

Rex A. Sharp
Isaac L. Diel
Greg M. Bentz
Ruth Anne French-Hodson
Hammons P. Hepner
SHARP LAW, LLP
4820 W. 75th St.
Prairie Village, KS 66208
Telephone: (913) 901-0505
Facsimile: (913) 901-0419
rsharp@midwest-law.com
idiel@midwest-law.com
gbentz@midwest-law.com
rafrenchhodson@midwest-law.com
hhepner@midwest-law.com

-and-

Kyle B. Hadwiger
Hadwiger & Jungman, PLLC
120 S. Grand
P.O. Box 306
Cherokee, OK 73728
kyle@hjoklaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel who have registered for receipt of the documents filed in this matter.

/s/*Rex A. Sharp*
Rex A. Sharp