**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Western Division**

Deere & Company Repair Services Antitrust
Litigation, et al.

                 Plaintiff,

v.                   Case No.:
                    3:22−cv−50188
                    Honorable Iain D.
                    Johnston

Deere & Company

                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 7, 2022:

   MINUTE entry before the Honorable Iain D. Johnston: In light of the notice of voluntary dismissal [75], the claim brought by plaintiff Monty Ferrell is dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff Monty Ferrell and the member case 22 CV 50190 are terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.