**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Western Division**

Deere & Company Repair Services Antitrust Litigation, et al.

                                          Plaintiff,

v.                                           Case No.: 3:22−cv−50188

                                          Honorable Iain D. Johnston

Deere & Company

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 8, 2022:

      MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 9/8/2022. The parties proposed draft case management order shall be submitted by way of Judge Johnston's proposed order email. Plaintiffs are given leave to file their consolidated amended complaint by 10/24/2022. Defendant's answer and/or motion shall be filed by 12/8/2022. Parties are to provide information about any litigation funding to the proposed order inbox for ex parte review. The next hearing will be set at a later date. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.