UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | Case No.: 3:22-cv-50188<br><br>Hon. Iain D. Johnston |

### ORDER REGARDING CASE MANAGEMENT ORDER NO. 1

### GOVERNING INITIAL CASE DEADLINES

The Court, having considered the Parties' Joint Stipulation and Proposed Case Management Order No. 1 ("CMO No. 1") hereby enters an Order setting the following initial deadlines for the above-captioned case:

| Event | Deadline |
|---|---|
| **Plaintiffs to file a Consolidated Complaint 45 days after the Initial Status Conference held on September 8, 2022** | October 24, 2022 |
| **Parties to file (1) a stipulated protective order, or briefing on areas of dispute; (2) an agreed-to protocol for the production of electronically stored information, or briefing on areas of dispute; and (3) a proposed Fed. R. Civ. P. 502(d) order, or briefing on areas of dispute within 60 days from Court's Order Appointing Class Counsel on September 2, 2022 (ECF No. 73)** | November 1, 2022 |
| **Defendant to answer or otherwise respond to the Consolidated Complaint (a brief in support of a motion filed under Fed. R. Civ. P. 12 ("Rule 12 Motion") is limited to 40 pages) 45 days after the Consolidated Complaint is filed** | December 8, 2022 |

| Event | Deadline |
|---|---|
| Parties to complete meet and confers and file a report pursuant to Rule 26, including a proposed schedule for the remainder of the litigation, discovery limitations and other matters required by Rule 26, or any areas of dispute 60 days after the Consolidated Complaint is filed | December 23, 2022 |
| Plaintiffs to file an opposition to any Defendant Rule 12 Motion (limited to 40 pages) 45 days after any Rule 12 Motion is filed | January 23, 2023 |
| Defendant to file a reply in further support of its Rule 12 Motion, if any (limited to 21 pages) 30 days after Plaintiffs' Opposition to any Rule 12 Motion | February 22, 2023 |

**IT IS SO ORDERED**

Signed on this 20th day of September, 2022.

_____
HONORABLE IAIN D. JOHNSTON
UNITED STATES DISTRICT COURT JUDGE