UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Western Division

Deere & Company Repair Services Antitrust
Litigation, et al.

Plaintiff,

v.

Case No.:
3:22−cv−50188

Honorable Iain D.
Johnston

Deere & Company

Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 18, 2022:

MINUTE entry before the Honorable Iain D. Johnston: The Court has received the parties' revised orders, and thanks counsel for their work and efforts on all three. The joint motion for a protective order [86] and the joint motion for a Rule 502 order [88] are granted. The protective order, the Rule 502 order, and the parties' agreed protocol for the production of documents and ESI shall all be entered on the docket. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.