UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | Case No.: 3:22-cv-50188<br>Hon. Iain D. Johnston |

**DEFENDANT DEERE & COMPANY'S MOTION FOR
JUDGMENT ON THE PLEADINGS**

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant Deere & Company ("John Deere") hereby moves for Judgment on the Pleadings. In support of its Motion, John Deere submits its Memorandum of Law, filed contemporaneously herewith, and incorporates the same as if fully set forth herein.

WHEREFORE, Defendant John Deere respectfully requests that the Court grant its Motion for Judgment on the Pleadings.

| | |
|---|---|
| Dated: December 8, 2022 | Respectfully submitted, |

/s/ *Tiffany D. Lipscomb-Jackson*

John M. Majoras
jmmajoras@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939

Tiffany D. Lipscomb-Jackson
tdlipscombjackson@jonesday.com
JONES DAY
325 John H. McConnell Boulevard,
Suite 600
Columbus, OH 43215-2673
Telephone: (614) 281-3876

Corey A. Lee
calee@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939

Amanda B. Maslar (6321073)
amaslar@jonesday.com
JONES DAY
110 North Wacker, Suite 4800
Chicago, IL  60606
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

*Counsel for Defendant Deere & Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on December 8, 2022, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

      */s/ Tiffany D. Lipscomb-Jackson*