UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | Case No.: 3:22-cv-50188<br>MDL No. 3030<br><br>Hon. Iain D. Johnston |

**SCHEDULE FOR STATUS CONFERENCES**

Pursuant to the Court's January 10, 2023 Minute Entry (ECF No. 108), the parties to the above-captioned litigation jointly submit this proposed schedule for quarterly status conferences through the completion of briefing of *Daubert* motions in 2025. For ease of reference, the parties overlay the proposed dates for the status conferences on the case schedule entered by the Court (ECF No. 109):

| Event | Deadline |
|---|---|
| Rule 12 motion hearing | To be set by Court, if necessary |
| Deadline to serve Rule 26 initial disclosures | Tuesday, January 31, 2023 |
| Deadline to serve comprehensive Rule 34 requests for production[1] | Monday, February 13, 2023 |
| Status conference | Tuesday, March 24, 2023 at 10:00 a.m. CT |
| Deadline to file motion to compel on comprehensive requests for production | Friday, April 28, 2023 |
| Status conference | Thursday, May 11, 2023 at 9:00 a.m. CT |
| Deadline for structured data productions to be substantially completed | Friday, July 28, 2023, or 90 days after the parties complete the meet and confer process on the requests calling for structured data and any disputes related thereto are resolved by Court order |
| Status conference | Thursday, August 17, 2023 at 9:00 a.m. CT |
| Deadline for productions to be substantially completed | Wednesday, October 4, 2023 |
| Deadline to amend complaint | Wednesday, December 6, 2023 |
| Status conference | Tuesday, December 12, 2023 at 9:00 a.m. CT |

---

[1] The parties may serve additional, targeted Rule 34 requests for production until 90 days before the close of fact discovery.

| Event | Deadline |
|---|---|
| Status conference | Thursday, March 28, 2024 at 9:00 a.m. CT |
| Close of fact discovery | Wednesday, April 24, 2024 |
| Deadline for Plaintiffs to serve expert report(s) in support of class certification/merits | Wednesday, May 22, 2024 |
| Status conference | Thursday, June 13, 2024 at 9:00 a.m. CT |
| Deadline for Defendant to serve rebuttal class certification/merits expert report(s) | Monday, August 5, 2024 |
| Status conference | Thursday, September 19, 2024 at 9:00 a.m. CT |
| Deadline for Plaintiffs to serve expert reply(ies) in support of class certification/merits | Monday, October 21, 2024 |
| Close of expert discovery | Monday, November 4, 2024 |
| Deadline to file *Daubert* motion(s) pertaining to class certification/merits experts | Monday, November 25, 2024 |
| Status conference | Thursday, December 19, 2024 at 9:00 a.m. CT |
| Deadline to file opposition(s) to *Daubert* motion(s) pertaining to class certification/merits experts | Monday, January 13, 2025 |
| Deadline to file replies in support of *Daubert* motion(s) pertaining to class certification/merits experts | Wednesday, February 12, 2025 |
| Status conference | Thursday, February 27, 2025 at 9:00 a.m. CT |
| Hearing on *Daubert* motion(s) pertaining to class certification/merits experts | To be set by Court, if necessary |
| Deadline for Plaintiffs to file Motion for Class Certification | 45 days from this Court's ruling on pending *Daubert* motion(s) pertaining to class certification/merits experts |
| Deadline for Defendant to file an opposition to Plaintiffs' Motion for Class Certification | 45 days from filing Motion for Class Certification |
| Deadline for Plaintiffs to file Reply in support of Motion for Class Certification | 45 days from filing opposition to Plaintiffs' Motion for Class Certification |
| Motion for Class Certification hearing | To be set by the Court, if necessary |
| Motion(s) for summary judgment | 45 days after both (1) the Court's ruling on all *Daubert* motion(s) and (2) the Court's ruling on the Motion for Class Certification or, if an appeal is sought, after the final appellate ruling |
| Opposition(s) to motion for summary judgment | 45 days from filing motion(s) for summary judgment |

| Event | Deadline |
|---|---|
| Reply(ies) in support of motion(s) for summary judgment | 30 days from filing opposition(s) to motion(s) for summary judgment |
| Rule 56 motion(s) hearing | To be set by the Court, if necessary |
| Court to hold status hearing to discuss pre-trial issues, including structure of trial, motions *in limine*, and final pretrial conference | 30 days after the Court's Ruling on Rule 56 motion(s) |

**IT IS SO ORDERED**

Signed on this thirty-first day of January, 2023.

　　　　　　　　　　　　　　　　HONORABLE IAIN D. JOHNSTON
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE