UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | Case No.: 3:22-cv-50188<br><br>Hon. Iain D. Johnston |

DEFENDANT DEERE & COMPANY'S MOTION FOR LEAVE
TO FILE A RESPONSE NOT TO EXCEED 10 PAGES
TO THE UNITED STATES' STATEMENT OF INTEREST

Defendant Deere & Company ("John Deere") respectfully moves for leave to file a response not to exceed 10 pages to the United States' Statement of Interest by February 28, 2023, so John Deere can appropriately address the United States' arguments. In support of its Motion, John Deere states as follows:

1. On September 20, 2022, the Court entered a briefing schedule for John Deere's Rule 12 motion in response to Plaintiffs' Consolidated Complaint with the following deadlines and page limits (ECF No. 80): 40 pages for John Deere's opening brief (due December 8, 2022); 40 pages for Plaintiffs' opposition brief (due January 23, 2023); and 21 pages for John Deere's reply brief (due February 22, 2023).

2. John Deere filed its Answer and Affirmative Defenses to Plaintiffs' Consolidated Class Action Complaint and its Motion for Judgment on the Pleadings on December 8, 2022. ECF Nos. 103, 104, & 105.

3. Plaintiffs filed their opposition to John Deere's Motion for Judgment on the Pleadings on January 23, 2023. ECF No. 110

4. Nine days before John Deere's deadline to file its reply brief in support of its Motion for Judgment on the Pleadings, on February 13, 2023, the United States moved this Court for

leave to file a Statement of Interest pursuant to 28 U.S.C. § 517. ECF No. 118. The Statement of Interest is 23 pages.

5. The Court granted the United States' unopposed Motion for Leave to File the 23-Page Statement of Interest on February 14, 2023. ECF No. 119.

6. Prior to filing its motion for leave to file a Statement of Interest, the United States informed John Deere that it intended to seek leave to file a Statement of Interest in this matter. John Deere agreed not to oppose the motion seeking leave to file the Statement, but did not see a copy of the Statement of Interest until it was publicly filed on February 13, 2023.

7. Courts, including Courts in the Northern District of Illinois, routinely allow litigants to respond to a Statement of Interest. *See e.g., Henry et al. v. Brown University et al.*, No. 1:22-CV-00125, ECF No. 169 (July 8, 2022) (granting defendants' motion for leave to file a response to the United States' Statement of Interest); *Poonja v. Kelly Servs., Inc.*, No. 1:20-CV-04388, ECF No. 40 (N.D. Ill. May 4, 2021) (allowing defendant 13 days to file a supplemental reply brief responding to the arguments raised by the United States); *Plaintiffs A, B, C, D, E, F v. Jiang Zemin*, No. 1:02-CV-07530, ECF No. 21 (N.D. Ill. Jan. 13, 2003) (allowing plaintiffs 2 months to respond to the United States' Statement of Interest, or, in the Alternative, Suggestion of Immunity).

8. The Statement of Interest raises new arguments on the issues in dispute in this case. John Deere does not have sufficient space in its reply nor time to adequately respond to the arguments made in the Statement of Interest. Therefore, John Deere respectfully requests leave to file a response not to exceed 10 pages to the United States' Statement of Interest by February 28, 2023.

9. John Deere's Motion is sought in good faith and not for the purposes of delay. Neither party will be prejudiced by this Motion.

10. Counsel for Plaintiffs and John Deere have conferred, and Plaintiffs do not oppose John Deere's request.

WHEREFORE, John Deere respectfully requests leave to file a response to the United States' Statement of Interest not to exceed 10 pages by February 28, 2023.

Dated: February 15, 2023       Respectfully submitted,

/s/ *John M. Majoras*

John M. Majoras
jmmajoras@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939

Tiffany Lipscomb-Jackson
tdlipscombjackson@jonesday.com
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215-2673
Telephone: (614) 281-3876

Corey A. Lee
calee@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939

Amanda B. Maslar (6321073)
amaslar@jonesday.com
JONES DAY
110 North Wacker, Suite 4800
Chicago, IL  60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

*Counsel for Defendant Deere & Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 15, 2023, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

*/s/ John M. Majoras*
