```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                           WESTERN DIVISION

 3  IN RE:  Deere & Company Repair   )  Docket No. 22 CV 50188
    Services Antitrust Litigation    )
 4                                   )  Rockford, Illinois
                                     )  Friday, March 24, 2023
 5                                   )  10:00 o'clock a.m.
                                     )
 6                       TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE IAIN D. JOHNSTON
 7
    APPEARANCES:
 8
    For the Plaintiffs:           COTCHETT PITRE & MCCARTHY LLP
 9                                (840 Malcolm Road,
                                   Suite 200,
10                                 Burlingame, CA  94010) by
                                  MR. ADAM J. ZAPALA
11
                                  FOOTE MIELKE CHAVEZ & O'NEIL LLC
12                                (10 West State Street,
                                   Suite 200,
13                                 Geneva, IL  60134) by
                                  MS. KATHLEEN CURRIE CHAVEZ
14                                MR. ROBERT M. FOOTE

15                                GUSTAFSON GLUEK PLLC
                                  (120 South Sixth Street,
16                                 Suite 2600,
                                   Minneapolis, MN  55402) by
17                                MR. DANIEL C. HEDLUND

18                                MASTANDO & ARTRIP LLC
                                  (301 Washington Street, NW
19                                 Suite 302,
                                   Huntsville, AL  35801) by
20                                MR. ERIC J. ARTRIP
                                  MR. DENNIS A. MASTANDO
21
                                  QUINN, CONNOR, WEAVER, DAVIES &
22                                ROUCO LLP
                                  (2 Twentieth Street North,
23                                 Suite 930,
                                   Birmingham, AL  35203) by
24                                MR. RICHARD P. ROUCO

25
```

```
 1                                WEXLER BOLEY & ELGERSMA LLP
                                  (311 South Wacker Drive,
 2                                 Suite 5450,
                                   Chicago, IL  60606) by
 3                                MR. KENNETH A. WEXLER

 4                                WILLIAMS MCCARTHY LLP
                                  (120 West State Street,
 5                                 Rockford, IL  61105) by
                                  MR. MARC C. GRAVINO
 6                                MR. JOHN J. HOLEVAS

 7   For the Defendants:          JONES DAY
                                  (325 John H. McConnell Boulevard,
 8                                 Suite 600,
                                   Columbus, OH  43215) by
 9                                MS. TIFFANY D. LIPSCOMB-JACKSON
                                  (901 Lakeside Avenue,
10                                 Cleveland, OH  44114) by
                                  MR. COREY A. LEE
11
     Court Reporter:              Heather M. Perkins-Reiva
12                                327 South Church Street
                                  Rockford, IL  61101
13                                (779)772-8309
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1            THE CLERK:  Calling 22 CV 50188, Deere & Company
 2   Repair Services Antitrust Litigation.
 3            THE COURT:  Good morning, counsel.  Let's get
 4   appearances for the record.
 5            I'm going to try to make this a little more orderly.
 6   I'm just going to go down the docket.
 7            Do we have an attorney for Forest River Farms?
 8            MR. FOOTE:  Judge, Robert Foote on behalf of all of
 9   the class reps, along with Adam Zapala and Kathleen Chavez and
10   Marc Gravino.
11            MR. HEDLUND:  And Dan Hedlund, too, here.  Good
12   morning.
13            MR. GRAVINO:  Good morning, Your Honor.
14            John Holevas is here as well.
15            THE COURT:  So my plan just crashed and burned in
16   about ten seconds.
17            MR. HEDLUND:  It did not take long.  It did not take
18   long.
19            THE COURT:  Okay.  Hold on a second.
20            I heard Mr. Foote give several names, and then
21   somebody chimed in.  So that's why I was going to go in order
22   of what we have got here.
23            Do we have somebody for Forest River Farms?
24            MR. FOOTE:  Robert Foote, Your Honor.
25            MR. WEXLER:  Your Honor -- Ken Wexler, Your Honor.
```

```
 1   All the plaintiffs, lead counsel and liaison, are here on
 2   behalf of --
 3           THE COURT:  Hold on one second.  Hold on one second.
 4   Ms. Perkins-Reiva can't hear.
 5           Hold on one second.
 6           We are having a technology issue.  Hold on one
 7   second.
 8      (Brief pause.)
 9           THE COURT:  Okay.  We are going to try this again.
10   We are having a technological issue.
11           So let's try this again, and we will see if
12   Ms. Perkins-Reiva can hear us.
13           Counsel appearance for Forest River Farms?
14           MR. FOOTE:  Robert Foote on behalf of Forest River
15   Farms and all other plaintiffs, Your Honor.
16           THE COURT:  How about that?  Does that work?
17           THE REPORTER:  No, the box is not working, but I can
18   try to go with it here.
19           THE COURT:  Okay.
20           MS. CHAVEZ:  And Kathleen Chavez, also on behalf of
21   Forest River Farms and all of the plaintiffs.
22           THE COURT:  Any better?
23           THE REPORTER:  Sorry.
24           THE COURT:  Okay.
25           MS. CHAVEZ:  I might have mumbled that.  I apologize.
```

```
 1  Kathleen Chavez on behalf of all plaintiffs.
 2          THE COURT: Ms. Chavez, it is nothing you did. It's
 3  we are having issues here on our side. I can hear you fine.
 4          Plum Ridge Farms?
 5          MR. ZAPALA: Good morning, Your Honor. Adam Zapala
 6  from Cotchett Pitre & McCarthy on behalf of the class, all
 7  plaintiffs.
 8          THE COURT: All right. Mr. Gravino?
 9          MR. GRAVINO: Good morning, Your Honor. Marc Gravino
10  and John Holevas on behalf of Plum Ridge Farms and all class
11  plaintiffs as well.
12          THE COURT: Got you. Okay.
13          Daniel Brown?
14          MR. HEDLUND: Good morning, Your Honor. Dan Hedlund,
15  Gustafson Gluek, on behalf of the class plaintiffs.
16          If I may, as part of our consolidated amended
17  complaint, we narrowed down the number of remaining class
18  plaintiffs to nine separate party plaintiffs, and as Your
19  Honor saw, we stipulated with the defendants to dismiss one of
20  them, which was Robbins Family Grain. So for purposes of the
21  ongoing litigation, there are eight class representatives, and
22  as appointed lead and liaison counsel, Mr. Foote, Mr. Zapala's
23  firm, Mr. Wexler's firm, and Mr. Gravino's firm as liaison,
24  facilitating counsel represent all of those.
25          THE COURT: Okay.
```

1         MR. HEDLUND:  If that is helpful.
2         THE COURT:  I don't know if it is helpful.
3         Is there any other counsel for plaintiff?
4         MR. WEXLER:  Yes.  Your Honor, Ken Wexler is here.
5    For the record, I am entering my appearance for all class
6    plaintiffs.
7         THE REPORTER:  Judge, I can't hear.
8      (Brief pause.)
9         THE COURT:  Okay.  We are going to take a quick break
10   so that we can get this transcribed.
11     (Recess taken.)
12        THE COURT:  All right.  We should be back up and
13   running here.
14        Any other counsel appearance for plaintiff?  I think
15   we got everybody.
16        MR. ARTRIP:  Good morning, Your Honor.  This is Eric
17   Artrip from Mastando & Artrip, and I have Tony Mastando on the
18   line from my firm as well, and I believe Richard Rouco is also
19   on the line.
20        THE COURT:  Okay.  Anybody else?
21     (No response.)
22        THE COURT:  Okay.  I am going to take that as a no.
23        And let's get an appearance for John Deere.
24        MS. LIPSCOMB-JACKSON:  Good morning, Your Honor.
25   Tiffany Lipscomb-Jackson of Jones Day, and I'm joined by my

1 colleague, Corey Lee, on behalf of John Deere.

2     THE COURT: All right. Good morning.

3     All right. I have the parties' filings on the
4 judgment on the pleadings. There is -- within the 12(c)
5 motion and memo, there is a challenge to standing. I'm just
6 going to interpret that as a facial challenge, like a 12(b)(6)
7 kind of facial challenge to standing. So that will clear that
8 issue up.

9     And then I know that the Department of Justice filed
10 a position paper. John Deere was given the opportunity to
11 respond. So I think we are fully briefed at this point.

12     Is my understanding correct, Mr. Foote?

13     MR. FOOTE: Yes, Your Honor.

14     THE COURT: Okay. Good.

15     So where do we stand on discovery?

16     Let me start with Mr. Foote.

17     MR. FOOTE: Judge, why don't we let Mr. Hedlund -- he
18 has been dealing more with that -- bring you up to date.

19     THE COURT: Okay. Great.

20     MR. HEDLUND: Sure. Good morning, Your Honor. Dan
21 Hedlund for the plaintiff.

22     We have been moving forward with discovery. Deere
23 has served on plaintiffs a first set of request for production
24 and interrogatories. We have responded to both of them. We
25 have served our first request for production on Deere, and

1  they just earlier this -- or I guess last week responded to
2  that with their responses and objections.
3          So the parties are aware of the requirements under
4  the ESI protocol for proposing custodians and search terms,
5  and I anticipate we will be meeting and conferring soon with
6  regard to each other's responses and objections.  But so far,
7  I think everything is moving forward.  Not to say that we
8  won't have some disputes down the line, but we will certainly
9  try to talk them through with each other.
10         THE COURT:  Okay.  I appreciate that.
11         How about from Deere's perspective?
12         MS. LIPSCOMB-JACKSON:  Thank you, Your Honor.
13         We agree with that assessment.  The parties are
14 working cooperatively and moving forward within the deadlines
15 in the schedule.
16         THE COURT:  Okay. All right. We are off to a good
17 start.  I don't want to jinx it or anything.
18         Give me a moment.
19         And I apologize, not only did Ms. Perkins-Reiva have
20 her system updated -- you saw how well that worked -- we have
21 a new calendaring system.  It is an update to our calendaring
22 system that I'm still having -- I'm still learning.
23 Ms. Pedroza is doing much better than I am in learning it.
24 I'm still learning it.
25         So I know we have another status set sometime next

1  month, and there used to be an easy way to do this, and I
2  think there still is, or I could just ask you:  When is the
3  next status?
4             MS. LIPSCOMB-JACKSON:  Your Honor, I believe the next
5  status conference is May 24th.
6             MR. HEDLUND:  Your Honor, I have it marked as
7  May 11th.
8             THE COURT:  Okay.  Hold on one second.
9             Yes, May 11th, 9:00 o'clock.  Okay.  Well, at least
10 we've got that.  We are in agreement on that.
11            But while I have got everybody on the phone -- I have
12 got an update on status -- I will get to work on the motions.
13 There is a few more things on my to-do list pending in front
14 of me.  I have got some motions in limine I have to tackle on
15 another case, with some Daubert issues that are giving me a
16 headache, but I'm trying to push yours -- don't tell
17 anybody -- I'm trying to push yours towards the top of the
18 to-do pile.  So I will get to them when I get to them.
19            But while I have got everybody on the phone, anything
20 else to talk about from the plaintiffs' perspective?
21            MR. FOOTE:  No, Your Honor.
22            THE COURT:  Okay.  How about from defense?
23            MS. LIPSCOMB-JACKSON:  Yes, Your Honor.
24            I understand it is in the to-do pile.  I wanted to
25 see if the Court wanted to set a hearing on that motion or if

1 you are not yet in a position where you know whether you want
2 a hearing.
3     THE COURT: I have glanced at them. I haven't read
4 them in detail. The only thing I read in somewhat detail, if
5 that is even a concept, was the DOJ filing, and I read that
6 because it was a motion to file it. So I wanted to know if it
7 was worth filing. So I read that.
8     If I have a hearing, I will let you know, and my
9 practice is that I generally don't have hearings. But if I do
10 have a hearing, usually what I do is I will send out sort of
11 topics that I'm interested in or I'm confused about, including
12 specific questions to address, so that you know what's in my
13 head before you stand up and start arguing in front of me, so
14 that you can address those things ahead of time instead of on
15 the fly. It seems like generally I get better answers if
16 counsel have notice of what I'm confused about. Maybe the
17 courts of appeal should do that. That's just my practice.
18     So that's a long way to answer your question. At
19 this point, I don't have a hearing date set, but if I do have
20 a hearing date set, I will let you know, and I would likely
21 list out topics and questions for both sides to focus on,
22 okay?
23     MR. LIPSCOMB-JACKSON: Thank you, Your Honor.
24     MR. FOOTE: Very good, Your Honor.
25     THE COURT: Thanks, everybody. Have a good weekend.

1  (Which were all the proceedings heard.)

2                    CERTIFICATE

3  I certify that the foregoing is a correct transcript from

4  the record of proceedings in the above-entitled matter.

5  */s/Heather M. Perkins-Reiva*               *May 9, 2023*

6  _____        _____
   Heather M. Perkins-Reiva                  Date
7  Official Court Reporter