UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | Case No.: 3:22-cv-50188<br><br>Hon. Iain D. Johnston |

**PLAINTIFFS' MOTION TO COMPEL
DEFENDANT DEERE & COMPANY'S PRODUCTION OF DOCUMENTS
RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 8, 36, AND 49**

Plaintiffs, by and through their undersigned counsel, respectfully move this Court to compel Defendant Deere & Company ("Deere") to produce documents responsive to Requests for Production Nos. 8, 36, and 49. In support of this Motion, Plaintiffs submit their Memorandum of Law and the Declaration of Elizabeth T. Castillo and exhibits attached thereto. Plaintiffs file these documents contemporaneously herewith and incorporate them as if fully set forth herein.

Plaintiffs served Deere with Plaintiffs' First Set of Requests for Production of Documents ("RFPs"), which consists of 61 document requests. Pursuant to Local Rule 37.2, the parties diligently met and conferred in good faith by videoconference on April 7, 11, 13, 14, and 20 and May 2 and 9. The parties also exchanged multiple letters and emails in efforts to resolve and/or narrow their disputes. Plaintiffs and Deere were able to reach agreement on 58 of the 61 RFPs, but they reached an impasse on three RFPs (*i.e.*, RFP Nos. 8, 36, and 49).

Furthermore, pursuant to Local Rule 37.2, Plaintiffs provide the following information regarding the multiple meet and confers between Plaintiffs and Deere:

1. April 7, 2023 at 9:30 a.m. (CT) via videoconference

2. On April 11, 2023 at 10:00 a.m. (CT) via videoconference

3. On April 13, 2023 at 10:00 a.m. (CT) via videoconference

4. On April 14, 2023 at 1:30 p.m. (CT), via videoconference

5. On April 20, 2023 at 10:00 a.m. (CT), via videoconference

6. On May 2, 2023 at 2:00 p.m. (CT), via videoconference

7. On May 9, 2023 at 12:00 p.m. (CT) via videoconference

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant their motion to compel Deere to produce documents responsive to RFP Nos. 8, 36, and 49.

Dated: May 12, 2023                Respectfully submitted,

By: */s/ Adam J. Zapala*
Adam J. Zapala
Elizabeth T. Castillo
James G. Dallal
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett
**COTCHETT, PITRE & McCARTHY, LLP**
40 Worth Street, Suite 602
New York, NY 10013
Telephone: (212) 201-6820
Facsimile: (917) 398-7753
abarnett@cpmlegal.com

By: */s/ Kenneth A. Wexler*
Kenneth A. Wexler
Justin N. Boley
Tyler J. Story
**WEXLER BOLEY & ELGERSMA LLP**
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com

*Interim Co-Lead Counsel for Plaintiffs*

By: */s/ Daniel C. Hedlund*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Kaitlyn L. Dennis
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
kdennis@gustafsongluek.com

Dennis Stewart
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
dstewart@gustafsongluek.com

Robert Foote, Esq. (3124325)
Kathleen C. Chavez, Esq. (6255735)
**FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**
10 W. State Steet, Suite 200
Geneva, IL 60134
kcc@fmcolaw.com
rmf@fmcolaw.com

*Interim Liaison Counsel for Plaintiffs*

Marc C. Gravino (6188531)
**WILLIAMS MCCARTHY LLP**
P.O. Box 219
Rockford, IL 61105
(815) 987-8936
mgravino@wilmac.com

*Interim Local Facilitating Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 12, 2023 the foregoing was filed electronically using the CM/ECF System. Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Adam J. Zapala*
Adam J. Zapala

*Counsel for Plaintiffs*
