UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | Case No.: 3:22-cv-50188<br><br>Hon. Iain D. Johnston |

**DECLARATION OF ELIZABETH T. CASTILLO IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL DEFENDANT DEERE & COMPANY'S PRODUCTION OF DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 8, 36, AND 49**

I, Elizabeth T. Castillo, declare as follows:

1. I am an attorney admitted to practice in California, and I am a partner in the law firm Cotchett, Pitre & McCarthy, LLP. I make this declaration of my own personal knowledge and, if called as a witness, I could and would competently testify to the matters stated below.

2. I submit this declaration in support of Plaintiffs' Reply in Support of Their Motion to Compel on Defendant Deere & Company's Production of Documents Responsive to Requests for Production No. 8, 36, and 49 filed concurrently herewith.

3. Deere made no effort to show how its proposed sample of Deere Tractors is of a proper or sufficient size. Notably, Plaintiffs asked Deere explain what made its proposed sample representative of all of Deere Tractors in an April 28, 2023 letter ("Last, Deere provided a list of 25 tractor models that it described [as a] 'sample of representative models' in response to Plaintiffs' Requests Nos. 1, 5, 6, 7, 8, 10, 43, 45, and 50. Please provide an explanation and details about how Deere devised this sample, including the process used, the models excluded, and the basis for their exclusion. Please also explain what makes the sample 'representative.'") (emphasis added)). But Deere ignored Plaintiffs' request for clarification in its May 5, 2023 letter to Plaintiffs

1

("The models selected represent a sample of the kinds of Tractors in John Deere's portfolio. As Plaintiffs have acknowledged numerous times in the meet and confers, John Deere knows its products best and what constitutes a representative sample of them.").

4. Certain data services, such as AgriSync, a centralized system that keeps track of incoming support requests, indicate Authorized Dealers share the data service information with Deere as part of the use of the service. The operating agreement suggests that non-Deere equipment cannot be added to the Deere-provided data services. *John Deere Dealer Program*, AGRISYNC, https://www.agrisync.com/program-terms-deere-dealerprogram (last accessed Apr. 25, 2023).

5. Attached as **Exhibit A** is a true and correct copy of the above-referenced operating agreement with the relevant language highlighted.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Burlingame, California, on June 16, 2023.

*/s/ Elizabeth T. Castillo*
Elizabeth T. Castillo