# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | Case No.: 3:22-cv-50188<br>MDL No. 3030<br><br>Hon. Iain D. Johnston |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE REGARDING DEFENDANT DEERE'S SUBMISSION OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully ask the Court to reinstate the November 27, 2023 deadline for Plaintiffs to respond to Defendant Deere's November 21, 2023 submission of Supplemental Authority. *See* ECF Nos. 156 (text order permitting a response from Plaintiffs on November 27th); 155 (Deere's submission).

The notation in Deere's submission that Plaintiffs "take no position" on the motion for leave to file the supplemental authority was not intended as a waiver to substantively respond to Deere's submission, including the supplemental authority. To the contrary, Plaintiffs merely informed Deere that they would take no position *on their motion for leave to file the supplemental authority* itself. All parties, including Deere, understood that Plaintiffs maintained their right to seek to file a substantive response to Deere's submission. Plaintiffs apologize to the extent the "take no position" language in Deere's Motion was confusing.

Accordingly, Plaintiffs respectfully ask that the Court reinstate the November 27, 2023 deadline for filing a substantive response to Deere's submission of supplemental authority.

                                    Respectfully Submitted:

Dated: November 22, 2023            */s/ Adam J. Zapala*
                                    Adam J. Zapala
                                    Elizabeth T. Castillo
                                    James G. Dallal
                                    **COTCHETT, PITRE & McCARTHY, LLP**
                                    840 Malcolm Road
                                    Burlingame, CA 94010
                                    Telephone: (650) 697-6000
                                    Facsimile: (650) 697-0577
                                    azapala@cpmlegal.com
                                    ecastillo@cpmlegal.com
                                    abarnett@cpmlegal.com
                                    jdallal@cpmlegal.com

                                    Alexander E. Barnett
                                    **COTCHETT, PITRE & McCARTHY, LLP**
                                    40 Worth Street
                                    New York, NY 10013
                                    Telephone: (212) 201-6820
                                    Facsimile: (917) 398-7753

                                    */s/ Daniel C. Hedlund*
                                    Daniel E. Gustafson
                                    Daniel C. Hedlund
                                    Michelle J. Looby
                                    Kaitlyn L. Dennis
                                    **GUSTAFSON GLUEK PLLC**
                                    120 South Sixth Street, Suite 2600
                                    Minneapolis, MN 55402
                                    Telephone: (612) 333-8844
                                    dgustafson@gustafsongluek.com
                                    dhedlund@gustafsongluek.com
                                    mlooby@gustafsongluek.com
                                    kdennis@gustafsongluek.com

                                    Dennis J. Stewart
                                    **GUSTAFSON GLUEK PLLC**
                                    600 W. Broadway, Suite 3300
                                    San Diego, CA 92101
                                    dstewart@gustafsongluek.com

                                    */s/ Kenneth A. Wexler*
                                    Kenneth A. Wexler
                                    Justin N. Boley

Tyler J. Story
Margaret L. Shadid
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Dr., Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com
ms@wbe-llp.com

*Interim Co-Lead Counsel for Plaintiffs*

Robert M. Foote (3124325)
Kathleen C. Chavez (6255735)
Elizabeth C. Chavez (6323726)
Bret K. Pufahl (6325814)
**FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**
10 W. State Steet, Suite 200
Geneva, IL 60134
rmf@fmcolaw.com
kcc@fmcolaw.com
ecc@fmcolaw.com
bkp@fmcolaw.com

*Interim Liaison Counsel for Plaintiffs*

Marc C. Gravino (6188531)
**WILLIAMS MCCARTHY LLP**
P.O. Box 219
Rockford, IL 61105
(815) 987-8936
mgravino@wilmac.com

*Interim Local Facilitating Counsel for Plaintiffs*