# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Deere & Company Repair Services Antitrust Litigation, et al.

          Plaintiff,

v.          Case No.: 3:22−cv−50188
          Honorable Iain D. Johnston

Deere & Company

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 4, 2024:

    MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 4/4/2024. The Court reserves 5/22−5/24 for any in person hearing if needed. The next telephonic status hearing remains set for 6/13/2024 at 9:00 AM. (yxp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.