**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | Case No.: 3:22-cv-50188<br><br>Hon. Iain D. Johnston |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF REID W. GAA**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiffs hereby respectfully move this Court for leave to withdraw the appearance of Reid W. Gaa as one of its attorneys of record in this matter. Mr. Gaa's withdrawal will cause no prejudice to the Plaintiffs as Plaintiffs will continue to be represented by other counsel of record.

WHEREFORE, Plaintiffs respectfully request that this Court grant Mr. Gaa's leave to withdraw as their counsel in this matter and enter an order withdrawing Mr. Gaa's appearance as their counsel in this matter.

Dated: November 4, 2024

/s/ *Adam J. Zapala*
Adam J. Zapala
Elizabeth T. Castillo
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

*Interim Co-Lead Counsel for Plaintiffs*

1

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 4, 2024, the foregoing was filed electronically using the CM/ECF System. Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Adam J. Zapala*
Adam J. Zapala

2