# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | Case No.: 3:22-cv-50188<br><br>MDL No.: 3030<br><br>Hon. Iain D. Johnston |

*<u>Filed on PACER</u>*

The Honorable Iain D. Johnston
Stanley J. Roszkowski United States Courthouse
327 South Church Street
Courtroom 5200
Rockford, IL 61101


RE: *Deere & Company Repair Services Antitrust Litigation* (Case No. 3:22-cv-50188); Joint Response Regarding Potential Conflict


Your Honor,

    The Parties thank you for bringing the potential conflict related to Your Honor's colleague and friend, Thomas P. Walters, to their attention.

    The Parties have conferred regarding the potential conflict and agree that Your Honor's relationship with Mr. Walters does not present a conflict in this case. To that end, the Parties agree that there is no reason for the Court to make any changes to the Court's role in this litigation.

| | |
|---|---|
| Dated: January 16, 2025 | Respectfully, |
| By: */s/ Adam J. Zapala*<br>Adam J. Zapala<br>Elizabeth T. Castillo<br>James G. Dallal<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>azapala@cpmlegal.com<br>ecastillo@cpmlegal.com<br>jdallal@cpmlegal.com | By: */s/ Corey A. Lee*<br>Corey A. Lee<br>**JONES DAY**<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939<br>calee@jonesday.com |
| Alexander E. Barnett<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>40 Worth Street, Suite 602<br>New York, NY 10013<br>Telephone: (212) 201-6820<br>Facsimile: (917) 398-7753<br>abarnett@cpmlegal.com | Tiffany D. Lipscomb-Jackson<br>**JONES DAY**<br>325 John H. McConnell Boulevard, Suite 600<br>Columbus, OH 43215-2673<br>Telephone: (614) 281-3876<br>tdlipscombjackson@jonesday.com |
| By: */s/ Daniel C. Hedlund*<br>Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Kaitlyn L. Dennis<br>**GUSTAFSON GLUEK PLLC**<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>kdennis@gustafsongluek.com | John M. Majoras<br>**JONES DAY**<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 879-3939<br>jmmajoras@jonesday.com<br><br>Amanda B. Maslar (6321073)<br>**JONES DAY**<br>110 North Wacker, Suite 4800<br>Chicago, IL 60606<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>amaslar@jonesday.com |
| Dennis J. Stewart<br>**GUSTAFSON GLUEK PLLC**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>dstewart@gustafsongluek.com | *Counsel for Defendant Deere & Company* |
| By: */s/ Kenneth A. Wexler*<br>Kenneth A. Wexler<br>Justin N. Boley<br>Tyler J. Story<br>Margaret Shadid<br>**WEXLER BOLEY & ELGERSMA LLP** | |

311 S. Wacker Dr., Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com
ms@wbe-llp.com

*Interim Co-Lead Counsel for Plaintiffs*

Robert M. Foote (3124325)
Kathleen C. Chavez (6255735)
Elizabeth C. Chavez (6323726)
Bret K. Pufahl (6325814)
**FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**
1541 E. Fabyan Parkway, Suite 101
Geneva, IL 60134
rmf@fmcolaw.com
kcc@fmcolaw.com
ecc@fmcolaw.com
bkp@fmcolaw.com

*Interim Liaison Counsel for Plaintiffs*

Marc C. Gravino (6188531)
**WILLIAMS MCCARTHY LLP**
P.O. Box 219
Rockford, IL 61105
(815) 987-8936
mgravino@wilmac.com

*Interim Local Facilitating Counsel for Plaintiffs*