## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Western Division

Deere & Company Repair Services Antitrust
Litigation, et al.

                              Plaintiff,

v.
                                         Case No.:
                                         3:22–cv–50188

                                         Honorable Iain D.
                                         Johnston

Deere & Company

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 24, 2025:

      MINUTE entry before the Honorable Iain D. Johnston: Motion hearing held on 1/24/2025 with case 3:25–cv–50017. In 3:25–cv–50017, Deere's answer and Rule 12 motion to the complaint due 3/17/2025. Briefing of Deere's motion set as follows: response due 4/28/2025 and the reply is due 5/28/2025. The parties proposed scheduling order shall be submitted to Judge Johnston's proposed order portal by 2/7/2025. Also by 2/7/2025, the parties shall file a status report on the issue of confidential third–party documents produced during the FTC investigation as discussed on the record. Plaintiff FTC is directed to notify any third–parties who produced potentially confidential documents to object to their re–production by 2/7/2025. Plaintiffs' (FTC, Minnesota, and Illinois) deadline to add new parties is 2/7/2025. These plaintiffs are directed to notify potential parties of this deadline. The deadline to amend or object will not be extended. The parties oral request to extend the seal is granted. Portions of the complaint will now remain sealed until 2/7/2025. Deere given until 2/7/25 to notify the Court whether it will provide an unredacted copy of the complaint to counsel in 3:22–cv–50188. In 3:22–cv–50188, the Court continues in–camera review of privileged documents. The telephonic status hearing in this case remains set for 2/27/2025 at 9:00 AM. The call–in number is 650–479–3207 and the access code is 23116155150#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.