**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL.<br><br>    Plaintiffs,<br><br>    v.<br><br>DEERE & COMPANY,<br><br>    Defendant. | Case No. 3:25-cv-50017<br>Hon. Iain D. Johnston |
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | Case No. 3:22-cv-50188<br>MDL No. 3030<br>Hon. Iain D. Johnston |

**STATEMENT OF NON-PARTY OEMs IN RESPONSE TO COURT ORDER [ECF No. 54]**

In response to the Court's February 18, 2025 Order [ECF No. 54], non-parties CNH Industrial America LLC, AGCO Corporation and Kubota Tractor Corporation (together, the "non-party OEMs") confirm the Court's assumption that they object to the terms of the current proposed Confidentiality Order in that it would allow in-house counsel (and other internal Deere employees assisting those counsel) to access non-party OEM highly confidential and competitively-sensitive information. *See* ECF No. 46 at 4-5 (explaining reasons for the non-party OEMs' objections to such access by Deere).

1

That being said, counsel for Deere shared yesterday with counsel for the non-party OEMs a proposal that would amend the proposed Confidentiality Order to provide for an "outside-counsel-only" provision that non-party OEMs could invoke for highly confidential and competitively-sensitive material. Counsel are currently meeting-and-conferring over the specific terms and hope to quickly resolve outstanding issues to reach an agreement that would address the non-party OEMs' objections.

Dated: February 19, 2025

*/s/ William H. Stallings*
William H. Stallings (*pro hac vice*
application pending)
MAYER BROWN LLP
wstallings@mayerbrown.com
1999 K Street, NW
Washington, D.C. 20006
Tel: 202-263-3807
*Counsel for CNH Industrial America LLC*

*/s/ Steven Jacob Carroll*
Steven Jacob Carroll
NELSON MULLINS RILEY & SCARBOROUGH LLP
jake.carroll@nelsonmullins.com
201 17th Street NW, Suite 1600
Atlanta, GA 30363
404-322-6298
*Counsel for AGCO Corporation*

*/s/ Gilbert S. Keteltas*
Gilbert S. Keteltas
BAKERHOSTETLER
gketeltas@bakerlaw.com
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036
202-861-1530
*Counsel for Kubota Tractor Corporation*

2