**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ET AL.<br><br>     *Plaintiffs*,<br><br>     v.<br><br>DEERE & COMPANY,<br><br>     *Defendant*. | Case No.: 3:25-cv-50017<br>Hon. Iain D. Johnston |
| IN RE: DEERE & COMPANY REPAIR<br>SERVICES ANTITRUST LITIGATION | Case No.: 3:22-cv-50188<br>MDL No. 3030<br>Hon. Iain D. Johnston |

**STIPULATION REGARDING COORDINATION**
**OF DOCUMENT DISCOVERY IN RELATED ACTIONS**

Plaintiffs the Federal Trade Commission ("FTC"), the States of Illinois, Arizona, Minnesota, and Wisconsin, and Attorney General Dana Nessel on behalf of the People of Michigan (together with the FTC, "Government Plaintiffs"), Deere & Company ("Deere"), and Plaintiffs in the MDL Action (defined herein) ("MDL Plaintiffs") (each a "Party," and in multiples "Parties") hereby jointly represent and stipulate as follows:

WHEREAS the Parties desire to minimize the burden and expense of duplicative document discovery across cases;

WHEREAS the Parties agree that document discovery in the above-captioned actions should be coordinated as provided herein;

NOW THEREFORE, IT IS HEREBY STIPULATED by undersigned counsel:

1. Fact discovery in the action *Federal Trade Commission, et al. v. Deere & Company*, Case No. 3:25-cv-50017 (the "Government Action") and the actions comprising *In re Deere & Company Repair Services Antitrust Litigation*, Case No. 3:22-cv-50188 (together, the "MDL Action") shall be coordinated as set forth herein "to secure the just, speedy, and inexpensive determination of every action and proceeding" pursuant to Federal Rule of Civil Procedure ("Rule") 1.

2. Any Party that serves or has served a discovery request under Rules 30, 31, 33, 34, or 36 on another Party in any of the foregoing cases shall provide a copy of the request to the attorneys in each coordinated action, subject to any notice requirements under applicable Confidentiality Orders.

3. Deere shall produce, subject to any notice requirements under applicable confidentiality orders, any response to a discovery request under Rules 30, 31, 33, 34, or 36 that

it serves or receives, or has served or received, in any of the coordinated actions and any responsive materials produced thereunder to the Parties in the other action.

4.      A Party (the "Issuing Party") that serves, after issuance of this Order, a subpoena *duces tecum* or other request (including any request for international judicial assistance) for the production of documents or other materials on a person or entity not party to any coordinated action ("Non-Party") shall promptly (a) provide a copy of the subpoena or other request to the other Parties in the coordinated actions; (b) provide a copy of this Order and the Confidentiality Orders in effect in each of the coordinated actions to the Non-Party; (c) notify the Non-Party that, pursuant to this Order, materials produced in response to such subpoena or other request will be produced in each coordinated action; and (d) request that the Non-Party simultaneously serve any written response and produce materials to the Parties in each coordinated action. If, notwithstanding such request, the Non-Party does not serve any written response or produce any materials to the Parties in each coordinated action, the Issuing Party shall, as permitted by law, and subject to resolution of any timely objections made by the Non-Party to the reproduction of its documents to the other Parties in the coordinated actions, provide a copy of all written responses and materials produced pursuant to the subpoena or other request to the Parties in each of the coordinated actions within seven (7) calendar days after receipt of the written responses or materials from the Non-Party.

5.      If a Party modifies or extends the time to respond to or agrees to a modification of the scope of a subpoena requiring the production of documents pursuant to Federal Rule of Civil Procedure 45 subpoena or other request to a Non-Party, it shall promptly inform attorneys in the coordinated actions of that extension or modification.

2

6.      All written responses to discovery requests and subpoenas and materials provided in response to discovery requests and subpoenas in either coordinated action shall be treated as having been obtained through discovery in the other coordinated action.

7.      Notwithstanding any provision in the foregoing paragraphs to the contrary, following the conclusion of fact discovery in the MDL Action, no document request, deposition notice, or subpoenas may be issued for the production of documents or testimony in the MDL Action or by the MDL Plaintiffs in the Government Action.

8.      Notwithstanding any provision in the foregoing paragraphs to the contrary, nothing in this Stipulation shall require coordination of expert discovery in the different coordinated actions.

9.      The Confidentiality Order in effect in each coordinated action shall govern the handling by the Parties to such coordinated action of confidential material produced hereunder, and, unless modified by the designating party, confidentiality designations applied in one coordinated action shall apply in all coordinated actions.

**IT IS SO STIPULATED.**

Dated: April 16, 2025                                      Respectfully submitted,

/s/ *Adam J. Zapala*                                      /s/ *Tiffany D. Lipscomb-Jackson*
Adam J. Zapala                                            **JONES DAY**
Elizabeth T. Castillo                                     Tiffany D. Lipscomb-Jackson
Christian S. Ruano                                        325 John H. McConnell Boulevard,
**COTCHETT, PITRE &**                                     Suite 600
**MCCARTHY, LLP**                                         Columbus, OH 43215-2673
840 Malcolm Road                                          Telephone: (614) 281-3876
Burlingame, CA 94010                                      tdlipscombjackson@jonesday.com
Telephone: (650) 697-6000
azapala@cpmlegal.com                                      John M. Majoras
ecastillo@cpmlegal.com                                    51 Louisiana Avenue, N.W.
cruano@cpmlegal.com                                       Washington, DC 20001
                                                          Telephone: (202) 879-3939
                                                          jmmajoras@jonesday.com

3

Dennis J. Stewart
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
dstewart@gustafsongluek.com

/s/ Daniel C. Hedlund
Daniel C. Hedlund
Daniel E. Gustafson
Michelle J. Looby
Kaitlyn L. Dennis
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dhedlund@gustafsongluek.com
dgustafson@gustafsongluek.com
mlooby@gustafsongluek.com
kdennis@gustafsongluek.com

/s/ Kenneth A. Wexler
Kenneth A. Wexler
Justin N. Boley
Tyler J. Story
Margaret L. Shadid
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com
ms@wbe-llp.com
*Interim Co-Lead Counsel for Plaintiffs*

Lin W. Kahn
555 California St., 26th Fl.
San Francisco, CA 94104
Telephone: (415) 875-5711
lkahn@jonesday.com

Corey A. Lee
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
calee@jonesday.com

Amanda B. Maslar (6321073)
110 North Wacker, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
amaslar@jonesday.com

Sean M. Berkowitz (IL Bar No. 6209701)
Gary Feinerman (IL Bar No. 6206906)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767
sean.berkowitz@lw.com
gary.feinerman@lw.com

Amanda P. Reeves (*pro hac vice*)
Tara D. Elliott (*pro hac vice*)
Ian R. Conner (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201
amanda.reeves@lw.com
tara.elliott@lw.com
ian.conner@lw.com

4

Robert M. Foote (3124325)
Kathleen C. Chavez (6255735)
Elizabeth C. Chavez (6323726)
Bret K. Pufahl (6325814)
**FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**
10 W. State Steet, Suite 200
Geneva, IL 60134
rmf@fmcolaw.com
kcc@fmcolaw.com
ecc@fmcolaw.com
bkp@fmcolaw.com

*Interim Liaison Counsel for Plaintiffs*

Marc C. Gravino (6188531)
**WILLIAMS MCCARTHY LLP**
P.O. Box 219
Rockford, IL 61105
(815) 987-8936
mgravino@wilmac.com

*Interim Local Facilitating Counsel for Plaintiffs*

*/s/ Laura Hall*
Laura Hall
Joseph Baker
Sophia Qasir
Melissa Westman-Cherry
**FEDERAL TRADE COMMISSION**
600 Pennsylvania Ave NW
Washington, DC 20580
Telephone: (202) 326-3282
lhall1@ftc.gov
jbaker1@ftc.gov
sqasir@ftc.gov
mwestman@ftc.gov

Rachel F. Sifuentes
**FEDERAL TRADE COMMISSION**
230 S. Dearborn St.,
Suite 3030
Chicago, IL 60604
Telephone: (312) 960-5617
rsifuentes@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

Belinda S Lee (*pro hac vice*)
Meaghan Thomas-Kennedy (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
belinda.lee@lw.com
meaghan.thomas-kennedy@lw.com

*Counsel for Defendant Deere & Company*

5

FOR PLAINTIFF STATE OF ILLINOIS

KWAME RAOUL
Attorney General
 */s/ Brian Yost*
BRIAN M. YOST
Assistant Attorney General, Antitrust
JENNIFER M. CORONEL
Assistant Attorney General, Antitrust
ELIZABETH L. MAXEINER
Bureau Chief, Antitrust
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (872) 276-3598
Brian.yost@ilag.gov
Jennifer.coronel@ilag.gov
Elizabeth.maxeiner@ilag.gov

*Attorneys for Plaintiff State of Illinois*


FOR PLAINTIFF STATE OF ARIZONA

KRISTIN K. MAYES
Attorney General
 */s/ Sarah Pelton*
SARAH PELTON
ROBERT A. BERNHEIM
Office of the Arizona Attorney General
Consumer Protection & Advocacy Section
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-3725
Sarah.Pelton@azag.gov
Robert.Bernheim@azag.gov

*Attorneys for Plaintiff State of Arizona*

6

FOR PLAINTIFF DANA NESSEL

DANA NESSEL
Attorney General
 */s/ LeAnn D. Scott*
LEANN D. SCOTT
Assistant Attorney General
Corporate Oversight Division
Michigan Department of Attorney General
P.O. Box 30736
Lansing, MI 48909
Telephone: (517) 335-7632
ScottL21@michigan.gov

*Attorney for the People of Michigan*


FOR PLAINTIFF STATE OF MINNESOTA

KEITH ELLISON
Attorney General

JAMES CANADAY
Deputy Attorney General
 */s/ Katherine A Moerke*
KATHERINE A. MOERKE
Assistant Attorney General, Antitrust Division
ELIZABETH ODETTE
Manager, Assistant Attorney General, Antitrust
Division

Office of the Minnesota Attorney General
Suite 1400
445 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 757-1257
katherine.moerke@ag.state.mn.us
elizabeth.odette@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

FOR PLAINTIFF STATE OF WISCONSIN

JOSHUA KAUL
Attorney General
 */s/ Caitlin M. Madden*
CAITLIN M. MADDEN
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: (608) 267-1311
maddencm@doj.state.wi.us

*Attorney for Plaintiff State of Wisconsin*

8