# EXHIBIT F

**Lozano, Paxton J.**

| | |
|---|---|
| **From:** | Lee, Corey A. |
| **Sent:** | Monday, February 24, 2025 5:14 PM |
| **To:** | Kenneth Wexler |
| **Subject:** | RE: John Deere |

Ken,

If plaintiffs are willing to withdraw their deposition notice of Mr. Jepsen, John Deere is willing to provide a 30(b)(6) witness to testify regarding its responses to Interrogatories Nos. 3 through 5 and Document Request No. 73 as well as to provide a 30(b)(6) witness to testify regarding the justification for the statement in John Deere's 2023 10-K that states "regulations and legislation regarding right to repair" could "impact our results."

Please let me know if we have an agreement.

Best,
Corey

**From:** Kenneth Wexler <kaw@wbe-llp.com>
**Sent:** Monday, February 24, 2025 3:38 PM
**To:** Lee, Corey A. <calee@jonesday.com>
**Subject:** RE: John Deere

**This Message Is From an External Sender**

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

Report Suspicious

Corey,

It has been 10 days. I assume we are proceeding with Mr. Jepsen on March 4 and that it will be in Moline?

Ken

**From:** Lee, Corey A. <calee@jonesday.com>
**Sent:** Thursday, February 13, 2025 12:24 PM
**To:** Kenneth Wexler <kaw@wbe-llp.com>
**Subject:** RE: John Deere

Ken,
We are discussing with the client. Will get back to you as soon as I can.

Best,
Corey

**From:** Kenneth Wexler <kaw@wbe-llp.com>
**Sent:** Thursday, February 13, 2025 1:06 PM
**To:** Lee, Corey A. <calee@jonesday.com>
**Subject:** John Deere

Dear Corey,

Confirming our meet and confer yesterday, please advise whether Deere will provide an alternative witness to Mr. Jepsen on the subjects outlined in Interrogatories 3-5 and document request 73. If not, we will be scheduling Mr. Jepsen's deposition for March 4, 2025, or whatever date is convenient for Jepsen that week.

Thanks.

Ken

    **Kenneth A. Wexler**
    **WEXLER BOLEY & ELGERSMA LLP**
    311 S. Wacker Drive, Suite 5450 // Chicago, IL 60606
    T 312.346.2222 // F 312.346.0022 // DIRECT T 312.589.6270
    www.wbe-llp.com

----------------------------------
CONFIDENTIALITY NOTICE: This e-mail message contains information belonging to the law firm of Wexler Boley & Elgersma LLP, which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately at 312-346-2222.
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***