**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

|  |  |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | Case No.: 3:22-cv-50188 <br><br> Hon. Iain D. Johnston |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Plaintiffs respectfully request that this Court enter an order allowing Plaintiffs to file documents under seal pursuant to Local Rule 26.2. In support thereof, Plaintiffs state as follows:

1.  Plaintiffs will be filing their Response to Defendant Deere & Company's Motion for Protective Order. ECF No. 255 ("Response"). Along with their Response, Plaintiffs will be filing supporting exhibits.

2.  Plaintiffs wish to file portions of their Response under seal as well as the supporting exhibits.

3.  The Confidentiality Order in this case provides that parties must comply with Local Rule 26.2 when filing documents designated as Confidential. ECF No. 239 at 11.

4.  The following exhibits to the Response contain material that has been designated by Deere to be Confidential. Accordingly, Plaintiffs seek permission to file portions of the Response under seal.

| Exhibit No. | Document Description |
|:---:|---|
| 1 | Plaintiffs' Amended Notice of Deposition of Defendant as to Topics 2, 3, 4, 5, 6, 7, 10, 11, 12, and 13 (Deposition Exhibit 30b6 1) |

| Exhibit No. | Document Description |
|---|---|
| 2 | Excerpts, December 13, 2023 Transcript of Rule 30(b)(6) Deposition of Defendant Deere & Company (Denver Caldwell) |
| 3 | Excerpts, April 24, 2025 Transcript of Rule 30(b)(6) Deposition of Defendant Deere & Company (Tommy Morgan) |
| 11 | Deere's Responses and Objections to Plaintiffs' Amended First Set of Interrogatories to Deere (Deposition Exhibit PX111) |
| 12 | February 18, 2019 JDPAC Board Orientation PowerPoint (DEERE_0437418) |
| 16 | Amended Notice of Deposition of Tommy Morgan (Deposition Exhibit PX96) |
| 17 | Deere & Company Annual 10-K Report to the U.S. Securities and Exchange Commission for Fiscal Year Ending October 29, 2023 (Deposition Exhibit PX108) |
| 18 | February 6, 2018 Aftermarket Leadership PowerPoint (Deposition Exhibit PX11, DEERE_0431921) |
| 20 | February 20, 2020 Email w/ attachment 1Q20 Q&A PowerPoint (Deposition Exhibit 30b6 10, DEERE_0578129) |

5. Local Rule 26.2 permits filing under seal when a party (1) shows good cause in support of a motion for an order sealing documents, and (2) describes the documents or portions of a document that the party seeks to file under seal. Good cause exists here because the Response contains facts and argument that quote directly from and/or incorporate information Deere has designated as Confidential, documents that can be described as including Deere's internal memoranda, Board of Directors materials, PowerPoint Presentations describing certain business strategies, and testimony from deposition transcripts.

6. Accordingly, Plaintiffs request that they be allowed to file the unredacted Response under

2

seal.

7. Plaintiffs will be filing a redacted, public-record version of the Response concurrently with the provisional filing of the Response under seal, pursuant to Local Rule 26.2. Also in accordance with the Local Rule, Plaintiffs' provisionally-filed sealed Response contains highlighting to illustrate to the Court which portions are redacted in the public filing.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order allowing Plaintiffs to file the Response to Deere's Motion for Protective Order under seal pursuant to Local Rule 26.2.

Dated: May 14, 2025

Respectfully submitted,

By: /s/ *Kenneth A. Wexler*
Kenneth A Wexler
Justin N. Boley
Tyler J. Story
Margaret L. Shadid
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
F: (312) 346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com
ms@wbe-llp.com

Adam J. Zapala
Elizabeth T. Castillo
Christian S. Ruano
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com
cruano@cpmlegal.com

Daniel E. Gustafson

3

Daniel C. Hedlund
Michelle J. Looby
Kaitlyn L. Dennis
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
kdennis@gustafsongluek.com

Dennis J. Stewart
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
dstewart@gustafsongluek.com

*Interim Co-Lead Counsel for Plaintiffs*

Robert Foote, Esq. (3124325)
Kathleen C. Chavez, Esq. (6255735)
Elizabeth C. Chavez (6323726)
Bret K. Pufahl (6325814)
**FOOTE, MIELKE, CHAVEZ &
O'NEIL, LLC**
10 W. State Steet, Suite 200
Geneva, IL 60134
rmf@fmcolaw.com
kcc@fmcolaw.com
ecc@fmcolaw.com
bkp@fmcolaw.com

*Interim Liaison Counsel for Plaintiffs*

Marc C. Gravino (6188531)
**WILLIAMS MCCARTHY LLP**
P.O. Box 219
Rockford, IL 61105
(815) 987-8936
mgravino@wilmac.com

*Interim Local Facilitating Counsel for
Plaintiffs*

4