# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | Case No.: 3:22-cv-50188<br><br>Hon. Iain D. Johnston<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that Kaitlyn L. Dennis is no longer an attorney at the law firm of Gustafson Gluek PLLC and is withdrawn as counsel for Plaintiffs in this litigation. Ms. Dennis should be removed from the Court's service list with respect to this action. Plaintiffs will continue to be represented by the remaining counsel of record from Gustafson Gluek PLLC.

Dated: June 12, 2025

    *s/Daniel C. Hedlund*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Frances Mahoney-Mosedale
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
fmahoneymosedale@gustafsongluek.com