**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

|  |  |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | MDL No. 3030<br><br>Case No.: 3:22-cv-50188<br><br>Hon. Iain D. Johnston |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT DEERE & CO., CERTIFICATION OF THE PROPOSED SETTLEMENT CLASS, AND RELATED RELIEF**

Pursuant to Rules 23(a), 23(b)(2), 23(b)(3), and 23(e) of the Federal Rules of Civil

Procedure, Moving Plaintiffs[1] hereby move for certification of a settlement class, preliminary

approval of the settlement with Defendant Deere & Co., appointment of the Escrow Agent, and

appointment of settlement Class Counsel (the "Motion"). In support of the Motion, Plaintiffs

submit the accompanying Memorandum of Law, a Joint Declaration of Kenneth A. Wexler,

Daniel C. Hedlund, and Adam J. Zapala, and the exhibits thereto. A Proposed Order has been

submitted to Proposed_Order_Johnston@ilnd.uscourts.gov.

Dated: April 6, 2026

Respectfully submitted,

By: */s/ Kenneth A. Wexler*
Kenneth A. Wexler
Justin N. Boley
Tyler J. Story
Margaret L. Shadid
**WEXLER BOLEY & ELGERSMA LLP**
311 South Wacker Drive
Suite 5450
Chicago, IL 60606

---

[1] Plum Ridge Farms, Ltd.; Colvin Farms, LLC; England Farms & Harvesting, LLC; Hapka Farms, Inc., Eagle Lake Partnership; Blake Johnson; and Trinity Dale Wells.

Telephone: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com
ms@wbe-llp.com

By: */s/ Daniel C. Hedlund*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Frances Mahoney-Mosedale
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
fmahoneymosedale@gustafsongluek.com

Dennis Stewart
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
dstewart@gustafsongluek.com

By: */s/ Adam J. Zapala*
Adam J. Zapala
Elizabeth T. Castillo
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

*Interim Co-Lead Counsel for Plaintiffs*

Robert Foote, Esq. (3124325)
Kathleen C. Chavez, Esq. (6255735)
**FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**
10 W. State Steet, Suite 200
Geneva, IL 60134
rmf@fmcolaw.com
kcc@fmcolaw.com

2

*Interim Liaison Counsel for Plaintiffs*

Marc C. Gravino (6188531)
**WILLIAMSMCCARTHY LLP**
P.O. Box 219 Rockford, IL 61105
(815) 987-8936
mgravino@wilmac.com

*Interim Local Facilitating Counsel for Plaintiffs*