# Exhibit B

# FIRM RESUME

**WB&E** — **WEXLER BOLEY & ELGERSMA LLP**

311 S. Wacker Dr. Suite 5450 // Chicago, IL 60606

Phone 312.346.2222 // Fax 312.346.0022

www.wbe-llp.com // info@wbe-llp.com



# Table of Contents

The Firm............................................................................................................................................ 2

Leadership Positions..................................................................................................................... 5

Successes........................................................................................................................................ 9

Practice Aeas and Representive Cases.................................................................................12

    Antitrust....................................................................................................................................12

    Business and Commercial Litigation ...........................................................................14

    Consumer Protection ........................................................................................................14

    Privacy and Information Security ..................................................................................15

    Government Representation............................................................................................16

    Healthcare Litigation ........................................................................................................16

    Securities and Corporate Governance........................................................................17

    Whistleblower and False Claims Litigation................................................................18

Our Professionals.........................................................................................................................19

WB&E  WEXLER BOLEY & ELGERSMA LLP

# The Firm

## WHO WE ARE.

Wexler Boley & Elgersma is nationally recognized as a leading firm in complex class action and multidistrict litigation, from investigation to trial and appeals, within the following legal areas:

> // Antitrust
>
> // Business and Commercial Litigation
>
> // Consumer Protection
>
> // Government Representation
>
> // Healthcare Litigation
>
> // Securities and Corporate Governance
>
> // Whistleblower and False Claims

## WE WORK FOR ALL.

At WBE, we rely on the justice system to hold the powerful accountable for conduct that harms others. We are dedicated to protecting the rights and interests of all and, in this pursuit, represent shareholders, consumers, pension plans, institutional investors, businesses, governments, and organizations from all over the world. We act with the utmost integrity in our determination to achieve the most meaningful relief for our clients.

## WE GET RESULTS.

WBE is frequently retained by clients to pursue high-stakes litigation – often against some of the largest corporations represented by the most renowned law firms in the country. We regularly are asked by co-counsel to work with them and their clients on cases of wide-ranging importance. Through this work, we have helped shape the law and continue to pave the way for future successes for those aggrieved by fraud, antitrust violations, unfair competition, and other types of unlawful conduct.

WB&E WEXLER BOLEY & ELGERSMA LLP

## OUR WORK IS RECOGNIZED.

WBE attorneys have been recognized by their peers as well as by legal organizations for their outstanding level of service and commitment to the firm's cases and clients. Partner Ken Wexler has an **AV Preeminent** rating from Martindale-Hubbell – the highest peer review rating. Partners Ken Wexler and Justin Boley are regularly named to the list of **Illinois Super Lawyers** for their high-degree of peer recognition and professional achievement, and other attorneys have been named Rising Stars in previous years.

WBE was named a highly recommended Illinois litigation firm in the 2012 inaugural edition of **Benchmark Plaintiff,** with Ken Wexler named as a local litigation star. Ken Wexler has received the same honors every year since. WBE has also been recognized by global ranking researchers Chambers and Partners, as part of their inaugural Illinois Regional Spotlight.

> "Despite a small roster of attorneys, (WBE) regularly goes toe-to-toe with some of the largest companies and corporations in the world."
> **Benchmark Plaintiff, 2012**

> "I admire very much the work that you have done in this case, and you have taught me something. I think I'm more knowledgeable and a better judge because I've had contact with you. And thank you very much."
> *Hon. G. Patrick Murphy, Clancy-Gernon Funeral Homes, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., No. 09-cv-1008 (S.D. Ill.)*

> "I wanted to express appreciation again to class counsel for taking this case. I believe these are the kind of cases Federal Courts should do and are appropriate for class resolution."
> *Hon. Patti B. Saris, In re Pharmaceutical Industry Average Wholesale Price Litig., MDL No. 1456, No. 01-cv-12257 (D. Mass.) (final settlement hearing, with defendant GlaxoSmithKline)*

> "[T]his multiplier is justified by the risk of non-recovery in this case and the need to reward counsel for their significant achievement on behalf of the End-Payor Class . . . End-Payor Plaintiffs' counsel are highly experienced in complex antitrust class action litigation . . . . they have obtained a significant settlement for the Class despite the complexity and difficulties of this case."
> *Hon. John R. Padova, Nichols v. SmithKline Beecham Corp., No. 00-cv-6222, 2005 U.S. Dist. LEXIS 7061, at *71-72, 79 (E.D. Pa.)*

www.wbe-llp.com

"…Class Counsel are skilled and effective class action litigators that have obtained a highly favorable settlement in an extremely complex case…"
**Hon. Mitchell S. Goldberg, In re Suboxone Antitrust Litigation, No. 13-md-02445-MSG (E.D. Pa.)**

"This has been complex litigation, it has been well-handled and cooperatively handled as far as the Court has been able to observe and that's a credit both to plaintiffs' counsel and to the defendants' counsel."

"[I]n presiding over this case, … from my observations, I've been entirely impressed with the efforts of counsel for both sides in their ability to litigate vigorously but cooperatively and professionally..."
*Hon. John J. Tharp, JR., In re Surescripts Antitrust Litigation, No. 19-cv-06627 (N.D. ILL.) (final settlement hearing)*

**WB&E** WEXLER BOLEY & ELGERSMA LLP

Page 4

# Leadership Positions

WBE is frequently appointed as lead counsel and to plaintiff steering committees in complex, high-stakes litigation. Some of those appointments include:

| CASE | COURT | APPOINTMENT |
|---|---|---|
| *In re Redner's Markets, Inc. v. Lamb Weston Holdings, Inc., et al., Case No.: 24-cv-11801* | *N.D. Ill.* | *Plaintiffs' Steering Committee* |
| *Hogan v. Amazon.com Inc., Case No. 21-cv-996* | *W.D. Wash.* | *Interim Co-Lead Counsel* |
| *In re Deere & Company Repair Services Antitrust Litigation, Case No. 22-cv-00188* | *N.D. Ill.* | *Interim Co-Lead Counsel* |
| *In re Copaxone Antitrust Litigation, No. 22-cv-01232* | *D.N.J.* | *Interim Co-Lead Counsel* |
| *Hogan, et al. v. Amazon.com, Inc., No. 21-cv-3169* | *N.D. Ill.* | *Interim Co-Lead Counsel* |
| *In re Midwestern Pet Foods Marketing, Sales Practices and Product Liability Litigation, No. 21-cv-00007* | *S.D. Ind.* | *Interim Co-Lead Counsel* |
| *Ciofoletti, et al. v. Securian Financial Group, et al., No. 18-cv-3025* | *D. Minn.* | *Interim Co-Lead Counsel* |
| *In re Xyrem (Sodium Oxybate) Antitrust Litigation, No. 20-md-02966* | *N.D. Cal.* | *Plaintiffs' Steering Committee* |
| *In re DPP Beef Litigation, No. 20-cv-1319* | *D. Minn.* | *Plaintiffs' Steering Committee* |
| *Powell Prescription Center, et al. v. Surescripts, LLC, No. 19-cv-06627* | *N.D. Ill.* | *Settlement Class Counsel* |
| *Precious Plate, Inc., et al. v. Olin Corporation, et al., No. 19-cv-00385* | *W.D. NY* | *Interim Co-Lead Counsel* |

WB&E WEXLER BOLEY & ELGERSMA LLP

| CASE | COURT | APPOINTMENT |
|---|---|---|
| *In re Broiler Chicken Antitrust Litigation, No. 16-cv-8637* | *N.D. Ill.* | *Liaison Class Counsel* |
| *United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund, et al. v. Allergan, PLC No. 15-cv-12731* | *D. Mass.* | *Co-Lead Counsel* |
| *In re Nexium (Esomeprazole) Antitrust Litigation., 12-MD-02409* | *D. Mass.* | *Co-Lead Counsel* |
| *In re Actos End-Payor Antitrust Litigation, Case No. 13-cv-09244* | *S.D.N.Y.* | *Interim Co-Lead Counsel* |
| *Underwood v. I.F.F.A. Servs., No. 09-390; Clancy-Gernon Funeral Homes, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., No. 09-1008; Pettett Funeral Home, Ltd. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., No. 10-1000* | *S.D. Ill.* | *Lead Settlement Class Counsel* |
| *Celebrex Antitrust Litigation, No: 14-cv-395* | *E.D. Va.* | *Interim Co-Lead Counsel* |
| *In re Suboxone Antitrust Litigation, MDL 2445* | *E.D. Pa.* | *Co-Lead Counsel* |
| *In re Niaspan Antitrust Litigation, Case No. 13-MD-02460* | *E.D. Pa.* | *Interim Co-Lead Counsel* |
| *Levine v. American Psychological Association, Inc., Case No. 10-cv-1780* | *D.D.C.* | *Co-Lead Counsel* |
| *Roberts v. Electrolux Home Products Inc., Case No. 12-cv-1644* | *C.D. Cal.* | *Co-Lead Counsel* |
| *In re Skelaxin (Metaxalone) Antitrust Litigation, 12-md-2343* | *E.D. Tenn.* | *Plaintiffs' Executive Committee* |
| *In re Effexor XR Antitrust Litigation, Case No. 11-cv-05479* | *D.N.J.* | *Plaintiffs' Executive Committee and Settlement Class Counsel* |
| *In re Flonase Antitrust Litigation, Case No. 08-cv-3301* | *E.D. Pa.* | *Plaintiffs' Executive Committee* |

| CASE | COURT | APPOINTMENT |
|---|---|---|
| *In re Prograf Antitrust Litigation, Case No. 11-cv-11870* | *D. Mass.* | *Plaintiffs' Executive Committee* |
| *In re Lipitor Antitrust Litigation, No. 12-cv-2389* | *D. N.J.* | *Settlement Class Co-Lead Counsel* |
| *Gomez v. PNC Bank, National Association No. 12-cv-1274* | *N.D. Ill.* | *Lead Class Counsel* |
| *In re Wellbutrin XL Indirect Purchaser Antitrust Litigation, Case No. 08-cv-2433* | *E.D. Pa.* | *Co-Lead Counsel* |
| *Carter v. Allstate Ins. Co., Case No. 02-CH-16092* | *Cir. Ct. Ill. – Cook County* | *Co-Lead Counsel* |
| *In re Webloyalty.com, Inc. Marketing and Sales Practices Litigation, MDL No. 1820* | *D. Mass.* | *Co-Lead Counsel* |
| *Levie v. Sears Roebuck & Co. et al, No. 04-cv-7643* | *N.D. Ill.* | *Liaison Class Counsel* |
| *In re Medtronic, Inc. Implantable Defibrillators Products Liability Litigation, MDL No. 1726* | *D. Minn.* | *Plaintiffs' Steering Committee* |
| *In re Pet Foods Products Liability Litigation, MDL No. 1850* | *D. N.J.* | *Co-Lead Counsel* |
| *New England Carpenters Health Benefits Fund v. First Databank, Case No. 05-cv-11148* | *D. Mass.* | *Co-Lead Counsel* |
| *In re BP Products North America, MDL No. 1801* | *N.D. Ill.* | *Co-Lead Counsel* |
| *In re Hypodermic Products Antitrust Litigation, No. MDL No. 1730* | *D. N.J.* | *Co-Lead Counsel* |
| *In re Pharmaceutical Industry Average Wholesale Price Litigation, MDL No. 1456* | *D. Mass.* | *Co-Lead Counsel* |

| CASE | COURT | APPOINTMENT |
|---|---|---|
| *Nichols v. SmithKline Beecham Corp., Case No. 00-cv-06222* | *E.D. Pa.* | *Co-Lead Counsel* |
| *Virginia M. Damon Trust v. Mackinac Financial Corp., f/k/a North Country Financial Corp., Case No. 03-cv-0135* | *W.D. Mich.* | *Co-Lead Counsel* |
| *Stephen A. Ellerbrake and John E. Casey v. Campbell-Hausfeld et al., No. 01-L-540* | *Cir. Ct. Ill. – St. Clair County* | *Co-Lead Counsel* |

# Successes

Since its founding, the firm has participated in cases achieving millions of dollars in settlements and savings for its clients and consumers. In cases in which the firm has served

as Co-Lead Counsel, it has recovered over a billion dollars for its clients. Listed below are some of the firm's representative settlements and verdicts.

## SIGNIFICANT RECOVERIES AND VERDICTS

| CASE | COURT | RECOVERY |
|------|-------|----------|
| In re Broiler Chicken Antitrust Litigation, No. 16-cv-8637 | N.D. Ill. | Settlement valued at more than $145M |
| Maria Flores, et al. v. AON Corporation, Case No. 2022-CH-06132 | Cir. Ct. Ill – Cook County, CH | $1.5M settlement |
| In re Lipitor Antitrust Litigation, MDL No. 2332 | D. N.J. | $35M settlement with one defendant |
| In re Effexor XR Antitrust Litigation, Case No. 11-cv-05479 | D.N.J. | $25.5M settlement with one defendant |
| In re Suboxone Antitrust Litigation, MDL 2445 | E.D. Pa. | $30M settlement |
| In re Ranbaxy Generic Drug Application Antitrust Litigation, Case No. 19-md-02878 | D. Mass. | $340M settlement |
| Cooper et al. v. The 3M Company et al., Case No. 17-cv-01062 | W.D. Mich. | $54M settlement |
| In re Midwestern Pet Foods Marketing, Sales Practices, and Product Liability Litigation, Case No. 21-cv-00007 | S.D. Ind. - Evansville | $6.3M preliminary settlement |
| Parry, et al. v. Farmers Insurance Exchange, et al., Case No. BC683856 | L.A.S.C. | $75M settlement |
| Roberts v. Electrolux Home Products, Inc., Case No. 12-cv-01644 | C.D. Cal. | Settlement valued at more than $35.5M |
| In re Hypodermic Products Antitrust Litigation, MDL No. 1730 | D. N.J. | $22M settlement |

WB&E WEXLER BOLEY & ELGERSMA LLP

| CASE | COURT | RECOVERY |
|------|-------|----------|
| *New England Carpenters Health Benefits Fund v. First Databank, Case No. 05-cv-11148* | *D. Mass.* | *$350M settlement with McKesson; $2.7M with FDB and Medispan* |
| *In re Pharmaceutical Industry Average Wholesale Price Litigation, MDL No. 1456* | *D. Mass.* | *Multiple settlements totaling more than $350M* |
| *In re Guidant Defibrillators Products Liability Litigation, MDL No. 1708* | *D. Minn.* | *$195M settlement* |
| *Underwood v. I.F.F.A. Servs., No. 09-390; Clancy-Gernon Funeral Homes, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., No. 09-1008; Pettett Funeral Home, Ltd. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., No. 10-1000* | *S.D. Ill.* | *$41.15M settlement* |
| *In re Flonase Antitrust Litigation, Case No. 08-cv-3301* | *E.D. Pa.* | *$35M settlement* |
| *In re OSB Antitrust Litigation, Case No. 06-cv-00826* | *E.D. Pa.* | *$120M settlement* |
| *In re Pet Food Products Liability Litigation, MDL No. 1850* | *D.N.J.* | *$24M settlement* |
| *In re Webloyalty.com, Inc. Marketing and Sales Practices Litigation, MDL No. 1820* | *D. Mass.* | *Allowed customers to recover up to 100% of unauthorized charges* |
| *In re BP Prods. North America, Inc. Antitrust Litigation, MDL No. 1801* | *N.D. Ill.* | *$15.25M settlement* |
| *In re Medtronic Inc. Implantable Defibrillator Products Liability Litigation, MDL No. 1726* | *D. Minn.* | *$75M settlement* |
| *Wiginton v. CB Richard Ellis, Inc., Case No. 02-cv-6832* | *N.D. Ill.* | *A favorable settlement that made available monetary relief for eligible claimants, as well as a charitable contribution to the Commercial Real Estate Women Network* |

| CASE | COURT | RECOVERY |
|---|---|---|
| *In re Pressure Sensitive Labelstock Antitrust Litigation, MDL No. 1556* | *E.D. Pa.* | *$46.5M settlement* |
| *In re Synthroid Marketing Litigation, MDL No. 1182* | *N.D. Ill.* | *$87.4M settlement* |
| *Vista Healthplan, Inc. v. Bristol-Myers Squibb Co., Case No. 01-cv-01295* | *D.D.C.* | *$135M settlement* |
| *Nichols v. Smithkline Beecham Corp. ("Paxil"), Case No. 00-cv-6222* | *E.D. Pa.* | *$65M settlement* |

WB&E WEXLER BOLEY & ELGERSMA LLP

# Practice Areas

WBE is a nationally recognized leader in complex class action and multidistrict litigation, with a commitment to excellence and achieving meaningful relief for its clients. The firm's diverse litigation practice spans the areas of antitrust, business and commercial litigation, consumer fraud litigation, government representation, healthcare litigation, securities and corporate governance, and whistleblower and false claims litigation.

## ANTITRUST

Unfortunately, individuals and businesses sometimes violate the rules of our market-based system, imposing artificially inflated prices on market participants. Conduct prohibited by state and federal antitrust laws can take the form of illegally-maintained monopolies, price fixing, the improper exchange of competitive information, patent abuses, and other forms of unfair competition.

WBE is a leader in private antitrust enforcement, litigating a wide variety of class action cases involving many prominent industries, including the pharmaceutical, entertainment, service rental, lumber, energy, and electronic products industries.

Representative cases in the firm's antitrust practice area include:

*IN RE DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION, CASE NO. CASE NO. 22-CV-00188* (N.D. ILL.)

WBE and co-counsel brought this antitrust lawsuit against John Deere on behalf of plaintiffs who allege that the company maintains an illegal monopoly on the U.S. tractor repair industry. Plaintiffs allege Deere maintains control over the Repair Services Market through its increasingly consolidated network of authorized Dealerships. Dealerships are independently-owned businesses that work in close collaboration with Deere, which maintains significant and active oversight, support, and direction for the Dealerships' operations. The lawsuit alleges that John Deere is in violation of Sections 1 and 2 of the Sherman Act, and seeks to recover damages to the maximum extent allowed and permanently enjoin Deere from continuing to monopolize the tractor repair market.

*POWELL PRESCRIPTION CENTER, ET AL. V. SURESCRIPTS, LLC, ET AL.,* NO. 19-cv-06627 (N.D. ILL.)

WBE, along with co-counsel, filed this class action suit alleging that Surescripts uses its monopolistic market share to conduct anticompetitive practices in the e-prescription markets, such as entering into loyalty agreements with certain customers that allow the company to charge higher transaction fees than would be possible in a competitive market, as well as issuing threats against customers to ensure no other market competitors emerged. The lawsuit also names RelayHealth and Allscripts—competitors that Plaintiffs allege entered into non-compete and exclusive dealing agreements with Surescripts in exchange for a portion of Surescripts' monopoly profits.


WEXLER BOLEY & ELGERSMA LLP

*PRECIOUS PLATE, INC., ET AL. V. OLIN CORPORATION, ET AL.,* **NO. 19-cv-00385 (W.D. NY.)**

> WBE and its co-counsel filed this class action suit alleging that the largest domestic suppliers of caustic soda engaged in a conspiracy to fix the price at which caustic soda was sold in the United States. After years of declining prices, plaintiffs allege that the defendants engaged in coordinated supply reductions and redirection of domestic caustic soda supply to export markets, which allowed them to raise the price of caustic soda by nearly 50% over three years. These price increases would not have been possible absent defendants' coordinated and anticompetitive conduct.

*IN RE BROILER CHICKEN ANTITRUST LITIGATION,* **16: cv -8637 (N.D. ILL.)**

> WBE, along with co-counsel, filed this class action alleging that the nation's largest chicken producers (such as Tyson and Pilgrims) agreed with each other to limit the supply of broiler chickens, in order to raise the prices on chicken and chicken products. The Court appointed WBE as Liaison Counsel on behalf of a class of restaurants (and institutions, such as prisons and nursing homes) that purchased the defendants' chicken from a wholesaler. The plaintiffs are seeking to recover damages suffered when they overpaid on purchases of the defendants' chicken. The defendants filed motions to dismiss the case, but in November of 2017 the Court denied those motions almost entirely, issuing a 92-page opinion. On May 27,2023, the Court certified classes of direct purchasers, indirect purchasers, and end-user consumers.

*IN RE NEXIUM ANTITRUST LITIG.,* **MDL NO. 2409 (D. MASS.)**

> WBE, along with co-counsel, filed this antitrust class action, alleging that defendant AstraZeneca entered into non-competition agreements with a number of generic pharmaceutical manufacturers in order to delay marketing entry of generic versions of its blockbuster drug Nexium. Starting in October 2014, WBE participated in a six-week jury trial in the action; it was the first trial of a "reverse payment" antitrust action since the Supreme Court's *Actavis* decision. While the jury made several key findings in favor of the Plaintiffs, it ultimately returned a verdict in favor of defendants AstraZeneca and Ranbaxy.

*IN RE LIPITOR ANTITRUST LITIG.,* **12-CV-2389 (D. N.J.)**

> WBE filed this class action against Pfizer Inc. and Ranbaxy Pharmaceuticals Inc., among others, seeking damages and equitable relief on behalf of end-payors of Lipitor and/or its generic bioequivalents for violations of antitrust and consumer protection laws. Plaintiffs allege that, among other things, defendants fraudulently procured a patent covering Lipitor and entered into an anticompetitive settlement with Ranbaxy in order to keep generic versions of the blockbuster drug off of the market.

*NICHOLS V. SMITHKLINE BEECHAM CORP. ("PAXIL"),* **No. 00-CV-6222 (E.D. PA.)**

> WBE served as co-lead counsel in this case involving alleged efforts by GlaxoSmithKline, including "sham" patent litigation, to keep generic versions of Paxil off the market. This case is believed to be one of the first, if not the first, to allege misuse


**WEXLER BOLEY & ELGERSMA** LLP

of patents to delay generic competition in a pharmaceutical market brought under Section 2 of the Sherman Act (rather than Section 1). The case settled for $65 million.

### *IN RE EFFEXOR XR ANTITRUST LITIG.*, No. 11-CV-05479 (D. N.J.)

WBE was appointed to the Indirect Purchaser Class Executive Committee in this antitrust litigation against pharmaceutical manufacturer Wyeth, Inc. regarding its antidepressant Effexor XR. The complaint alleges that Wyeth fraudulently obtained a number of method-of-use patents for Effexor XR and engaged in sham litigation against sixteen potential generic competitors in an effort to protect the Effexor XR monopoly.  Plaintiffs further allege that Wyeth entered into an anticompetitive settlement with the first generic ANDA filer, Teva Pharmaceutical Industries, Ltd., and its US subsidiary Teva Pharmaceuticals USA, Inc., which delayed the entry of generic Effexor XR competitors for more than two years.

For more information about the firm's Antitrust Litigation practice, please visit the firm's website, at **http://www.wbe-llp.com/practice-areas/antitrust-litigation/**.

## BUSINESS AND COMMERCIAL LITIGATION

Confronting well-heeled and well-represented adversaries, WBE attorneys represent businesses throughout the country in complex disputes ranging from breach of contract claims to business torts, including fraud, unfair competition, and breaches of fiduciary duty. The firm has represented small businesses on a contingency basis when those businesses were faced with litigating against larger adversaries that engaged in unfair and unlawful conduct.

Although WBE attorneys are always prepared to offer zealous advocacy for the firm's clients in state or federal courts, they also have employed creative approaches to successfully handle difficult cases through alternative dispute resolution such as mediation or arbitration. The firm's willingness to extend its services in cases that other firms are unwilling or unable to handle is just another testament to its commitment to positive change.

For more information about the firm's Business and Commercial Litigation practice, including summaries of representative cases, please visit the firm's website, at **http://www.wbe-llp.com/practice-areas/business-commercial-litigation/**.

## CONSUMER PROTECTION

WBE is a national leader in prosecuting consumer protection claims on behalf of both businesses and individuals in state and federal courts throughout the country. The firm has successfully prosecuted cases involving, but not limited to:



// unlawful environmental dumping

// improper Internet "lead generation" practices

// unfair billing practices of telecommunications companies

// mislabeling of dietary supplements

// the sale of defective drugs and household appliances

// unfair payment policies of health insurance companies

// false advertising by Internet service providers

// deceptive practices of social networking sites

// unlawful debt reduction scams

For more information about the firm's Consumer Protection practice, including summaries of representative cases, please visit the firm's website, at **http://www.wbe-llp.com/practice-areas/consumer-protection/**.

## PRIVACY AND INFORMATION SECURITY

In a digital age, there are few assets more valuable to companies than data on current or potential customers. Because of this, many companies place more importance on obtaining personal information than concern for consumer privacy. WBE is actively protecting the privacy rights of individuals by taking action against companies who disregard privacy laws and mishandle consumer data. Our efforts include matters involving:

// Electronic collection and disclosure of personal information to third parties without proper consent, in violation of federal and state privacy laws, including the California Consumer Privacy Act of 2018 (CCPA)

// Violations of the Illinois Biometric Information Privacy Act (BIPA), which is intended to safeguard personal biometric identifiers such as fingerprints, voice prints, and face, hand, and retina features

// Data breaches that result in personal information being exposed to nefarious parties

// Unsolicited text messages, excessive robocalls, and junk faxes; and

// Disregard for numerous privacy laws, including the Electronic Communications Privacy Act (ECPA), Children's Online Privacy Protection Act (COPPA), the Gramm–Leach–Biley Act that



require financial institutions to provide consumer privacy notices explaining their information sharing practices, and similar federal and state privacy laws.

## GOVERNMENT REPRESENTATION

Our state, local, and federal governments are often victims of the same securities and healthcare frauds that are inflicted on businesses and individuals in the private sector. The government is an insurer through Medicare or Medicaid, and therefore overpays when brand name pharmaceutical manufacturers unlawfully suppress generic competition for their drugs. Similarly, government entities are investors with respect to their treasuries and pension plans. Thus, when false and misleading statements are issued by public companies, government entities are entitled to the same securities fraud damages that are available to private investors. Governments are also owed fiduciary duties in certain circumstances, and are often parties to multi-million-dollar contracts, the breach of which can result in significant damages.

WBE helps government entities recover the funds taken from them through the unlawful conduct of others. Ultimately, those funds belong to taxpayers, who are the intended beneficiaries of government services. WBE believes that government officials have not only the right, but also the obligation, to try to recover these assets for their constituents.

For more information about the firm's Government Representation practice, including summaries of representative cases, please visit the firm's website, at **http://www.wbe-llp.com/practice-areas/government-representation/**.

## HEALTHCARE LITIGATION

In the wake of ever-rising healthcare costs, WBE is at the forefront of legal action being taken nationwide to challenge wide-ranging fraudulent and unfair conduct in the healthcare industry. Our firm has prosecuted claims for:

> // reporting of fraudulent pharmaceutical prices

> // failures to recall defective health devices

> // an industry-wide conspiracy to increase the prices of over 400 brand name drugs

> // the filing of baseless lawsuits and administrative actions to delay generic drug entry



// challenging pharmaceutical manufacturers' marketing of prescription opioids

// a pharmacy's illegal substitution of more expensive versions of generic drugs

Bringing claims under RICO, the antitrust laws, state consumer protection statutes, and more, WBE has successfully prosecuted cases against some of the largest companies in the healthcare industry, including McKesson Corp., Becton Dickinson, AstraZeneca, GlaxoSmithKline, Abbott Laboratories, Bristol-Myers Squibb, Johnson & Johnson, and Bayer Corporation.

WBE's case against McKesson Corp. for manipulating the reimbursement benchmark for drug purchases resulted in one of the largest RICO settlements ever.

For more information about the firm's Healthcare Litigation practice, including summaries of representative cases, please visit the firm's website, at **http://www.wbe-llp.com/practice-areas/healthcare-litigation/**.

## SECURITIES AND CORPORATE GOVERNANCE

Over the last few years, we have learned all too well that lack of regulation and oversight can lead to corrupt corporate leadership, lack of transparency regarding the risks of significant investments, and the repeated securitization of the same bad investments.

WBE has committed its resources to helping pension plans, governments, and others recover assets lost as a result of the weakness of mortgage-backed securities, auction rate securities, credit swaps, derivative swaps, and overextended securities lending programs. Through its membership in the National Association of State Treasurers, and its increased involvement in institutional finance and investment conferences, WBE has catapulted itself to the forefront of this area of litigation, seeking redress and the recovery of assets lost through gross negligence and breaches of fiduciary duties by those in whom institutional investors placed their trust and confidence.

Securities litigation can often result in changes to corporate governance and policies designed to prevent future misconduct. We believe the importance of this work cannot be overstated. The firm seeks to ensure that corporate officers and directors fulfill their responsibilities and provide full disclosure and transparency to those buying and selling securities, helping to ensure that our capital markets truly reflect the accurate information that should underlie every commercial transaction.

For more information about the firm's Securities and Corporate Governance practice, including summaries of representative cases, please visit the firm's website, at **http://www.wbe-llp.com/practice-areas/securities-corp-governance/**.

 WEXLER BOLEY & ELGERSMA LLP

## WHISTLEBLOWER AND FALSE CLAIMS LITIGATION

Under the Federal False Claims Act and state law counterparts, private citizens or "whistleblowers" may sue on behalf of the government for fraud committed against it. This type of fraud costs taxpayers billions of dollars each year. If a case is successful, the government may be able to recover treble damages and civil penalties for each violation and the private citizen or "relator" can receive his or her attorneys' fees and costs, as well as a portion of the funds awarded by the court.

WBE is committed to seeing companies and individuals held responsible for fraud against the government and to representing private citizens willing to come forward and expose fraud.

For more information about the firm's Whistleblower and False Claims Litigation practice, including summaries of representative cases, please visit the firm's website, at **http://www.wbe-llp.com/practice-areas/whistleblower-false-claims-litigation/**.

WB&E **WEXLER BOLEY & ELGERSMA** LLP

# Our Professionals

Our legal team consists of professionals with a broad range of experiences and diverse backgrounds. Many of our lawyers serve as leaders in charitable institutions, teach at universities, and are members of national, state, and local bar associations. All of our professionals have earned the respect and admiration of our clients, judges, and co-counsel by the strength of their experience, diverse backgrounds, and overall commitment to excellence.

## OUR PARTNERS

The partners of WBE have been regularly selected as "Super Lawyers" and "Rising Stars" in Illinois. Named partner Kenneth A. Wexler is rated AV® Preeminent™ by Martindale-Hubbell, the highest rating in legal ability and ethics a lawyer can obtain. In addition, he has been named Illinois Local Litigation Stars by Benchmark Plaintiff every year since 2012.

## OUR ASSOCIATES

Our associates hail from some of the top schools in the nation and have been recognized for outstanding academic achievement. As law students, WBE associates served on the editorial boards of law reviews and journals, received academic honors, acted as student leaders, and participated in a variety of clinical programs to receive real-world legal experience before entering practice. Our associates have garnered numerous top-of-class honors.



## KENNETH A. WEXLER

## MANAGER AND FOUNDING PARTNER

Kenneth A. Wexler, the founder of the firm, is a 1980 graduate of the Georgetown University Law Center.  He received a Bachelor of Arts degree in 1977, *summa cum laude*, from Washington University in St. Louis, Missouri.

For over 40 years, Ken has devoted himself to helping those whose rights have been denied, or who have been victims of the unscrupulous or fraudulent actions of others, typically more powerful persons or entities.  Founder of WBE, Ken was also a founding partner of the firms formerly known as Miller Faucher Cafferty & Wexler LLP and Wexler Wallace LLP, respectively. He began his career and was a partner in the Chicago law firm now known as Much Shelist, PC.

Ken has been in leadership positions in cases with far-ranging subject matters, including brand name manufacturer suppression of competition from generic drugs, fraudulent and deceptive product overcharges, discrimination and harassment, corporate waste and mismanagement, cost recovery for defective medical devices, false advertising, and government fraud. Ken's practice is devoted to complex class action and commercial litigation, which includes a substantial amount of health care litigation, claims brought under federal and state false claims statutes, and cases alleging violations of the securities and antitrust laws. At present, Ken is particularly focused on protecting issuers of municipal bonds, recovering losses for pension funds and other investors that were victimized by unlawful and improvident securities lending practices, and cost-recovery for victims of health care fraud, including Taft-Hartley Funds, self-insured employers, and government entities.

Ken is a member of the Chicago Bar Association, Illinois State Bar Association, Federal Bar Association, American Bar Association, Chicago Council of Lawyers, American Association for Justice, and the Illinois Trial Lawyers Association. He is admitted to the bar in Illinois and is licensed to practice before the Illinois Supreme Court, United States District Court for the Northern and Southern Districts of Illinois, the United States Court of Appeals for the First, Second, Third, Sixth, and Seventh Circuits, and the United States Court of Appeals for the District

www.wbe-llp.com

of Columbia. With so many of the firm's cases pending in jurisdictions across the country, Ken has also been admitted to practice *pro hac vice* in United States District Courts of California, Connecticut, the District of Columbia, Florida, Maine, Maryland, Massachusetts, Minnesota, Missouri, New Jersey, New Mexico, New York, Ohio, Pennsylvania, South Dakota, Tennessee, Virginia, and Wisconsin.

Along with bar activities, Ken is a fellow of The Roscoe Pound Institute and is a former member of the American Constitution Society for Law and Policy, the Center for International Legal Studies, the National Association of State Treasurers, and the Executive Committee of the Civil Rights for the Anti-Defamation League. Ken also volunteers with the Chicago coalition for the Homeless and is a lifetime member of the 100 Club of Chicago, which provides support for the families of first responders who died in the line of duty.

WB&E WEXLER BOLEY & ELGERSMA LLP

## JUSTIN N. BOLEY

## PARTNER

Justin N. Boley is a partner at WBE, bringing nearly 15 years of knowledge and experience to the firm's antitrust, business and commercial litigation, and consumer protection practices. Since beginning his legal career, Justin has established himself as a formidable advocate for his clients, navigating the complexities of high-stakes litigation with precision and expertise. His dedication to achieving just outcomes and his strategic, trial-minded approach to tackling intricate legal challenges have earned him a distinguished reputation amongst his peers.

Since joining the firm, Justin has been instrumental in the firm's pharmaceutical antitrust practice, including serving on the trial team for *In re Nexium (Esomeprazole) Antitrust Litigation,* the first reverse payment antitrust case to go to trial following the Supreme Court's *Actavis* decision. This case laid the foundation for Justin's belief that every case—no matter how big or small—should be litigated from the very beginning with an eye towards trial.  Since Nexium, Justin has led investigations into anticompetitive misconduct in dozens of industries, including cartelization in financial derivative markets and price-fixing among online travel sites and hotels. The evolving intersection between technology, intellectual property, and antitrust law is of particular interest to Justin and he focuses a large amount of his current practice to investigating emerging misconduct in non-traditional markets.

More recently, Justin played an integral role in bringing a class action Racketeer Influenced and Corrupt Organizations Act (RICO) case against Centene Corporation, the largest provider of health-insurance plans sold on the online exchanges established by the Affordable Care Act (ACA). Justin's dedication and leadership helped Plaintiffs largely defeat motions to dismiss the case, allowing claims to move forward.

Justin has also been a key figure overseeing the firm's landmark work in biometric privacy litigation, introducing numerous cases alleging violations of Illinois' Biometric Information Privacy Act (BIPA).

Justin has been recognized for his work by numerous legal award and rating organizations, including being consistently named to Thomson Reuters list of Rising Stars and Super Lawyers since 2018 and appearing multiple times in Law360's Legal Lions of the Week column.

Prior to joining the firm, Justin attended school abroad and obtained a Master's Degree with a focus on International Relations. During law school, Justin's focus on corporate law, finance, and complex litigation earned him numerous top-of-the-class academic honors. He served as a member of the New Media Team for President Barack Obama's 2008 campaign.

**KARA A. ELGERSMA**

**PARTNER**

Kara A. Elgersma is a 2000 graduate of Georgetown University Law Center, with Bachelor of Arts Degrees in English and History obtained from the University of Kansas in 1997.

Kara came to WBE from K&L Gates LLP, where she was a partner. At K&L Gates, Kara was a member of the Antitrust and Trade Regulation Department, focusing on antitrust litigation, franchising and dealership disputes, class actions and other complex commercial litigation, as well as advising clients on a variety of regulatory matters, including antitrust, FCC, and energy regulatory policies.

Kara's experience includes all aspects of complex commercial litigation.  In addition, she is well-versed in arbitration, including pre-hearing case development and management, as well as the conduct of full hearings.

For six months in 2004, Kara was "on loan" to Kraft Foods Global, Inc., Northfield, Illinois, where she directly assisted the Chief Litigation Counsel for the company and handled a wide variety of litigation matters, including small and large product liability claims, general commercial litigation, civil investigative demands, business subpoenas, labor and employment litigation, and bankruptcy matters.

She is admitted to the bars of the Supreme Court of Illinois and Wisconsin, the District of Columbia Court of Appeals, the United States District Courts for the Northern District of Illinois, the District of Columbia, the District of Colorado and the Western District of Wisconsin, the United States Courts of Appeals for the Third, Fourth, Sixth, Seventh, Eighth, Ninth, and Tenth Circuits, and the Supreme Court of the United States.

Kara is a member of the American Bar Association, the Illinois State Bar Association, and the District of Columbia Bar Association.  She was a Board Member of the Competition Law360 Advisory Board for 2009 to 2010, and she was involved as a Board Member for Girls On The Run of Northern Virginia, as well as a volunteer with Chicago Volunteer Legal Services.

**BETHANY R. TURKE**

**PARTNER**

Bethany R. Turke joined WBE after practicing in the New York and Chicago offices of Latham & Watkins LLP. Bethany's practice at Latham involved a wide range of civil and criminal litigation matters, including securities litigation, contract disputes, government investigations, and employment matters. She was also very active in Latham's *pro bono* practice, working tirelessly on behalf of clients facing various immigration, employment, and housing discrimination issues. Before joining Latham & Watkins, Bethany served as a law clerk to the Honorable Cheryl L. Pollak of the United States District Court for the Eastern District of New York. She received her J.D. from Harvard Law School in 2006.

Bethany is actively involved on cases in a number of WBE's practice specialties, including the firm's antitrust, healthcare, and consumer protection practice areas.

**MELINDA J. MORALES**

**PARTNER**

Throughout her career, Melinda ("Mindy") Morales has represented clients across a broad range of complex litigation on both sides of the courtroom. Mindy has over twenty years of experience in state and federal court advocating for both plaintiffs and defendants at the trial and appellate levels. This gives Mindy a unique perspective that allows her to anticipate her opposing counsel's methods and provides insight into their approach.

Mindy's early career was devoted to working exclusively on class action litigation in the areas of consumer fraud, antitrust, and securities. Over the years she has gained extensive experience handling disputes involving consumer protection laws, employment laws, insurance coverage issues, and commercial contract and partnership issues. In the class action arena, her accomplishments include acting as a core member of the trial and appellate team that obtained a $1 billion verdict on behalf of plaintiffs in a landmark consumer fraud case, co-authoring multiple winning appellate briefs, and arguing on behalf of

plaintiffs to address the extraterritorial reach of the Illinois Consumer Fraud Act.

Mindy's desire to get back to helping regular people and businesses whose rights have been trampled, led her to WBE, where she serves as a Partner.

**TYLER J. STORY**

**PARTNER**

Tyler has over a decade of experience in complex litigation, having contributed to nearly every facet of the firm's practice since joining in 2013. His work spans early-stage case investigation through trial and appeal, with a particular focus on antitrust litigation.

Tyler has played a key role in briefing dispositive and class certification motions, leading large-scale discovery efforts, taking and defending depositions, and negotiating class action settlements. He is skilled at navigating complex factual and regulatory landscapes and frequently collaborates with expert witnesses on issues central to the success of his cases. Tyler's efforts have helped secure millions of dollars in recoveries for individuals and businesses harmed by corporate misconduct.

Among his representative matters, Tyler was instrumental in *In re Ranbaxy Generic Drug Application Antitrust Litigation* (D. Mass.), where he worked closely with plaintiffs' economists and regulatory experts, conducted depositions, and helped secure certification of three classes of prescription drug purchasers. He led the firm's day-to-day litigation efforts in *In re Surescripts Antitrust Litigation* (N.D. Ill.), directing discovery strategy and contributing to the successful opposition of motions to exclude plaintiffs' expert testimony, and *In re Xyrem Antitrust Litigation* (N.D. Cal.), where he played a critical role in developing plaintiffs' evidence relating to the economic issues of antitrust impact and market power. Tyler also helped in preparation for the trials in *In re Nexium Antitrust Litigation* (D. Mass.), the first ever pay-for-delay case to go to trial after the Supreme Court's decision in *FTC v. Actavis*, and *In re Opana Antitrust Litigation* (N.D. Ill.).

Tyler's academic background includes research on the intersection of patent and antitrust law in the pharmaceutical industry and the obstacles to certifying indirect purchaser class actions. His work has also explored issues of standing in state antitrust suits and the application of economic principles to conduct in the pharmaceutical industry.

**ZORAN (ZOKI) TASIĆ**

**ASSOCIATE**

Zoki joined WBE in February 2021 to work on complex class-action litigation in the areas of antitrust, consumer protection, and healthcare. His work at the firm builds on his previous experiences as a plaintiff-side class-action attorney and as a trial attorney for the Antitrust Division of the U.S. Department of Justice. Before joining the firm, Zoki worked in private practice as a plaintiff-side class-action attorney. During that time, he developed cases from scratch, oversaw all aspects of discovery, wrote class-certification briefs in multiple cases, and played an instrumental role in the drafting of the first consumer class-action complaint in what became the *In re Zantac (Ranitidine) Products Liability Litigation* MDL. Zoki also had leading roles in a billion-dollar RICO case involving pharmaceutical pricing and a novel antitrust case concerning bid rigging in the market for search-engine advertising.

**MARGARET SHADID**

**ASSOCIATE**

Margaret joined WBE in September 2022 to work on complex class-action litigation, and has long been interested in protecting the rights of individuals and communities. While in law school, Margaret was active in her school's Pro Bono Clinic, where she argued on behalf of juveniles who received sentences of life imprisonment. She was also an Associate Barrister of the Trial Advocacy and Dispute Resolution Program and won various awards for her work in trial competitions. Her article advocating to allow individuals with felony convictions to sit on juries was

published in the Lake County Bar Association Magazine, "The Docket," in July 2020.

After graduating law school, Margaret practiced federal criminal defense in the Northern District of Illinois. From September 2021-2022, she served as a law clerk to United States District Court Judge Thomas M. Durkin in the Northern District of Illinois, where she was exposed to a variety of complex litigation matters, including antitrust and False Claims Act cases.

**GWYNETH LIETZ**

**ASSOCIATE**

Gwyneth is an associate at WBE, where she focuses on complex class-action litigation in the areas of antitrust, data privacy, and consumer protection. She joined the firm following her graduation from law school in May 2024.

During her time at DePaul University College of Law, Gwyneth earned a Certificate in Intellectual Property Law, reflecting her strong interest in this area of law. Gwyneth was actively involved in several organizations related to intellectual property. She participated in the DePaul Technology/Intellectual Property Clinic (TIP® Field Clinic) and was a member of the Intellectual Property Law Society and the Entertainment & Sports Law Society.

In addition to her focus on intellectual property, Gwyneth demonstrated a strong commitment to supporting and empowering first-generation law students. She served as the Social Media Chair for DePaul's First Generation Law Student Organization, where she used her platform to promote resources, events, and opportunities for students facing the unique challenges of law school as first-generation professionals.

**ANDREW YODER**

**ASSOCIATE**

Andrew is an associate at WBE, where he focuses on complex class-action and multidistrict litigation in antitrust, securities, and consumer protection cases. He joined the firm following his graduation from Georgetown University Law Center in May of 2025. At Georgetown, he served as an editor of the *Journal of Law & Public Policy* and was an active member of the Antitrust Law Association, the Plaintiffs' Law Association, and the American Constitution Society.

During law school, Andrew interned at the Federal Trade Commission's Bureau of Consumer Protection, contributing to investigations involving cryptocurrency and artificial intelligence, as well as assisting with multiple rulemaking efforts. He also interned with the Federal Communications Commission's Office of Legislative Affairs and the U.S. Agency for Global Media. In his final semester, he participated in the Georgetown Communications and Technology Law Clinic.

Before law school, Andrew spent nearly a decade as a political campaign producer at AKPD Message and Media (formerly David Axelrod and Associates), where he managed all phases of production planning and execution in support of candidates and causes nationwide. His work culminated in helping lead media efforts for Pete Buttigieg's victory in the 2020 Iowa Democratic Caucus.

Andrew is committed to doing the important work of advancing litigation that holds powerful interests accountable and ensures that economic opportunity is not reserved for the privileged few. He hopes to help build a fairer system where all people have a real chance to thrive.

www.wbe-llp.com

WB&E WEXLER BOLEY & ELGERSMA LLP



## Firm Resume

**MINNEAPOLIS OFFICE**
120 South Sixth Street
Suite 2600
Minneapolis, MN 55402

**CALIFORNIA OFFICE**
600 W. Broadway
Suite 3300
San Diego, CA 92101

**p. 612-333-8844**
**www.gustafsongluek.com**

# Table of Contents

Firm Overview..................................................................................................................1

Leadership Positions........................................................................................................2

Case Outcomes.................................................................................................................6

    Antitrust......................................................................................................................6

    Consumer Protection ...............................................................................................10

    Data Breach .............................................................................................................11

    Product Liability .......................................................................................................12

    Intellectual Property & Patent Misuse .........................................................................13

Appellate Advocacy......................................................................................................15

Practice Areas and Current Cases..................................................................................17

    Antitrust....................................................................................................................17

    Consumer Protection ...............................................................................................21

    Constitutional Litigation............................................................................................24

    Data Breach .............................................................................................................26

    Product Liability .......................................................................................................29

Pro Bono & Community ..................................................................................................31

Our Professionals ...........................................................................................................33

# Firm Overview

Gustafson Gluek PLLC is a 24-attorney law firm with a national practice specializing in complex litigation. The firm has offices in Minneapolis, Minnesota and San Diego, California. Gustafson Gluek attorneys seek to vindicate the rights of, and recover damages for, those harmed by unfair business practices, such as illegal price fixing, deceptive trade practices, and the distribution of unsafe medical devices, as well as enjoin companies from engaging in these types of practices in the future.

Founded in 2003, Gustafson Gluek's attorneys have consistently been recognized by their clients, peers, and courts across the country as leaders in their fields. They have been chosen to lead some of the largest and most complex multi-district litigations. Attorneys at Gustafson Gluek have received national and statewide awards and honors and are routinely called upon by other leading firms to assist in taking on some of the largest companies and defense firms in the world. Gustafson Gluek was named number five in the Top 25 Lead Counsel in antitrust complaints filed from 2009 – 2024 in the 2024 Antitrust Annual Report produced by the University of San Francisco Law School and The Huntington National Bank. Gustafson Gluek was also listed as sixteenth among firms with the highest number of antitrust settlements and in the top 25 Lead Counsel in Class Recoveries.

Core values of Gustafson Gluek include supporting the community and promoting diversity in the legal profession. Its attorneys have held leadership positions and actively participate in numerous national, statewide and affinity-based legal organizations, including the Federal Bar Association, the Fund for Legal Aid Board, Minnesota State Bar Association, the Infinity Project, Minnesota Women Lawyers, Minnesota Association of Black Lawyers, the Lavender Bar Association and American Antitrust Institute. Gustafson Gluek was instrumental in founding the Pro Se Project, a collaboration with the Minnesota District Court pairing indigent federal litigants with attorneys. Gustafson Gluek devotes hundreds of hours each year to pro bono service through the Pro Se Project and other organizations.

# Leadership Positions

Gustafson Gluek's attorneys are frequently recognized by their peers and the courts as experienced and capable leaders and, as such, have been appointed to lead numerous complex litigations including the following:

**Crowell v. FCA USA LLC (D. Del.)**
*Interim Co-Lead Counsel*

**In re 3M Combat Arms Earplug Litig. (Minn.)**
*Co-Lead Counsel*

**In re Archery Products Antitrust Litig. (D. Colorado)**
*Executive Committee*

**In re Bank of America Unauthorized Account Opening Litig. (W.D.N.C)**
*Co-Lead Class Counsel*

**In re Broiler Chicken Antitrust Litig. (N.D. Ill.)**
*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

**In re Change Healthcare, Inc. Customer Data Security Breach Litig., (D. Minn)**
*Overall Lead Counsel*

**In re CenturyLink Residential Customer Billing Disputes Litig. (D. Minn.)**
*Executive Committee Chair*

**In re Concrete and Cement Additives Antitrust Litig. (S.D.N.Y.)**
Executive Committee

**In re Construction Equipment Antitrust Litig. (N.D. Ill.)**
*Plaintiffs' Steering Committee*

**In re Crop Inputs Antitrust Litig. (E.D. Mo.)**
*Co-Lead Counsel*

**In re Dealer Management Systems Antitrust Litig. (N.D. Ill.)**
*Plaintiffs' Steering Committee*

***In Re: Deere & Company Repair Services Antitrust Litig.*** **(N.D. Ill.)**
*Co-Lead Counsel*

***In re DPP Beef Litig.*** **(D. Minn.)**
*Co-Lead Counsel*

***In re DRAM Antitrust Litig.*** **(N.D. Cal. and multiple state court actions)**
*Co-Lead Counsel for Indirect Purchasers*

***In re Eyewear Antitrust Litig.*** **(S.D.N.Y.)**
*Co-Lead Counsel for the Putative Direct Purchaser Class*

***In re Flash Memory Antitrust Litig.*** **(N.D. Cal.)**
*Plaintiffs' Steering Committee*

***In re Fragrances Indirect Purchaser Antitrust Litig.*** **(D. N.J.)**
*Co-Lead Counsel*

***In re Frozen Potato Products Antitrust Litig.*** **(N.D. Illinois)**
*Co-Lead Counsel*

***In re Google Digital Publisher Antitrust Litig.*** **(N.D. Cal.)**
*Plaintiffs' Leadership Committee*

***In re Granulated Sugar Antitrust Litig.*** **(D. Minn).**
*Plaintiffs' Steering Committee for the Direct Purchaser Plaintiffs*

***In re Indirect Purchaser Fire Apparatus Antitrust Litig.*** **(E.D. Wi.)**
*Interim Co-Lead Counsel*

***In re Interior Molded Doors Indirect Purchaser Antitrust Litig.*** **(E.D. Va.)**
*Co-Lead Counsel*

***In re Hershey Chocolate Litig.*** **(M.D. Pa.)**
*Plaintiffs' Steering Committee*

***In re re Johnson Controls, Inc., Data Incident Litigation*** **(E.D. WI)**
*Executive Committee*

***In re Medtronic, Inc. Implantable Defibrillators Products Liability Litig. (D. Minn.)***
*Co-Lead Counsel*

***In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig. (D. Minn.)***
*Lead Counsel*

***In re MNGI Digestive Health, PA Data Breach Litig. (D. Minn.)***
*Executive Committee*

***In re Net Gain Data Breach Litig. (D. Minn.)***
*Executive Committee*

***In re: Pacific Market International, LLC Stanley Tumbler Litig. (W.D. Wa.***
*Interim Executive Committee*

***In re Park Dental Data Breach Litig. (D. Minn.)***
*Interim Co-Lead*

***In re Pork Antitrust Litig. (D. Minn.)***
*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

***In re Regents of the University of Minnesota Data Litig. (Minn.)***
*Lead Counsel*

***In re Syngenta Litig. (Minn.)***
*Co-Lead Class Counsel, Settlement Counsel*

***In re Vitamin C Antitrust Litig. (E.D.N.Y.)***
*Co-Lead Counsel for Indirect Purchasers*

***Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd. (E.D.N.Y.)***
*Co-Lead Counsel*

***Powell Prescription Center v. Surescripts, LLC (N.D. Ill.)***
*Lead Counsel Committee*

***Quaife, et al. v Brady Martz Data Securities Litig. (D.N.D.)***
*Co-Lead Counsel*

***Ray v. NCAA (E.D. Cal.)***
*Co-Lead Class Counsel*

***St. Barnabas Hospital, Inc. et al. v. Lundbeck, Inc. et al.*** **(D. Minn.)**
*Interim Class Counsel*

***Vikram Bhatia, D.D.S., et al., v. 3M Company*** **(D. Minn.)**
*Co-Lead Counsel*

# Case Outcomes

Gustafson Gluek has recovered billions of dollars on behalf of its clients since its founding in 2003. Gustafson Gluek has helped vindicate the rights of, and recover damages for, those harmed by unfair business practices such as illegal price fixing, deceptive trade practices, and the distribution of unsafe or defective devices, as well as enjoin companies from engaging in these types of practices in the future. A list of representative cases the Firm previously litigated and the outcomes of those cases is set forth below.

## Antitrust

### *In re Automotive Parts Antitrust Litig.* (E.D. Mich.)

Gustafson Gluek was an integral part of the team representing a class of indirect purchases of various automotive components. Plaintiffs alleged that the defendants engaged in a sprawling price fixing conspiracy to artificially increase the price of several different automobile components. Gustafson Gluek helped recover over $1.2 billion for the class.

### *In Re Blue Cross Blue Shield Antitrust Litig.* (N.D. Ala.)

Gustafson Gluek was appointed as a member of the Damages and Litigation Committees representing a class of subscribers of Blue Cross Blue Shield insurance in multiple states. Plaintiffs alleged the defendants entered into a de facto price allocation agreement via the "licensing" agreements for use of the Blue Cross Blue Shield name and trademarks. The parties reached a settlement that established a $2.67 billion Settlement Fund. Settling Defendants also agreed to make changes in the way they do business that Plaintiffs believe will increase the opportunities for competition in the market for health insurance.

### *In re Capacitors Antitrust Litig.* (N.D. Cal.)

Gustafson Gluek represented a class of indirect purchasers of electrolytic or film capacitors. Plaintiffs alleged that at least fifteen multinational corporations

conspired to fix the prices of capacitors that they manufactured and sold worldwide and into the United States. Gustafson Gluek attorneys worked closely with Lead Counsel throughout the litigation, which eventually recovered $84.49 million for the class.

### *In re Containerboard Antitrust Litig.* **(N.D. Ill.)**

Gustafson Gluek represented a class of direct purchasers of containerboard products and was a defendant team leader. Plaintiffs alleged that defendant containerboard manufacturers conspired to fix the price of containerboard. As a team leader, Gustafson Gluek handled all aspects of discovery, including the depositions of several senior executives. Gustafson Gluek helped to secure over $376 million for the class.

### *In re Cathode Ray Tube (CRT) Antitrust Litig.* **(N.D. Cal.)**

Gustafson Gluek represented a class of direct purchasers of CRT screens used for computer monitors and televisions. Plaintiffs alleged that defendants conspired to fix the price of these products in violation of the antitrust laws. Gustafson Gluek had a significant discovery role in the prosecution of this antitrust class action, which resulted in settlements totaling $225 million for the class.

### *In re DRAM Antitrust Litig.* **(N.D. Cal. and multiple state court actions)**

Gustafson Gluek was appointed Co-Lead Counsel for the indirect purchasers in this nationwide class action against both national and international memory-chip manufacturers. This case dealt with the conspiracy surrounding the pricing of the memory chips commonly known as Dynamic Random Access Memory (or DRAM). DRAM is used in thousands of devices on a daily basis, and Gustafson Gluek was integral in achieving a settlement of $310 million for the class.

### *In re Dealer Management Systems Antitrust Litig.* **(N.D. Ill.)**

Gustafson Gluek has been appointed as a member of the Steering Committee representing a class of car dealerships. Plaintiffs allege that defendants

unlawfully entered into an agreement that reduced competition and increased prices in the market for Dealer Management Systems ("DMS") and data integration services related to DMS. Plaintiffs have reached a settlement with one defendant but continue to litigate against the remaining defendants.

### *In re Domestic Drywall Antitrust Litig.* (E.D. Pa.)

Gustafson Gluek represented a class of direct purchasers of drywall in this antitrust case. Plaintiffs alleged that the defendant manufacturers conspired to artificially increase the price of drywall. Gustafson Gluek played an active role in the litigation. A class was certified, and Gustafson Gluek helped recover over $190 million for the class.

### *In re Lithium Ion Batteries Antitrust Litig.* (N.D. Cal.)

Gustafson Gluek represented a class of direct purchasers of lithium ion batteries in a multidistrict class action. Plaintiffs alleged collusive activity by the world's largest manufacturers of lithium ion batteries, which are used in everything from cellular phones to cameras, laptops and tablet computers. Gustafson Gluek had a significant discovery role in the prosecution of this antitrust class and helped recover over $139 million for the class.

### *In re Interior Molded Doors Indirect Purchaser Antitrust Litig.* (E.D. Va.)

Gustafson Gluek served as Co-Lead Counsel with two other firms representing a class of indirect purchasers of interior molded doors. Plaintiffs alleged that two of the country's largest interior molded door manufacturers conspired to inflate prices in the market. Defendants settled with the class for $19.5 million.

### *Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) Ltd., et al.* (E.D.N.Y.)

Gustafson Gluek was Co-Lead Counsel representing a class of direct purchasers of freight forwarding services in this international case against 68 defendants. Plaintiffs alleged that defendants engaged in an international conspiracy to fix,

inflate, and maintain various charges and surcharges for freight forwarding services in violation of U.S. antitrust laws. Gustafson Gluek worked to secure over $450 million for the class.

### In re Resistors Antitrust Litig. (N.D. Cal.)

Gustafson Gluek worked closely with Lead Counsel representing indirect purchasers of linear resistors. Plaintiffs alleged that the defendant manufacturers conspired to increase the price of linear resistors, thereby causing indirect purchasers to pay more. After engaging in extensive discovery, Plaintiffs recovered a total of $33.4 million in settlements for the indirect purchaser class.

### In re TFT-LCD (Flat Panel) Antitrust Litig. (N.D. Cal.)

Gustafson Gluek served an integral role handling complex discovery issues in this antitrust action representing individuals and entities that purchased LCD panels at supracompetitive prices. Gustafson Gluek attorneys worked on a range of domestic and foreign discovery matters in prosecuting this case. The total settlement amount with all of the defendants was over $1.1 billion.

### The Shane Group, Inc., et al. v. Blue Cross Blue Shield of Michigan (E.D. Mich.)

Gustafson Gluek was appointed interim Co-Lead Counsel representing a class of purchasers of hospital healthcare services. Plaintiffs alleged that defendant Blue Cross Blue Shield of Michigan used its market position to negotiate contracts with hospitals that impeded competition and increased prices for patients. Gustafson Gluek worked to secure $29.9 million on behalf of the class.

# Consumer Protection

### Baldwin et al. v. Miracle Ear et al. (D. Minn.)

Gustafson Gluek represented consumers who received unwanted telemarketing calls from HearingPro for sale of Miracle Ear brand hearing aid products in violation of the Telephone Consumer Protection Act. Gustafson Gluek played an important role in recovering an $8 million settlement for the class.

### Syngenta Corn Seed Litig. (Minn. & D. Kan.)

Gustafson Gluek was appointed Co-Lead Counsel for the class of Minnesota corn farmers suing Syngenta for negligently marketing its Agrisure/Viptera corn seed before it had been approved in all of the major corn markets. Gustafson Gluek was an integral part of the litigation team in Minnesota, participating in all facets of discovery, motion practice and expert work. Dan Gustafson was one of the lead trial counsel and was also appointed as part of the settlement team. Ultimately, these cases settled for $1.51 billion on behalf of all corn farmers in America.

### In re Centurylink Sales Practices and Securities Litig. (D. Minn.)

Gustafson Gluek was Chair of the Executive Committee and represented a class of current and former CenturyLink customers who paid too much for their phone, internet or television services due to CenturyLink's unlawful conduct. Plaintiffs alleged that CenturyLink engaged in deceptive marketing, sales, and billing practices across dozens of states. Ultimately, Plaintiffs recovered $18.5 million in settlements for the class.

### Yarrington, et al. v. Solvay Pharmaceuticals, Inc. (D. Minn.)

Gustafson Gluek represented a class of individuals alleging unfair competition and false and deceptive advertising claims against Solvay Pharmaceuticals in the marketing of Estratest and Estratest HS, prescription hormone therapy drugs. Gustafson Gluek helped recover $16.5 million for the class.

# Data Breach

### *In re Equifax Inc. Customer Data Security Breach Litig.* (N.D. Ga.)

Gustafson Gluek represented a class of individuals whose personal information was impacted as the result of Equifax's deficient data security practices. Plaintiffs reached a settlement where Equifax agreed to pay $380 million towards the fund for class benefits and an additional $125 million for out-of-pocket losses in addition to credit monitoring and identity restoration services.

### *Landwehr v. AOL Inc.* (E.D. Va.)

Gustafson Gluek served as class counsel in this lawsuit, alleging that AOL made available for download to its members' search history data, which violated these AOL members' right to privacy under the Federal Electronic Communications Privacy Act. Plaintiffs reached a settlement with AOL that made $5 million available to pay the claims of class members whose search data was made available for download by AOL.

### *The Home Depot, Inc., Customer Data Security Breach Litig.* (N.D. Ga.)

Gustafson Gluek represented credit unions and a class of financial institutions whose card members' payment data was compromised as the result of Home Depot's deficient data security practices. These financial institutions lost time and money responding to the data breach. Plaintiffs reached a settlement agreement with Home Depot for $27.25 million for the class members.

### *Greater Chautauqua Federal Credit Union v. Kmart Corporation* (N.D. Ill.)

Gustafson Gluek served on the court-appointed Plaintiffs' Steering Committee representing a class of financial institutions whose card members' payment data was compromised as a result of Kmart's deficient data security practices. These financial institutions lost time and money responding to the data breach. Plaintiffs reached a $5.2 million settlement with K-Mart for the class.

### *Experian Data Breach Litig.* **(C.D. Cal.)**

Gustafson Gluek represented a class of consumers whose personally identifiable information, including Social Security numbers and other highly sensitive personal data, was compromised as the result of Experian's deficient data security practices. Many of these consumers lost time and money responding to the data breach, and they face an ongoing risk of identity theft, identity fraud, or other harm. Plaintiffs reached a $22 million settlement and as a part of the settlement, defendants also agreed and have begun undertaking certain remedial measures and enhanced security measures, which they will continue to implement, valued at over $11.7 million.

## Product Liability

### *In re 3M Combat Arms Earplugs* **(Minn.)**

Gustafson Gluek served as co-lead counsel for individuals seeking damages for hearing loss and other-related injuries due to the use of defective earplugs manufactured by 3M.  Ultimately, Gustafson Gluek helped recover over $6 billion for over 250,000 individuals who had been injured by this product.

### *Bhatia v. 3M Co.* **(D. Minn.)**

Gustafson Gluek represented a class of dentists who bought 3M Lava Ultimate Restorative material for use in dental crowns. Gustafson Gluek was appointed as Co-Lead Counsel for Plaintiffs, who alleged that the 3M Lava material failed at an unprecedented rate, leading to substantial loss of time and money for the dentists and injury to the patients. Gustafson Gluek helped secure a settlement of approximately $32.5 million for all of the dentists who had suffered damages from the failure of this product.

### *Medtronic, Inc., Sprint Fidelis Leads Products Liability Litig.* **(D. Minn.)**

Gustafson Gluek was Lead Counsel representing Plaintiffs, who had Medtronic's Sprint Fidelis Leads implanted in them. Plaintiffs alleged that Medtronic's Sprint Fidelis Leads contained serious defects that cause the leads to fracture, resulting

in unnecessary shocks. Ultimately, these cases settled for over $200 million on behalf of thousands of injured claimants who participated in the settlement. The settlement included a seven-year claim period in which individuals who were registered to participate in the settlement could make a claim if their device failed or was removed within that time period for reasons related to the alleged defect.

### *Medtronic, Inc. Implantable Defibrillators Products Liability Litig.* **(D. Minn.)**

Gustafson Gluek was appointed Co-Lead Counsel in this MDL representing individuals, who were implanted with certain implantable defibrillators manufactured by Medtronic, Inc. Plaintiffs alleged that these certain Medtronic's implantable cardioverter defibrillators (ICDs), and cardiac resynchronization therapy defibrillators (CRT-Ds) contained serious battery defects, which resulted in a recall of the products at issue. Plaintiffs alleged that Medtronic, Inc. knew about this defect, intentionally withheld important information from the FDA and the public and continued to sell the devices for implantation into patients facing life-threatening heart conditions. Gustafson Gluek, in its role as Co-Lead Counsel, helped secure a settlement of approximately $100 million dollars for claimants who participated in the settlement.

## Intellectual Property & Patent Misuse

### *Augmentin Litig.* **(E.D. Va.)**

Gustafson Gluek represented a class of direct purchasers of the pharmaceutical drug, Augmentin. Plaintiffs alleged that defendant GlaxoSmithKline violated the antitrust laws by unlawfully maintaining its monopoly over Augmentin and preventing the entry of generic equivalents. Gustafson Gluek helped recover $62.5 million for the class.

### *Dryer, et al., v. National Football League* **(D. Minn.)**

The U.S. District Court for the District of Minnesota appointed Gustafson Gluek Lead Settlement Counsel in Dryer v. NFL. In that capacity, Gustafson Gluek

represented a class of retired NFL players in protecting their rights to the use of their likenesses in marketing and advertising. Gustafson Gluek helped secure a settlement with the NFL that created unprecedented avenues of revenue generation for the class.

### In re Restasis (Cyclosporine Opthalmic Emulsion) Antitrust Litig. (E.D.N.Y.)

Gustafson Gluek represented a proposed class of End-Payor Plaintiffs in this antitrust class action. Plaintiffs alleged that defendant Allergan engaged in a multifaceted conspiracy to delay generic competition for its brand-name drug Restasis. Gustafson Gluek helped recover $30 million for the class.

### Spine Solutions, Inc., et al. v. Medtronic Sofamore Danek, Inc., et al. (W.D. Tenn.)

Gustafson Gluek was one of the counsel representing the plaintiff, Spine Solutions, Inc. and Synthes Spine So., L.P.P., in a patent litigation against Medtronic Safamor Danek, Inc. and Medtronic Sofamor Donek, USA. The patent at issue in that case involved technology relating to spinal disc implants. This case went to trial in November 2008 and a jury verdict was returned in favor of our clients. The jury found willful infringements and awarded both lost profits and reasonable royalty damages to our clients.

### In re Wellbutrin SR Antitrust Litig. (E.D. Pa.)

Gustafson Gluek played an integral role in this pharmaceutical class action. The firm represented direct purchasers of Wellbutrin SR, who alleged that defendant GlaxoSmithKline defrauded the U.S. Patent and Trademark Office and filed sham lawsuits against its competitors, which delayed the availability of the generic version of Wellbutrin SR to consumers. As a result of this delay, Plaintiffs alleged that they paid more for Wellbutrin SR than they would have if the generic version had been available to them. Gustafson Gluek was actively involved in the investigation, discovery, motion practice, and trial preparation for this case and served an essential role in the mediation that resulted in a $49 million settlement to the direct purchasers.

# APPELLATE ADVOCACY

Gustafson Gluek has experienced, seasoned appellate advocates who can assist in getting the right result. Because Gustafson Gluek attorneys have tried complex cases to jury and bench verdicts, they understand how important the trial court is to a successful appeal.

Gustafson Gluek's appellate attorneys draw from many years of experience practicing before courts at every level of the state and federal system. They have successfully briefed and argued a variety of complex class and non-class cases and been called upon by peers to assist in the appellate process for their clients as well. In addition, they have frequently written briefs and appeared as amicus curiae (friend of the court) on behalf of several professional organizations.

Gustafson Gluek appellate attorneys are admitted to practice in the following appellate courts:

- First Circuit Court of Appeals

- Third Circuit Court of Appeals

- Fifth Circuit Court of Appeals

- Eighth Circuit Court of Appeals

- Ninth Circuit Court of Appeals

- Eleventh Circuit Court of Appeals

- Minnesota State Court of Appeals

- Minnesota Supreme Court

- United States Supreme Court

The following is a representative list of cases in which Gustafson Gluek attorneys argued before the Eighth Circuit include:

- *Graves, et al v. 3M Company*

- *Bryant, et al. v. Medtronic, Inc., et al.*

- *Dryer, et al. v. National Football League*

- *Graves v. 3M Company*

- *Haddock v. LG Electronics USA, Inc.*

- *Rick, et al. v. Wyeth, Inc., et al.*

- *Karsjens, et al. v. Piper, et al.*

- *LaBrier v. State Farm Fire and Casualty Co.*

- *MN Senior Foundation, et al. v. United States, et al.*

- *Larson v. Ferrellgas Partners*

- *Smith v. Fairview Ridges Hospital*

- *Song v. Champion Pet Foods USA, Inc.*

- *Beaulieu v. State of Minnesota*

# Practice Areas and Current Cases

## Antitrust

Gustafson Gluek PLLC is devoted to the prosecution of antitrust violations. Gustafson Gluek attorneys have litigated antitrust cases in federal and state courts across the United States.

Federal and state antitrust laws are designed to protect and promote competition among businesses by prohibiting price fixing and other forms of anticompetitive conduct. Violations can range from straight forward agreements among competitors to raise prices above competitive prices to complicated schemes that affect relationships between different levels of a market.

Ongoing prosecution of these illegal schemes helps protect the average consumer from being forced to pay more than they should for everyday goods. Below are some representative antitrust cases that Gustafson Gluek is currently involved in:

### *Colon v. NCAA (E.D. CA)*

Gustafson Gluek represents a potential class of Division I College Coaches who had been designated by the NCAA as "Volunteer Coaches" and not allowed to receive any wages or benefits for their service. Plaintiffs allege that the NCAA actively suppressed wages of these Division I Collegiate coaches in violation of the federal antitrust laws. The Parties have reached a gross settlement of $303 million that has been preliminarily approved by the Court.

### *In re Archery Products Antitrust Litig.* (D. Colorado)

Gustafson Gluek has been appointed to the Executive Committee for a proposed class of direct purchasers of archery products, such as bows and arrows. Plaintiffs allege that defendants conspired to fix and maintain the price of archery products in violation of the federal antitrust laws resulting in supracompetitive prices.

### *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)

Gustafson Gluek is part of the Co-Lead counsel team for class of commercial indirect purchasers such as restaurants. The case alleges chicken suppliers colluded to artificially restrict the supply and raise the price of chicken in the United States. As part of the Co-Lead counsel team, Gustafson Gluek helped defeat several of the defendants' motions for summary judgment, succeeded in getting the class certified and prepared the case for trial.  To date we have helped recover over $100 million in settlements from seven defendants.

### *In re Concrete and Cement Additives Antitrust Litig.* (S.D.N.Y.)

Gustafson Gluek has been appointed to the Executive Committee for a proposed class of direct purchasers of concrete and cement additives. Plaintiffs allege that defendants conspired to fix and maintain the price of concrete and cement additives in violation of the federal antitrust laws resulting in supracompetitive prices. This litigation is ongoing, but plaintiffs have reached an ice-breaker settlement with one defendant for $1.5 million and significant cooperation.

### *In re Deere & Company Repair Services Antitrust Litig.* (N.D. Ill.)

Gustafson Gluek has been appointed as Co-Lead counsel on behalf of a proposed class of farmers who purchased repair services from John Deere. Plaintiff alleges Deere monopolized the market for repair and diagnostic services for its agricultural equipment in order to inflate the price of these services.

### *In re Disposable Contact Lens Antitrust Litig.* (M.D. Fla.)

Gustafson Gluek represents a class of individuals who purchased contact lenses made by Alcon, CooperVision, Bausch + Lomb, and Johnson & Johnson. Plaintiffs allege that these manufacturers unlawfully conspired to impose minimum resale price agreements on retailers, which restricts retailers' ability to lower prices to consumers. The class was certified, and Gustafson Gluek attorneys were members of the trial team. Ultimately the case settled with all the defendants and that settlement received final approval from the Court.

### *In re Domestic Airline Travel Antitrust Litig.* **(D.D.C.)**

Gustafson Gluek is part of a team representing passengers of the airlines alleging antitrust violation against various airlines. The court denied defendants' motion to dismiss. Discovery has concluded and summary judgement motions have been submitted.  There have been settlements with two of the defendants in this litigation to date.

### *In re DPP Beef Litig.* **(D. Minn.)**

Gustafson Gluek has been appointed Co-Lead Counsel for a proposed class of direct purchasers of beef.  Plaintiffs allege that Cargill JBS, Tyson and National Beef Packing Company conspired to fix and maintain the price of beef in violation of the federal antitrust laws resulting in supracompetitive prices for beef.  This litigation is ongoing, but plaintiffs have reached a $52.5 million settlement with JBS and a $82.5 million settlement with Tyson.

### *In re Fragrance Indirect Purchaser Antitrust Litig.* **(D.N.J.)**

Gustafson Gluek has been appointed Co-Lead Counsel for a proposed class of indirect purchasers of fragrances and fragrance ingredients.  Plaintiffs allege that the world's largest fragrance manufacturers conspired to fix and maintain the price of fragrances and fragrance ingredients in violation of federal and state antitrust laws resulting in supracompetitive prices for plaintiffs and proposed class they seek to represent.

### *In re Frozen Potato Products Antitrust Litig.* **(N.D. Illinois)**

Gustafson Gluek has been appointed Co-Lead Counsel for a proposed class of direct purchasers of frozen potato products.  Plaintiffs allege that the country's largest producers of frozen potato products conspired to fix and maintain the prices in violation of the federal law resulting in supracompetitive prices for plaintiffs and proposed class they seek to represent.

### *In re Generic Pharmaceuticals Pricing Antitrust Litig.* **(E.D. Pa.)**

Gustafson Gluek represents a class of Direct Purchaser Plaintiffs and is part of a team of law firms alleging anti-competitive conduct by more than twenty generic drug manufacturers with respect to more than 100 generic drugs, including drugs used to treat common and serious health conditions such as diabetes and high blood pressure. Cases have been brought on behalf of several distinct groups of plaintiffs, including Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, multiple individual plaintiffs, and the State AGs. There are currently more than a dozen separate cases related to various drugs, which have been organized into three groups for the purposes of case management. The court has denied the motion to dismiss, and discovery is ongoing.

### *In re Google Digital Publisher Antitrust Litig.* **(N.D. Cal.)**

Gustafson Gluek has been appointed to the Leadership Committee representing a class of publishers who sold digital advertising space via Google. Plaintiffs allege that Google's anticompetitive monopolistic practices led to digital publishers being paid less for their advertising space than they otherwise would have been paid in a competitive market.

### *In re Hard Disk Drive Suspension Assemblies Antitrust Litigation (ND Cal.)*

Gustafson Gluek is representing the End User Purchaser plaintiffs who purchased products containing Hard Disk Drive ("HDD") Suspension Assemblies. Plaintiffs allege that manufacturers TDK, NHK, and their respective subsidiaries entered into a cartel agreement to fix prices of HDD suspension assemblies. Defendants' summary judge was denied and motion for class certification is pending. This litigation is ongoing.

### *In re Packaged Seafood Products Antitrust Litig.* **(S.D. Cal.)**

Plaintiffs alleged that a cartel of the largest producers of tuna products in the United States conspired to fix and maintain prices of shelf-stable packaged tuna in violation of federal and state antitrust laws resulting in supracompetitive prices

for plaintiffs and the proposed class. Gustafson Gluek represented plaintiffs and a class of end-payer plaintiffs who purchased packaged tuna products.

### *In re Pork Antitrust Litig.* (D. Minn.)

Gustafson Gluek has been appointed Co-Lead counsel for a class of indirect purchasers of pork products. Plaintiffs allege that the Defendants violated the federal antitrust laws resulting in supracompetitive prices for pork. The Class was certified and there have been settlements reached with certain defendants for over $90 million dollars. The litigation continues against the remaining defendants.

### *Powell Prescription Center, et al. v. Surescripts, LLC, et al.* (N.D. Ill.)

Gustafson Gluek has been appointed Co-Lead Counsel for a proposed class of pharmacies alleging that defendants Surescripts, RelayHealth, and Allscripts Healthcare Solutions conspired to monopolize and restrain trade in the e-prescription services market in violation of the antitrust laws. This litigation is ongoing, but plaintiffs have reached a $10 million settlement with defendant RelayHealth.

# Consumer Protection

Gustafson Gluek PLLC has led class action lawsuits on behalf of consumers alleging consumer protection violations or deceptive trade practices. These cases involve claims related to the false marketing of life insurance, defective hardware in consumer computers, misleading air compressor labeling, and rental car overcharges. Below are some representative cases involving consumer protection claims that Gustafson Gluek is currently litigating:

### *Broadway v. Kia America, Inc.* **(D. Minn.)**

Gustafson Gluek represents proposed nationwide classes of people who purchased certain models of Kia and Hyundai automobiles that lack an engine immobilizer which makes those vehicles unsafe and prone to theft.

### *Crowell, et al., v. FCA USA LLC* **(D. Del.)**

Gustafson Gluek serves as interim co-lead counsel in case representing individuals who purchased Jeep 4XE vehicles at a substantial premium only to find that the electric battery does not operate as advertised and does not allow the vehicle to drive in electric only mode. The vehicles will get locked out of the battery operation and require a trip to the dealership to repair them.

### *In Re Hershey Chocolate Litig.* **(M.D. Pa.)**

Gustafson Gluek is appointed to the Plaintiffs' Steering Committee representing consumers in their claims against Hershey for failing to disclose the presence of PFAS in their chocolate product packaging. PFAS, also known as "forever chemical," is a substance with dangerous health effects that can transfer from the packaging to the food and remain in the body forever once consumed.

### *Gisairo, et al. v. Lenovo (United States) Inc.* **(D. Minn.)**

Gustafson Gluek represents proposed classes of consumers who purchased various Lenovo laptop computers. These computers suffer from a common hinge failure that renders the products partially or completely useless.

### *In re: Nurture Baby Food Litig.* **(S.D.N.Y.)**

Gustafson Gluek represents proposed nationwide classes of consumers that purchased HappyBaby or HappyTots baby food products. Plaintiffs allege that these baby foods were deceptively labeled, marketed, and sold because they contain undisclosed levels of heavy metals and contaminants.

### *In re: Pacific Market International, LLC, Stanley Tumbler Litig.* **(W.D. Wa.)**

Gustafson Gluek serves on the interim executive committee representing a proposed class of individuals who purchased the popular Stanley line of mugs. Unbeknownst to those consumers, Stanley mugs are manufactured using toxic lead.

### *In re Recalled Abbott Infant Formula Products Liability Litig.* **(N.D. Ill.)**

Gustafson Gluek represents proposed nationwide classes of consumers that purchased infant formula products manufactured, marketed, and sold by Abbott. Plaintiffs allege that these baby formula products were deceptively labeled, marketed, and sold because they contain undisclosed levels of heavy metals and contaminants.

### *Kevin Brnich Electric LLC, et al. v. Siemens Industry, Inc.* **(N.D. Ga.)**

Gustafson Gluek represents a proposed class of electricians and consumers who purchased Siemens Ground Fault Circuit Interrupter products. These products are prone to premature nuisance faulting.

### *Krohn v. Pacific Market International, LLC* **(W.D. Wa.)**

Gustafson Gluek represents a proposed class of individuals who purchased the popular Stanley line of mugs. Unbeknownst to those consumers, Stanley mugs are manufactured using toxic lead.

### *Thelen, et al, v HP Inc.* **(D. Del.)**

Gustafson Gluek represents proposed classes of consumer who purchased various HP laptop computers. These computers suffer from a common hinge defect that renders the products partially or completely useless.

# CONSTITUTIONAL LITIGATION

Gustafson Gluek is devoted to the protection of the constitutional liberties of all individuals.  The Firm has litigated several cases at the federal court level on matters involving civil commitment, police brutality, prisoner mistreatment and government misuse of private property.  Below are some representative cases involving constitutional claims that Gustafson Gluek is currently litigating or has recently litigated:

### *Doe v. Hanson et al.* (Minn.)

Gustafson Gluek represents a former juvenile resident of Minnesota Correctional Facility – Red Wing who alleges he was sexually assaulted by a staff member over the course of several years. Despite alleged knowledge of the risk of the abuse to the juvenile, the Correctional Facility did nothing to protect the juvenile. A settlement was reached in 2021, which included significant financial compensation for the victim, required additional training for the MCF-Red Wing staff, and 3 policy changes at MCF-Red Wing.

### *Carr v. City of Robbinsdale* (Minn.)

Gustafson Gluek represented an individual whose car was seized by the Robbinsdale police. The client was a passenger in her car, when the driver was pulled over and arrested for driving under the influence.  The officer seized the car pursuant to Minnesota's civil forfeiture statute.  Gustafson Gluek filed a complaint challenging the constitutionality of the Minnesota civil forfeiture laws. However, prior to any meaningful litigation, the parties were able to settle the case.

### *Khottavongsa v. City of Brooklyn Center* (D. Minn.)

Gustafson Gluek represented the family of a man killed by Brooklyn Center police in 2015. Gustafson Gluek brought section 1983 claims, alleging the officers used excessive force and ignored his medical needs, and that the City of

Brooklyn Center failed to train and supervise the officers. Defendant's motion for summary judgment was largely defeated. The case settled prior to trial.

### *Hall v. State of Minnesota* (Minn.)

Gustafson Gluek successfully litigated a case against the State of Minnesota regarding the State's Unclaimed Property Act. On behalf of plaintiffs, the Firm achieved a ruling that a portion of the State's Unclaimed Property Act was unconstitutional and, as a result, the statute was changed, and property returned to individuals.

### *Karsjens, et al. v. Jesson, et al.* (D. Minn.)

Gustafson Gluek represents a class of Minnesota's civilly committed sex offenders on a pro bono basis through the Federal Bar Association's Pro Se Project. Gustafson Gluek has been litigating this case since 2012, alleging that Minnesota's civil commitment of sex offenders is unconstitutional and denies the due process rights of the class. After a six-week trial in February and March of 2015, Minnesota District Court Judge Donovan Frank found in favor of the class, ruling that the Minnesota Sex Offender Program (MSOP) is unconstitutional, and ordering that extensive changes be made to the program. That order was reversed on appeal. Gustafson Gluek continues to vigorously advocate for the class on the remaining claims and pursue a resolution that will provide constitutional protections to those civilly committed to the MSOP.

### *Jihad v. Fabian* (D. Minn.)

Gustafson Gluek represented an individual bringing suit against the State of Minnesota, the Department of Corrections and others alleging violations of his religious rights relating to his incarcerations in the Minnesota Corrections Facility in Stillwater. Gustafson Gluek was able to secure a settlement for the plaintiff which involved a change in the Department of Corrections policy to provide plaintiff with halal-certified meals at the correction facilities.

### *Samaha, et al. v. City of Minneapolis, et al.* **(D. Minn.)**

Gustafson Gluek is representing several peaceful protestors who were subject to excessive force at the George Floyd protests in May 2020. While peacefully protesting, the plaintiffs were subjected to tear gas, pepper spray and other violence. The case sought declaratory and injunctive relief, including a judgment that the City of Minneapolis has a custom, policy and practice of encouraging and allowing excessive force.

### *Wolk v. City of Brooklyn Center, et al.* **(D. Minn.)**

Gustafson Gluek is representing a peaceful protestor who was subject to excessive force at the Daunte Wright protests in April 2021. While peacefully protesting, the plaintiff was subjected to tear gas, pepper spray, and was shot by a less lethal munition. The case is on-going and seeks both damages and injunctive relief to change the policies of the law enforcement agencies that were involved.

## DATA BREACH

Gustafson Gluek PLLC is actively involved in several major data breach cases across the country. Our attorneys work to protect and defend individuals' sensitive personally identifiable information and hold companies accountable when their online security measures fail to protect that valuable information. Our team works on all aspects of these fast-paced cases from investigating breaches, to litigating cases, to reaching favorable resolutions for our clients. As set forth below, attorneys at Gustafson Gluek serve in key leadership roles representing consumers in regional and national data breach cases.

### *In re* **23AndMe, Inc., Customer Data Security Breach Litigation (N.D. Cal.)**

Gustafson Gluek represents a proposed class of individuals whose sensitive personally identifiable genetic and health information was accessed by unauthorized persons. This case is in its early stages and has recently been consolidated in the Northern District of California.

### *In re AT&T, Inc. Customer Data Security Breach Litigation* (ND. Tex.)

Gustafson Gluek represents a proposed class of 73 million current and former AT&T customers whose sensitive personally identifiable information was accessed by unauthorized third parties.

### *In re Change Healthcare Data Breach* (D. Minn.)

Gustafson Gluek has been named Overall Lead Counsel in a data breach affecting over 200 million people's Personally Identifiable Information as well as thousands of healthcare providers who were damaged in one of the laegest healthcare data breaches in Unites States history.

### *In re Johnson Controls, Inc. Data Incident Litigation* (E.D. WI)

Gustafson Gluek serves on the Executive Committee in this massive data breach where the Dark Angels hacker group was able to access over 27 TB of sensitive employee and client data.

### *Mekhail v. North Memorial Health Care* (D. Minn.)

Gustafson Gluek serves as counsel representing a proposed class of individuals who had their personally identifiable information ("PII") tracked on North Memorial's website and shared with Meta/Facebook for impermissible marketing purposes in contravention to US Department of Health and Human Services guidelines.

### *In re MNGI Digestive Health, PA Data Breach Litig. (Minn.)*

Gustafson Gluek has been appointed to the Executive Committee in this matter representing a proposed class of individuals who had their Personally Identifiable Information and Personal Health Information that was accessed by hackers who were able to penetrate MNGI's weak cybersecurity.

### *In re Netgain Technology, LLC Consumer Data Breach Litigation* **(D. Minn.)**

Gustafson Gluek serves on the Interim Executive Committee in this matter, where over 800,000 individuals had their sensitive personal information such as billing information, Social Security numbers, patient identifiers, and more were stolen by cyber criminals.

### *In re Park Dental Data Breach Litig. (Minn.)*

Gustafson Gluek serves as Interim Co-Lead Counsel representing a proposed class of people who had their Personally Identifiable Information accessed by unauthorized third parties due to Park Dental's inadequate cyber-security protocols.

### *Okash v. Essentia Health* **(D. Minn.)**

Gustafson Gluek serves as counsel representing a proposed class of individuals who had their personally identifiable information ("PII") tracked on North Memorial's website and shared with Meta/Facebook for impermissible marketing purposes in contravention to US Department of Health and Human Services guidelines.

### *Quaife v. Brady Martz & Associates PC* **(D. ND)**

Gustafson Gluek has been appointed co-lead counsel in a case alleging that individuals had their personally identifiable information ("PII") accessed by unauthorized third parties. That information was controlled by Defendant Brady Martz & Associates, PC, which is a firm offering accounting, tax, and audit services. The information in question includes financial account numbers, debit/credit card numbers, security codes, passwords, and PINs.

### *Salinas, et al. v. Block, Inc. et al.* **(N.D. Cal.)**

Gustafson Gluek represents a proposed class of millions of consumers whose financial records and information were accessed by unauthorized third parties.

This case has reached a proposed settlement valued at $15 million plus injunctive relief.

# PRODUCT LIABILITY

Sometimes, consumers are injured by the products they purchase. Products liability is an area of law that seeks to hold manufacturers of products that have injured individuals responsible for the injuries their defective products caused.

These defective products range from medical devices to vehicles to diapers and many others. Gustafson Gluek PLLC represents consumers against the manufacturers of these defective products and has been able to achieve sizable recoveries on behalf of injured individuals. Below are some representative product liability cases that Gustafson Gluek is currently litigating:

### *In re FCA US LLC Monostable Electronic Gearshift Litig.* **(E.D. Mich.)**

Gustafson Gluek serves on the Plaintiffs' Steering Committee and represents individuals who owned or leased 2012-2014 Dodge Chargers, 2014-2015 Chrysler 300s, and 2014-2015 Jeep Grand Cherokees. Plaintiffs allege that these vehicles contain defective gearshifts, which allow vehicles to roll away out of the park position. Issue classes have been conditionally certified.

### *Krautkramer et al., v. Yamaha Motor Corporation, U.S.A.* **(D. Minn.)**

Gustafson Gluek represents a proposed class of individuals who own or lease a range of Yamaha off-road vehicles. Plaintiffs allege that these vehicles are subject to overheating and engine failure due to a defect in the vehicle engines.

### *Mackie et al v. American Honda Motor Co., Inc. et al.* **(D. Minn.)**

Gustafson Gluek represents a proposed class of consumers who purchased or leased 2019-2021 Honda CR-V and Civic vehicles, and 2018-2021 Accord

vehicles equipped with "Earth Dreams" 1.5L direct injection engines. Plaintiffs allege that these vehicles contain an engine defect which causes fuel contamination of the engine oil resulting in oil dilution, decreased oil viscosity, premature wear and ultimate failure of the engines, engine bearings, and other internal engine components, and an increased cost of maintenance.

### *Reynolds, et al., v. FCA US, LLC* **(E.D. Mich.)**

Gustafson Gluek represents a proposed class of individuals who owned or leased 2018-2020 Jeep Wrangler and 2020 Jeep Gladiator vehicles. Plaintiffs allege that these vehicles contain a defective front axle suspension system that causes the steering wheel to shake violently while operating at highway speeds.

### *Rice v. Electrolux Home Prod., Inc.* **(M.D. Pa.);** *Gorczynski v. Electrolux Home Products, Inc.* **(D.N.J.)**

Gustafson Gluek represents classes of individuals who own an Electrolux microwave with stainless-steel handles. Plaintiffs in these cases allege that these certain microwaves, which were sold to be placed over a cooktop surface, have stainless steel handles that can heat to unsafe temperatures when the cooktop below is in use.

### *Woronko v. General Motors, LLC* **(E.D. Mich.)**

Gustafson Gluek represents a proposed class of individuals who owned or leased 2015-2016 Chevrolet Colorado and GMC Canyon vehicles. Plaintiffs allege that these vehicles are equipped with a defective electrical connection that causes the vehicles to lose power steering while driving under a variety of conditions. This case is in the initial pleading stage.

# Pro Bono & Community

Gustafson Gluek recognizes that those who provide legal services are in a unique position to assist others. The Firm and its members strongly believe in giving back to the community by providing legal services to those in need. The law can make an immense difference in an individual's life; however, effectively navigating the legal system is not an easy task. Providing pro bono legal services promotes access to justice, by giving counsel to those who otherwise would not have it.

In keeping with this commitment to providing representation to those who otherwise do not have access to representation, Dan Gustafson was one of four lawyers who helped develop and implement the Minnesota *Pro Se* Project for the Minnesota Chapter of the Federal Bar Association. Because the Federal Bar Association did not have funding for the project, Gustafson Gluek volunteered to administer the Project during its inaugural year, starting in May 2009, devoting extensive resources to matching pro se litigants with volunteer counsel. In 2010, Chief Judge Michael Davis of the District of Minnesota awarded Dan Gustafson a Distinguished Pro Bono Service Award for "rising to the Court's challenge of bringing the idea of the *Pro Se* Project to fruition and nurturing the Project into its current form."  Gustafson Gluek has continued representing clients through the *Pro Se* Project since that time.

# Gustafson Gluek Supports the Following Volunteer Organizations

- American Antitrust Institute
- The American Constitutional Society
- Association of Legal Administrators – MN Chapter
- Children's Law Center
- Cookie Cart
- COSAL
- Division of Indian Work
- Domestic Abuse Project
- Federal Bar Association
- Federal *Pro Se* Project
- Great North Innocence Project
- Hennepin County Bar Association
- Innocence Project of MN
- Infinity Project
- Lawyers Concerned for Lawyers
- Minnesota Hispanic Bar Association
- Minnesota Paralegal Association
- Minnesota State Bar Association
- Minnesota Women Lawyers
- MN Chapter of the Federal Bar Association
- Page Education Foundation
- Southern MN Regional Legal Services
- The Fund For Mid-Minnesota Legal Aid
- Volunteer Lawyers Network
- Twin Cities Diversity In Practice

# OUR PROFESSIONALS

# DANIEL E. GUSTAFSON



Daniel E. Gustafson is a founding member of Gustafson Gluek PLLC.  Mr. Gustafson has dedicated his career to helping individuals and small businesses litigate against large corporations for various antitrust, product defect or consumer fraud violations. He has also strived to use his legal skills to represent those who cannot otherwise afford a lawyer.  Mr. Gustafson served as an appointed public defender in federal court, he was involved in helping develop the Federal Bar Association's *Pro Se* Project, which coordinates volunteer representation for *pro se* litigants, and he has spent thousands of hours representing individuals on a pro bono basis.

In 2019, he was given a lifetime achievement award by the United States District Court for the District of Minnesota, Minnesota Chapter of the Federal Bar Association and the *Pro Se* Project for his exemplary pro bono work and extraordinary support of the *Pro Se* Project.

Mr. Gustafson is admitted to practice in the United States District Court for the District of Minnesota, the United States District Court for the District of North Dakota, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, the United States District Court for the Eastern District of Wisconsin, the United States Courts of Appeals for the First, Third, Fifth, Sixth, Eighth and Eleventh Circuits, the Minnesota Supreme Court and in the United States Supreme Court.

Mr. Gustafson was an adjunct professor at the University of Minnesota Law School for many years, teaching a seminar long course on the "Fundamentals of Pretrial Litigation."

Mr. Gustafson is a past president of the Federal Bar Association, Minnesota Chapter (2002-2003) and served in various capacities in the Federal Bar Association over the last several years. He was the Vice-Chair of the 2003 Eighth Circuit Judicial Conference held during July 2003 in Minneapolis (Judge Diana E. Murphy was the Chair of the Conference). He is a member of the Hennepin County, Minnesota, Federal, and American Bar Associations.

In September 2011, Mr. Gustafson testified before the House Committee on the Judiciary, Subcommittee on Intellectual Property, Competition and the Internet regarding the proposed merger between Express Scripts and Medco. Mr. Gustafson also testified before the United States Congressional Commission on Antitrust Modernization in June 2005. In addition to congressional testimonies, Mr. Gustafson has authored or presented numerous seminars and continuing legal education pieces on various topics related to class action litigation, antitrust, consumer protection or legal advocacy.

Mr. Gustafson served as a law clerk to the Honorable Diana E. Murphy, United States District Judge for the District of Minnesota (1989-91). Following his judicial clerkship, Mr. Gustafson worked in the fields of antitrust and consumer protection class action litigation. In May 2003, Mr. Gustafson formed Gustafson Gluek PLLC where he continues to practice antitrust and consumer protection class action law.

Mr. Gustafson has been actively involved in many cases, in which he, or the Firm, has been named Lead Counsel, Co-Lead Counsel, Co-Lead Trial Counsel, or Settlement Counsel, including:

- *In re Granulated Sugar Antitrust Litig.* (D. Minn)
- *In re Change Healthcare Customer Data Security Breach Litig.* (D. Minn.)
- *In re DPP Beef Antitrust Litig.* (D. Minn.)
- *In re Pork Antitrust Litig.* (D. Minn.)
- *3M Earplugs Litig.* (Minn.)
- *In re Syngenta Litig.* (Minn.)
- *In re Broiler Chicken Antitrust Litig.* (N. D. Ill.)

- *In re Medtronic, Inc. Sprint Fidelis Liability Litig.* (D. Minn.)
- *Precision Assocs. Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y)
- *In re Medtronic, Inc. Implantable Defibrillators Liability Litig.* (D. Minn.)
- *In re Vitamin C Antitrust Litig.* (E.D.N.Y.)
- *In re DRAM Antitrust Litig.* (N.D. Cal.)
- *The Shane Group, Inc. v. Blue Cross Blue Shield of Michigan* (E.D. Mich.)
- *Karsjens v. Jesson* (D. Minn.)
- *Synthes USA, LLC v. Spinal Kinetics* (N.D. Cal.)
- *KBA-Giori, North America, Inc., v. Muhlbauer, Inc.* (E.D. Va.)
- *Spine Solutions, Inc. v. Medtronic Sofamor Danek, Inc.* (W.D. Tenn.)
- *Dryer v. National Football League* (D. Minn.)
- *In re Asacol Antitrust Litig.* (D. Mass.)
- *In re Wellbutrin SR/Zyban Direct Purchaser Antitrust Litig.* (E.D. Pa.)
- *Reitman v. Champion Petfoods* (C.D. Cal.)
- *Weaver v. Champion Petfoods* (E.D. Wis.)
- *Rydman v. Champion Petfoods* (W.D. Wash.)

## Additional Background Information

### Education:
- Juris Doctorate (1989)
  - University of Minnesota Law School
- Bachelor of Arts (1986)
  - University of North Dakota

### Court Admissions:
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota
- U.S. Court of Appeals for the First, Second, Third, Fifth, Sixth, Eighth, Tenth and Eleventh Circuits
- U.S. Supreme Court

### Recognition:
- Selected by *Minnesota Lawyer* as Minnesota Icon Honoree (2023)
- Richard S. Arnold Award for Distinguished Service (2021)
- Pro Se Project Lifetime Achievement Award (2019)
- Selected by *Super Lawyers* as a Minnesota "Super Lawyer" (2001 - 2023)
- Selected by *Minnesota Lawyer* as Attorney of the Year (2010, 2013, 2017)

- Ranked in the "Top 100 Minnesota Lawyers" by *Super Lawyer* (2012-2024)
- MSBA North Star Lawyer (2012, 2013, 2015, 2018, 2020, 2024)
- American Antitrust Institute Meritorious Service Award (2014)
- Director of The Fund for Legal Aid Board (2014-2018)
- Infinity Project Board Member (2015)
- MWL President's Leadership Circle (2013-2014)
- UST School of Law Mentor (2014-2015)
- AAI Annual Private Enforcement Award and Conference Committee Member (2014-2016)

# DANIEL C. HEDLUND



Daniel C. Hedlund is a member of Gustafson Gluek PLLC, having joined the Firm in 2006. Throughout his legal career, Mr. Hedlund has practiced in the areas of antitrust, securities fraud, and consumer protection, and, in 2021, Mr. Hedlund was named Co-Chair the Firm's antitrust litigation team.

Mr. Hedlund is admitted to practice in the United States District Court for the District of Minnesota, the Eighth Circuit Court of Appeals, and in Minnesota State Court. He is a member of the Federal, American, Minnesota, and Hennepin County Bar associations. Mr. Hedlund is active in the Minnesota Chapter of the Federal Bar Association (FBA), recently completing a term as President for the Minnesota chapter of the FBA. He has previously served in several roles for the Minnesota Chapter including: Co-Vice President for the Eighth Circuit, Co-Vice President Legal Education; Co-Vice President, Special Events; Co-Vice President, Monthly Meetings; Secretary; and Liaison between the FBA and the Minnesota State Bar Association. He has served as Chairman for the Antitrust Section of the Minnesota State Bar Association (MSBA), Secretary for the MSBA Consumer Litigation Section, and is past President of the Committee to Support Antitrust Laws. In addition, he has been appointed twice by the Court to serve on Panels for Magistrate Judge Selection in the District of Minnesota.

In addition to presenting at numerous CLEs, Mr. Hedlund has testified multiple times before the Minnesota legislature on competition law, and before the Federal Rules Committee.

From 2013-2026, he has been designated as a Minnesota "Super Lawyer," in the field of antitrust law. He was also ranked in the Top 100 Minnesota Lawyers by *Super Lawyers* in 2015, 2017-2021, and 2025. Mr. Hedlund has served as a volunteer attorney for the Minnesota Federal Bar Association's Federal *Pro Se*

Project and is the recipient of the Minnesota District Court's Distinguished *Pro Bono* Service Award in 2011.

Mr. Hedlund served as a law clerk on the Minnesota Court of Appeals (1997) and in the Fourth Judicial District of Minnesota (1995-1996).

Mr. Hedlund has worked on several cases in which Gustafson Gluek is or had been appointed to leadership positions or been actively involved including:

- *In re Beef DPP Antitrust Litig. (D. Minn.)*
- *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)
- *In re Interior Molded Doors Indirect Purchaser Antitrust Litig.* (E.D. Va.)
- *In re Pork Antitrust Litig.* (D. Minn.)
- *In re Deere & Company Repair Services Antitrust Litig.* (N.D. Ill.)
- *Bhatia v. 3M Co.* (D. Minn.)
- *In re Dealer Management Systems Antitrust Litig.* (N.D. Ill.)
- *Kleen Prods. v. Intl. Paper (Containerboard Antitrust Litig.)* (N.D. Ill.)
- *In re CenturyLink Sales Practices and Securities Litig.* (D. Minn.)
- *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.)
- *The Shane Group, Inc. v. Blue Cross Blue Shield of Michigan* (E.D. Mich.)
- *In re Vitamin C Antitrust Litig.* (E.D.N.Y.)
- *In re Blue Cross Blue Shield Antitrust Litig.* (N.D. Ala.)
- *In re DRAM Antitrust Litig.*

## Additional Background Information

**Education:**
- Juris Doctor (1995)
  - University of Minnesota Law School
    - Note and Comment Editor: Minnesota Journal of Global Trade

- Bachelor of Arts (1989)
  - Carleton College

**Court Admissions:**
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota

**Recognition:**
- Selected by *Super Lawyers* as a Minnesota "Super Lawyer" (2013 – 2026)
- Ranked in Top 100 Minnesota Lawyers by *Super Lawyers* (2015, 2017 – 2021, and 2025)
- Minnesota District Court's Distinguished Pro Bono Service Award (2011)
- Recipient of the Federal Bar Association's John T. Stewart, Jr. Memorial Fund Writing Award (1994)

**Publications:**
- Co-Authored "Plaintiff Overview" in Private Antitrust Litigation 2015 – Getting the Deal Through
- Contributor to Concurrent Antitrust Criminal and Civil Procedure 2013 – American Bar Association

# DENNIS STEWART



Dennis Stewart joined Gustafson Gluek PLLC as a member in 2019, opening the Firm's San Diego office.  Mr. Stewart comes to Gustafson Gluek with years of experience in litigating antitrust, consumer and securities class and individual actions.  His cases have ranged across a wide variety of industries including carbon fiber, credit card fees, interchange, casino gaming, sports broadcasting, college athletics, rental car fees, electronics components, medical devices, medical services, casino gaming, and defense procurement.

He is currently serving as one of the counsel in the leadership group in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*  He also is one of the counsel participating in the representation of End Purchaser Plaintiffs in *In re Packaged Seafood Products Antitrust Litig.* (S.D. Cal.), Commercial and Industrial Indirect Purchaser Plaintiffs in *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.) and one of the trial counsel in *In re: Cathode Ray Tube (CRT) Antitrust Litig.* (N.D. Cal.). Mr. Stewart recently served as one of the counsel who successfully obtained an injunction requiring the National Womens Soccer League to permit a 15 ½ year old womens soccer player to play in the NWSL despite a minimum age rule which would have blocked her participation in the league.

Between 1981 and 1985, he worked for a major San Diego law firm and engaged in a general commercial litigation practice. Between 1985 and 1988, Mr. Stewart served as a trial attorney with the Antitrust Division of the United States Department of Justice. While at the Antitrust Division, Mr. Stewart participated in investigations and trials involving alleged criminal violations of the antitrust and related laws in waste hauling, movie exhibition, and government procurement and was lead trial counsel in the successful prosecution through trial of *United States v. Saft America, Inc.* (D.N.J.).

Since leaving government service, Mr. Stewart has served as Lead Counsel, Principal Counsel and/or Trial Counsel in numerous antitrust, consumer and securities cases, both class and non-class. He was Lead Trial Counsel in *Knapp v. Ernst & Whinney* (9th Cir. 1996), in which a plaintiffs' verdict was returned in a Rule 10b-5 securities fraud class action, and *Hall v. NCAA*, (D. Kan.) in which Plaintiffs' verdicts were returned for NCAA assistant coaches.

Mr. Stewart has also served as Co-Lead Trial Counsel, Co-Lead Counsel, Trial Counsel or played an integral role in the following litigation:

- *Colon v. NCAA* (E.D. Cal.)
- *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)
- *In re Airline Ticket Commission Antitrust Litig.* (D. Minn.)
- *In re Contact Lens Antitrust Litig.* (M.D. Fla.)
- *In re Lifescan Consumer Litig.* (N.D. Cal.)
- *Carbon Fiber Antitrust Litig.* (C.D. Cal.)
- *In re Currency Conversion Litig.* (S.D.N.Y.)
- *Schwartz v. Visa* (Cal. Sup Ct.)
- *In re Polypropolene Carpet Antitrust Litigation* (N.D. Ga.)
- *Shames v. Hertz Corp.* (S.D. Cal.)
- *In re Broadcom Securities Litig.* (C.D. Cal.)
- *In re: Cathode Ray Tube (CRT) Antitrust Litig.* (N.D. Cal.)

### Additional Background Information

**Education:**
- Juris Doctor
  - Hofstra University
- College of the Holy Cross (1976)

**Court Admissions:**
- California Supreme Court
- California Court of Appeal
- U.S. District Court for the District of California

**Recognitions:**
- Selected by *Super Lawyers* as a California "Super Lawyer" (2012 – 2018; 2022)

# FRANCES MAHONEY-MOSEDALE



Frances Mahoney-Mosedale joined Gustafson Gluek PLLC as an associate in 2021. Since joining the firm, Frances has been a vigorous advocate for individuals and small businesses in the areas of data breach, antitrust, product defect, and civil rights.

Ms. Mahoney-Mosedale has been actively involved in significant antitrust cases, including *In re Deere & Co. Repair Services Antitrust Litig.* (N.D. Ill.)., in which Gustafson Gluek has been appointed as Co-Lead Counsel. She is also currently litigating *In re Change Healthcare, Inc. Customer Data Security Breach Litig.* (D. Minn.), in which the firm serves as Overall Lead Counsel. Additionally, Ms. Mahoney-Mosedale was appointed named Lead Counsel in *In re Allianz Life Insurance Company of North America Data Incident Litigation* (D. Minn.). In addition to her heavy caseload, she is heavily involved in the Minnesota Federal Bar Associations Pro Se Project, which matches pro se litigants to pro bono counsel. Independently, Ms. Mahoney-Mosedale has brought pro bono cases alleging constitutional and civil rights violations by state and local governments. Among those cases, she represented peaceful protestors who were subjected to excessive force by law enforcement in separate cases against the City of Minneapolis and the City of Brooklyn Center. Ms. Mahoney-Mosedale has been recognized as a North Star Lawyer every year she has been practicing, a distinguishment given to attorneys who provide 50 hours or more of bro bono legal services in any one year.

In 2024, Ms. Mahoney-Mosedale was recognized by Minnesota Lawyer as an "Up and Coming Attorney" in Minnesota and was selected by Super Lawyers as a "Rising Star" in 2025.

Ms. Mahoney-Mosedale is an active member of Minnesota Women Lawyers, Federal Bar Association, Minnesota State Bar Association the Lavender Bar

Association, and is on the board of the Minnesota chapter of the American Constitutional Society.

Ms. Mahoney-Mosedale has been actively involved as counsel in the following cases:

- *Deere & Company Repair Services Antitrust Litig.* (N.D. Ill.)
- *3M Company Earplugs Litig.* (Minn.)
- *Samaha, et al. v. City of Minneapolis, et al* (D. Minn.)
- *Wolk v. City of Brooklyn Center* (D. Minn.)
- *Google Digital Publisher Antitrust Litig.* (S.D.N.Y.)
- *Jones v. Varsity Brands, LLC* (W.D. Tenn.)
- *Google Digital Publisher Antitrust Litig.* (S.D.N.Y)
- *In re Cathode Ray Tube (CRT) Antitrust Litig.* (N.D. Cal.)
- *Rydman v. Champion Petfoods* (W.D. Wash.)
- *Mancini v. Federal Bureau of Prisons* (D. Minn.)

## Additional Background Information

### Education:
- Juris Doctor (2021)
  - University of Minnesota Law School

- Bachelor of Arts (2016)
  - Lewis & Clark College

### Court Admissions:
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota
- U.S. District Court for the Eastern District of Wisconsin
- United States Court of Appeals for the Eighth Circuit

# LYDIA LOCKWOOD



Lydia Lockwood joined Gustafson Gluek PLLC as an associate in November 2024 after graduating from the University of Maryland Francis King Carey School of Law, where she earned a Law and Health Care Certificate.

While attending law school, Ms. Lockwood also served as a Supervisory Student Attorney and Public Policy Lead for the Medical-Legal Partnership Clinic, where she advocated public health policy issues. She was also the Notes and Comments Editor for the *Journal of Health Care Law & Policy*.  Additionally, Ms. Lockwood clerked with the Federation of State Medical Boards, focusing on telehealth and health policy.

As an associate at Gustafson Gluek, Ms. Lockwood practices in the areas of antitrust, product defect, consumer protection, and civil rights. Ms. Lockwood is also an active member of Minnesota Women Lawyers and the Federal Bar Association.

Ms. Lockwood has been actively involved as counsel in significant cases at Gustafson Gluek, including:

- *B.H., a minor by and through his legal guardian, Angela Hogan v. Amazon.com, Inc. (ND Il.)*
- *In re Concrete and Cement Additives Antitrust Litig. (S.D.N.Y.)*
- *In re Bank of America Unauthorized Account Opening Litigation (W.D.N.C.)*

### Additional Background Information

**Education:**
- Juris Doctor (2024)
  - University of Maryland Francis King Carey School of Law

- Notes & Comments Editor: *Journal of Health Care Law & Policy*, and *Journal of Health Care Law & Policy*
- Baltimore Outreach for Student Success Mentor
- Peer Advisor
- Student Health Law Organization
- Women's Bar Association
- Awarded CALI Excellence for the Future Award for Fraud and Abuse
- Awarded Hoffberger Clinical Law Prize

- Bachelor of Arts (2019)
  - University of St. Thomas
    - Women Connect Endowed Student Leadership Scholarship Recipient
    - Don Leyden Journalism Scholarship Recipient
    - Father Whalen Journalism Scholarship Recipient
    - Aquinas Honors Scholar

## Court Admissions:
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota



SAN FRANCISCO BAY AREA │ LOS ANGELES AREA │ NEW YORK │ SEATTLE

WWW.CPMLEGAL.COM

**OUR FIRM**

Cotchett, Pitre & McCarthy, LLP ("CPM") based in the San Francisco Bay Area for over 45 years, engages exclusively in litigation and trials. The firm's dedication to prosecuting or defending socially just actions has earned it a national reputation. With offices in four cities—the San Francisco Bay Area, Los Angeles, Seattle, and New York—the core of the firm is its people and their dedication to principles of law, their work ethic, and their commitment to justice. We are trial lawyers dedicated to achieving justice.







**"The Cotchett firm has few peers that equal their ability in litigation.**
**Their commitment to the cause of justice and their ethical standards stand apart. They are people who give back to the community and give lawyers a good name."**

*—Judge of the Superior Court (Retired)*

2

**OUR PRACTICE AREAS**

CPM represents both plaintiffs and defendants in a wide range of practice areas, including:

- Antitrust & Global Competition
- Aviation / Helicopter Accidents
- Commercial Litigation
- Consumer Protection Class Actions
- Defective Products / Mass Torts
- Elder Abuse
- Employment Law
- Environmental Law
- False Claims / Whistleblower Law
- Municipal & Public Entity Litigation
- Privacy & Intellectual Property
- Personal Injury & Wrongful Death
- Pharmaceutical Litigation
- Securities / Financial Fraud
- Shareholder Rights / Corporate Governance

**"This court has had the distinct pleasure of having the parties in this case represented by some of the finest attorneys not only in this state but in the country." Cotchett, Pitre & McCarthy has "well reputed experience in [consumer fraud] litigation."**

***—Judge of the U.S. District Court***

## OUR OFFICES



**San Francisco Bay Area**
840 Malcolm Road
Suite 200
Burlingame, CA 94010
T: 650.697.6000
F: 650.697.0577



**Los Angeles Area**
2716 Ocean Park Boulevard
Suite 3088
Santa Monica, CA 90405
T: 310.392.2008
F: 310.392.0111



**40 Worth Street**
Suite 602
New York, NY 10013
T: 212.201.6820
F: 917.398.7753



**Seattle**
1809 7th Avenue
Suite 1610
Seattle, WA 98101
T: 206.802.1272
F: 206.299.4184

**CPM'S EXPERIENCE IN ANTITRUST CASES**

**<u>Noteworthy Results for Consumers and Businesses</u>**

CPM represents plaintiffs in the following antitrust class actions in which it serves or served as lead or co-lead counsel and has secured noteworthy results for American consumers and businesses:

*In re Automotive Parts Antitrust Litigation*
**United States District Court, Eastern District of Michigan**
CPM serves as co-lead counsel for end-payor plaintiffs against scores of automotive parts suppliers for allegedly engaging in massive conspiracies to fix the prices, rig the bids, and allocate the markets of various automotive parts sold to automobile manufacturers, next sold to automobile dealerships, and then sold to consumers and businesses. ***CPM and its co-lead counsel recovered over $1.2 billion for the end-payor plaintiff classes.***

*In re Broiler Chicken Antitrust Litigation*
**United States District Court, Northern District of Illinois**
CPM serves as co-lead counsel for commercial and institutional indirect purchasers against broiler chicken suppliers for allegedly engaging in a conspiracy to fix, raise, maintain, and stabilize the prices of broiler chickens by coordinating output and limiting production with the intended and expected result of increasing the prices of broiler chickens. ***CPM and its co-lead counsel recovered over $145 million for commercial and institutional purchaser plaintiff classes.***

*In re Capacitors Antitrust Litigation*
**United States District Court, Northern District of California**
CPM serves as lead counsel for indirect purchasers of electrolytic and film capacitors against capacitor suppliers for allegedly engaging in two massive and separate conspiracies to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of electrolytic and film capacitors, respectively. ***CPM recovered $80.4 million for the indirect purchaser plaintiff classes.***

*In re Cattle and Beef Antitrust Litigation*
**United States District Court, District of Minnesota**
CPM serves as co-lead counsel for direct purchaser plaintiffs against beef processing and packing defendants for allegedly engaging in a conspiracy to constrain beef supplies in the United States, thereby artificially inflating domestic beef prices. ***To date, CPM and its co-lead counsel have recovered $52.5 million for the direct purchaser class.***

*In re Domestic Airline Travel Antitrust Litigation*
**United States District Court, District of Columbia**
CPM serve as co-lead counsel for purchasers of air transportation against American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., and United Airlines, Inc. for allegedly engaging in a conspiracy to restrict capacity and thereby raise prices for air passenger transportation services. ***To date, CPM and its co-lead counsel have recovered $60 million for the class.***

***In re Farm-Raised Salmon and Salmon Products Litigation***
**United States District Court, Southern District of Florida**
CPM serves as a member of an informal Executive Committee and represents a class of indirect salmon buyers against Norwegian salmon-farming companies for allegedly coordinating price hikes of salmon and salmon products. ***Counsel for indirect purchaser plaintiffs recovered $33 million for the classes***.

***In re Freight Forwarders Antitrust Litigation***
**United States District Court, Eastern District of New York**
CPM served as co-lead counsel for purchasers of freight forwarding services from freight forwarders who allegedly engaged in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of freight forwarding services. ***CPM and its co-lead counsel recovered approximately $450 million for the class.***

***In re Geisinger Health and Evangelical Community Hospital Healthcare Workers Antitrust Litigation***
**United States District Court, Middle District of Pennsylvania**
CPM serves as co-lead counsel for a class of healthcare workers alleging Geisinger System Services, Inc. and Evangelical Community Hospital entered into a no-poach agreement that unlawfully restrained competition for healthcare labor, suppressing job mobility and wages. ***CPM and its co-lead counsel recovered $28.5 million for the class.***

***In re Google Play Consumer Antitrust Litigation***
**United States District Court, Northern District of California**
CPM serves on the Steering Committee and represents consumers of Android apps and in-app purchases against Google for allegedly and unlawfully maintaining a monopoly in the Android application distribution market and in-app aftermarket. In September 2023 Consumer Plaintiffs and Google reached an agreement in principle to settle the case, after many months of mediation. ***Google will pay approximately $700 million to reimburse consumers for their allegedly inflated app purchases***.

***In re Lithium Batteries Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as co-lead counsel for indirect purchasers of lithium-ion batteries against lithium-ion battery suppliers for allegedly engaging in a conspiracy to fix the prices of these products. ***CPM and its co-lead counsel recovered $113 million for the classes.***

***In re Resistors Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as lead counsel for indirect purchasers of linear resistors against resistor suppliers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of linear resistors. ***CPM recovered $33.4 million for the classes.***

***In re Telescopes Antitrust Litigation***
**United States District Court, Northern District of California**
CPM serves as co-lead counsel for classes of consumers and businesses against telescope

6

manufacturers for allegedly engaging in massive conspiracies to fix the prices and allocate the markets of telescopes and telescope products. ***CPM and its co-lead counsel recovered $32 million for the class.***

***In re Transpacific Passenger Air Transportation Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as co-lead counsel for purchasers of air transportation against 13 Asian and Oceanic airlines for allegedly engaging in a conspiracy to fix the prices of discount fares and fuel surcharges on long-haul passenger flights for transpacific routes. ***CPM and its co-lead counsel recovered over $148 million for the classes***.

## Executive Committee or Steering Committee Experience

CPM represents plaintiffs in the following antitrust class actions in which it serves as a member of the Executive Committee or Steering Committee:

***In re Cathode Ray Tube (CRT) Antitrust Litigation***
**United States District Court, Northern District of California**
CPM serves as a member of the Executive Committee and represents direct purchasers against CRT manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of CRTs. ***To date, counsel for direct purchaser plaintiffs has recovered over $212 million for the class.***

***In re Crop Inputs Antitrust Litigation***
**United States District Court, Eastern District of Missouri**
CPM serves as a member of the Executive Committee and represents a class of consumers and businesses that purchased crop inputs against crop input suppliers that allegedly established a secretive distribution process that keeps crop inputs prices inflated at supracompetitive levels and, in furtherance of their conspiracy, denies farmers access to relevant market information.

***In re Copaxone Antitrust Litigation***
**United States District Court, District of New Jersey**
CPM serves as a member of an informal Executive Committee and represents a class of third-party payors against Teva for willfully maintaining its monopoly power in the market for prescription drug Copaxone using restrictive or exclusionary conduct.

***In re Generic Pharmaceuticals Pricing Antitrust Litigation***
**United States District Court, Eastern District of Pennsylvania**
CPM and Adam J. Zapala serve as a member of the Steering Committee and represent end-payor plaintiffs of generic drugs against dozens of generic drug manufacturers for alleged engaging in conspiracies to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of dozens of generic drugs.

***In re Granulated Sugar Antitrust Litigation***
**United States District Court, District of Minnesota**
CPM serves on the Plaintiffs' Steering Committee and represents direct purchaser plaintiffs against

7

Defendants who allegedly conspired to artificially inflate the price of Refined Sugar in the United States and its territories.

*In re Oral Phenylephrine Marketing and Sales Practice Litigation*
**United States District Court, Eastern District of New York**
CPM serves on the Plaintiffs' Steering Committee and represents purchasers of over-the-counter, orally ingested phenylephrine-containing products to relieve nasal and sinus congestion sold by Defendants that allegedly do not relieve nasal and sinus congestion yet were continued to be marketed as effective decongestants.

*In re Parking Heaters Antitrust Litigation*
**United States District Court, Eastern District of New York**
CPM served as liaison counsel for indirect purchaser plaintiffs of air and coolant parking heaters in the aftermarket for commercial vehicles against parking heater manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of parking heaters. ***Counsel for IPPs recovered $7.7 million for the class.***

*In re Visa Debt Card Antitrust Litigation*
**United States District Court, Southern District of New York**
CPM serves on the Plaintiffs' Executive Committee for the fee payor class. Visa has allegedly entrenched its monopoly by using a multi-faceted exclusionary strategy to stifle competition and innovation in the United States debit market, resulting in enormous financial harms to merchants.

**Illustrative Examples of Pre-2012 Leadership Experience**

*In re Citric Acid Antitrust Litigation*
**United States District Court, Northern District of California**
CPM served as co-lead counsel in an antitrust class action against the five largest sellers of citric acid in the United States, Archer Daniels Midland Co., Hoffmann-La Roche Inc., Jungbunzlauer, Inc., Haarmann & Reimer Corp., and Cerestar Bioproducts B.V., for alleged conspiring to fix the prices of citric acid at artificially high levels. The court certified the class in October 1996. ***CPM and its co-lead counsel recovered approximately $86.5 million for the class.***

*In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*
**United States District Court, Northern District of California**
CPM served as chair of the Discovery Committee and represented direct purchasers against DRAM manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of ODDs. ***Counsel for direct purchaser plaintiffs recovered over $325 million for the class.***

*In re International Air Transportation Surcharge Antitrust Litigation*
**United States District Court, Northern District of California**
CPM served as co-lead counsel for purchasers of purchasers of air transportation against Virgin Atlantic Airways Ltd. and British Airways for allegedly engaging in a conspiracy to impose fuel surcharges on long-haul passenger flights for transatlantic routes. ***CPM and its co-lead counsel recovered over $204 million for the class.***

8

*In re Methionine Antitrust Litigation*
**United States District Court, Northern District of California**
CPM served as co-lead counsel in this antitrust class action against several methionine manufacturers for allegedly engaging in a conspiracy to fix the prices and allocate the markets of methionine. ***CPM recovered $107 million for the class***.

*In re Optical Disk Drive (ODD) Antitrust Litigation*
**United States District Court, Northern District of California**
CPM served as a member of the Executive Committee and represented direct purchasers against ODD manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of ODDs. ***Counsel for direct purchaser plaintiffs recovered $74.75 million for the class.***

*In re Static Random Access Memory (SRAM) Antitrust Litigation*
**United States District Court, Northern District of California**
CPM served as lead counsel for direct purchasers of SRAM against SRAM manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of SRAM chips. ***CPM recovered $77 million for the class.***

*In re Sodium Gluconate Antitrust Litigation*
**United States District Court, Northern District of California**
CPM served as lead counsel in an antitrust class action against manufacturers of sodium gluconate, an industrial cleaning agent, for allegedly fixing the prices thereof. The court certified the class. ***CPM recovered $4,801,600 for the class.***

*In re Webkinz Antitrust Litigation*
**United States District Court, Northern District of California**
CPM served as lead counsel for small business retailers who purchased Webkinz plush line toy from Ganz Inc. ("Ganz") on the condition that they also order a minimum $1,000 of products from Ganz's "core line" of products. ***CPM recovered $2.5 million for the class.***

*Kopies, Inc., et al. v. Eastman Kodak Co.*
**United States District Court, Northern District of California**
CPM served as co-lead counsel for copier service firms against manufacturers of parts for alleged illegal tying of products and services. ***CPM and its co-lead counsel recovered $45 million for the plaintiffs.***

*Natural Gas Antitrust Cases I, II, III, & IV*
**Superior Court of California, San Diego Superior Court**
CPM represented 11 public entities and others for the alleged reporting of false information by non-core natural gas retailers to published price indices to manipulate the natural gas market during the California energy crisis. ***CPM successfully prosecuted and recovered $124 million in settlements***.

9

## OUR PEOPLE
## ANTITRUST ATTORNEYS AT CPM

### ADAM J. ZAPALA



**Education**
- UC Law San Francisco (formerly UC Hastings), J.D.
- Stanford University, B.A.

**Admissions**
- California

**Adam Zapala** is a Partner at Cotchett, Pitre & McCarthy, LLP, where he focuses on complex litigation, including antitrust, employment & civil rights, privacy & cybersecurity, *qui tam*/false claims, consumer protection and class actions generally.

Mr. Zapala has served as lead counsel, or in other court-appointed leadership positions, in some of the largest and most complex litigation matters in the United States, and has obtained outstanding results. Mr. Zapala is known for his deep understanding of antitrust law and class action practice and procedure.

Mr. Zapala has been recognized by courts, his peers, and by various publications for his outstanding work. Since 2014, Mr. Zapala has been recognized as a *Super Lawyer Rising Star*, or *Super Lawyer*. In 2019, the American Antitrust Institute ("AAI") recognized the work of Mr. Zapala and his colleagues in the groundbreaking *Auto Parts* antitrust litigation, where CPM represents the end-payor plaintiffs and have recovered over $1 billion in settlements on their behalf. The *Daily Journal* has repeatedly recognized Mr. Zapala as one of the top antitrust lawyers in California. His work on cases has regularly appeared in Top Settlements & Verdicts.

Mr. Zapala received a B.A. from Stanford University and his J.D. from UC Law San Francisco (Formerly UC Hastings). Prior to CPM, Mr. Zapala worked at Davis, Cowell & Bowe, LLP. (now known as McCracken, Stemerman & Holsberry, LLP.) in San Francisco, where he represented labor unions, Taft-Hartley Pension and Health & Welfare funds, employees and consumers in complex litigation, arbitration and NLRB proceedings. While at DCB, Mr. Zapala served as trial counsel in countless arbitrations on behalf of labor unions and employee benefit funds. He has argued cases before the California First, Third, and Sixth District Court of Appeal.

Mr. Zapala currently serves as the President of the Legal Aid Society of San Mateo County. He

10

also previously served as a staff attorney with Bay Area Legal Aid, where he focused on representing indigent clients in a wide variety of civil litigation matters. While there, Mr. Zapala developed expertise in Medi-Cal, Medicare and other publicly-financed healthcare systems. Mr. Zapala also has legislative and policy experience, working on Capitol Hill as a policy aide for Senator Ron Wyden (D- Oregon) in Washington D.C.

While at Stanford University, Mr. Zapala became a four-time Academic All-American, a four-time All-American, and Captain of the Stanford Men's Soccer Team. In 2001, he was drafted in the Major League Soccer ("MLS") Super Draft by the Dallas Burn (now FC Dallas).

11

# ELIZABETH T. CASTILLO



**Education**
- UC Law San Francisco (formerly UC Hastings), J.D.
- Boston University, B.A., Economics and Political Science
- Università Commerciale Luigi Bocconi, Milan, Italy

**Admissions**
- California
- New York
- District of Columbia

**Elizabeth Tran Castillo** is a partner in the San Francisco Bay Area office of Cotchett, Pitre & McCarthy, LLP and a member of the Antitrust & Global Competition practice group. Her work focuses on class actions and other complex litigation. Her experience includes litigating direct and indirect purchaser class actions as well as international and domestic cartel matters. Her career has been noteworthy due to her leadership in *In re Automotive Parts Antitrust Litigation*, a multidistrict litigation in the Eastern District of Michigan against over 70 defendant groups that settled for over $1.2 billion.

Liz has received various honors for her antitrust work, including:

- Lawdragon 500 Leading Global Antitrust & Competition Lawyers (2025)
- Lawdragon 500 Leading Plaintiff Financial Lawyers (2024-2025)
- Best Lawyers: Ones to Watch® in America (2024-2025)
- Los Angeles and San Francisco Daily Journal Top Antitrust Lawyers (2022)
- American Antitrust Institute Outstanding Antitrust Litigation Achievement in Private Law Award (2019)
- American Antitrust Institute Outstanding Antitrust Litigation Achievement by a Young Lawyer Award (2016)
- Northern California Super Lawyers (2022-2024) and Rising Star (2015-2021)

Liz has represented consumers, businesses, and local governments in both federal and state courts and at all stages of litigation, including discovery, trial, and appeals. While she is involved in all aspects of the cases she litigates, she places emphasis on her case development, e-discovery, and settlement strategy work.

# CHRISTOPHER F. JEU



**Education**
- Yale, J.D.
- Graduate School of Arts and Sciences, Columbia University, M.A.
- Columbia College, Columbia University, B.A.

**Admissions**
- California
- Texas

**Christopher F. Jeu** is a Senior Counsel at Cotchett, Pitre & McCarthy LLP, where he focuses on complex litigation, including antitrust and class actions.

From 2016 to 2025, Chris was an Assistant United States Attorney, in which he served as lead counsel for the United States in a wide range of civil cases, including judicial review, Freedom of Information Act, employment, immigration, medical malpractice, and personal injury cases. From 2020 to 2025. Chris was an AUSA in the Northern District of California. From 2016 to 2020, he was an AUSA in the District of New Mexico, where his efforts included working with Native American tribes and mass tort litigation arising from a forest fire. Chris has prevailed in numerous cases on behalf of the United States, federal agencies, and federal employees. He has also successfully settled numerous cases. Chris has been recognized for his outstanding work. His awards include the U.S. Attorney's Office Award for Excellence in Oral Advocacy, for his work before the Ninth Circuit Court of Appeals.

Before joining the U.S. Attorney's Office, Chris was an Associate and Of Counsel at Morrison & Foerster LLP, where he specialized in patent litigation and other intellectual property cases.

Chris has also served as an Adjunct Professor at Rutgers Law School, where he has helped teach Deposition Advocacy. His pro bono work included volunteering for Legal Aid of San Mateo and the Lawyer's Committee for Civil Rights.

In addition, Chris serves on the Northern District of California's ADR Program, where he is a Mediator and an Evaluator for the Early Neutral Evaluation program.

Chris earned his J.D. from Yale Law School, where she served as an Editor of the Yale Law Journal, and he clerked for U.S. District Judge Fernando M. Olguin of the Central District of California.

13

## **CHRISTIAN S. RUANO**



**Education**
- UC Law San Francisco (formerly UC Hastings), J.D.
- University of California, Davis, B.A.

**Admissions**
- California

**Christian Santiago Ruano** is an associate attorney at Cotchett, Pitre & McCarthy, LLP, and a member of the Antitrust & Global Competition practice group. His work focuses primarily on class actions in addition to other complex litigation matters such as employment & civil rights, privacy & cybersecurity, and consumer protection claims. Christian is dedicated to representing individuals and communities impacted by corporate misconduct and advocating for public interest causes.

Christian's background includes significant experience in both criminal and civil litigation. He contributed to criminal prosecution efforts at the U.S. Attorney's Office in San Francisco and gained additional experience in criminal defense as a law clerk with Texas Rio Grande Legal Aid, where he supported public defenders on behalf of indigent clients. In addition, Christian has valuable civil litigation experience working with a personal injury solo practitioner in San Francisco, where he assisted with various stages of case preparation and client advocacy. His work at a San Francisco-based AI startup also allowed him to contribute to the development of an AI model focused on contract analysis and legal document review.

Christian graduated from the UC Law San Francisco (Formerly UC Hastings) and holds a B.A. in International Relations from UC Davis. During law school, he demonstrated his commitment to student leadership and environmental advocacy as the Co-Founder and Co-President of the Beachgoers and Surf Enthusiasts Club, as well as serving as a student representative throughout his time there. His experience also includes legislative internships with U.S. and Massachusetts senators and volunteer work as an American civics educator with the Immigration Institute of the Bay Area.

Outside of work, Christian enjoys basketball, volleyball, estate sales, and watching the Golden State Warriors. He is also committed to community initiatives with the Prisoner Literature Project, Surfrider Foundation, and Peninsula Open Space Trust.

## JOSEPH W. COTCHETT



**Education**
- UC Law San Francisco (formerly UC Hastings), J.D.
- California State Polytechnic University, B.S. in Engineering
- Named an Outstanding Graduate

**Admissions**
- California
- District of Columbia
- New York

As stated by the National Law Journal, **Joseph W. Cotchett** is considered by plaintiffs and defense attorneys alike to be one of the foremost trial lawyers in the country. He has been named one of the 100 most influential lawyers in the nation for the past 20 years. In recent years, he has been in the Top 3 for best attorneys in Northern California. Since 2017, he has been named by Super Lawyers to be the #1 lawyer in Northern California, as ranked by his peers. The *Daily Journal* has named him to be one of the Top 100 in California since its inception. In 2019 he was named Consumer Attorney of the Year for his 20-year fight against lead paint manufacturers for poisoning California's most vulnerable children and communities. The California Labor Federation honored Cotchett with its "Top Slugger for Workers" award in 2019, recognizing his decades of fighting for the underdog. In 2020, Cotchett was named one of the Top 100 in California and Top 25 Plaintiff Lawyers.

As reported in the San Francisco / Los Angeles Daily Journal, he is "considered one of the best trial strategists in the state" who built a career out of representing the underdog against powerful interests. The San Francisco Chronicle rated him as one of the best in California, saying, **"**The Burlingame attorney has had a star career that's not only talked about in legal circles but has made headlines around the country. Known mostly as a plaintiffs' lawyer, many of his cases are filed on behalf of fraud victims, and have a widows-and-orphan flavor to them.**"**

During his 50-plus year legal career, he has tried more than 100 cases to verdict, and settled hundreds more, winning numerous jury verdicts, ranging from multi-million dollar fraud, antitrust and securities jury verdicts to several defense verdicts in complex civil cases. He successfully negotiated multi-million-dollar settlements in qui tam lawsuits and in antitrust, securities, major fraud cases, and mass torts.

In the 1980s, Cotchett won mammoth judgments and settlements for investors in white-collar fraud cases, with jury verdicts of more than $200 million arising out of the collapse of the Technical Equities Corp. in San Jose. He is known nationally as the lead trial lawyer for 23,000 plaintiffs in the Lincoln Savings & Loan Association/American Continental Corp. case in 1990 involving

Charles Keating, his lawyers, accountants and bankers in Tucson, Arizona. He won one of the then largest jury verdicts in US history, $3.3 billion. He obtained nearly $400 million in settlements from lawyers, accountants and other professionals caught up in the scandal.

He has represented both the National Football League and its teams since the early 1980s in various legal actions. As counsel for E. & J. Gallo Winery, he won a celebrated defense jury verdict in a trade dress infringement case involving wine labels and bottles produced by Gallo.

In recent years, Cotchett has taken on major corporate entities and Wall Street for financial fraud. He and the firm are involved in litigation resulting from nearly every major corporate scandal including Enron, WorldCom, Global Crossing, Homestore.com, Qwest, Montana Power Company, Lehman, Bank of America, Goldman Sachs and numerous others on behalf of private investors and public pensions. The firm has represented the California Public Employees' Retirement System, California State Teachers' Retirement System, and the University of California Board of Regents, along with numerous political subdivisions of the state, such as counties, cities and districts.

In 2000, he served as trial counsel for Consumers Union, successfully defending the watchdog consumer group in a product disparagement and defamation suit in Federal Court in Los Angeles. Isuzu Motors of Japan had sued Consumers Union for disparagement to the 1995-96 Trooper, claiming millions in damages. Following an eight-week trial, a jury ruled in favor of Consumers Union. Trial Lawyers for Public Justice honored Cotchett as "Trial Lawyer of the Year" in 2000 in honor of his "outstanding contribution to the public interest" through his work for Consumers Union. Also, in 2000, Consumer Attorneys of California gave Cotchett its "Presidential Award of Merit." In 2004, he was the lead trial counsel in a product defamation case against Consumers Union. The jury ruled for Consumer Union in what was considered a major victory for a free press and the First Amendment.

Cotchett is involved in extensive pro bono work. In one such case, he brought a lawsuit against the United States Navy on behalf of 8,600 Amerasian children in the Philippines who were left in villages after the closing of the Subic Bay Naval Base. The case ended in a settlement giving direct U.S. aid to the children fathered by U.S. servicemen and a television documentary on the subject. He regularly takes on pro bono causes including environmental and public policy matters and the firm represents and advises several Native American groups.

Cotchett received his B.S. in Engineering from California State Polytechnic University, San Luis Obispo in June 1960, being named an Outstanding Graduate, and his J.D. from Hastings College of Law at the University of California in June 1964. In June 2002, Cotchett received an **Honorary Doctor of Laws** from Cal Poly and The California State University Board of Trustees. In May 2006, Cotchett received an **Honorary Doctor of Letters** from Notre Dame de Namur University. In May 2011, Cotchett received an **Honorary Doctor of Letters** from the University of San Francisco. In each case, he was the graduation speaker honored by the Universities.

Following college, he served as an officer in the U.S. Army Intelligence Corps, followed by years as a Special Forces paratrooper and JAG Corps officer, in the active reserves. Before transferring to the JAG, he made 12 airborne operations. He retired in 1991 with the rank of Colonel with

16

various citations including the distinguished **Legion of Merit**. He is a member of many veteran and airborne associations having served on active duty 1960-1961. From 2001 to 2005, he served on the board of the Army War College Foundation in Carlisle, Pennsylvania which supports the prestigious Army War College at Carlisle Barracks, the graduate school for the senior commanders of all branches of the service, including officers from foreign allies.

In 2003, Cotchett was honored by **Disability Rights Advocates** for his nearly 40 years of civil rights work. At a San Francisco dinner attended by lawyers, judges and community leaders, Cotchett was described as follows:

*Joe Cotchett has been a champion for justice since his college days. As an engineering student in North Carolina, Joe challenged segregation by drinking from segregated water fountains and riding in the back of buses. Later, as a student at Cal Poly, in 1958 Joe successfully established the first integrated fraternity, which prompted the other fraternities on campus to follow suit.*

*Joe's legal career has involved representing the underdog and doing extensive pro bono work. His civil rights commitment has been leveraged over and over by his financial support of legal fellowships. He has given a 'kick-start' to the public interest careers of the new law graduates at Trial Lawyers for Public Justice, Public Citizen, Southern Poverty Law Center and Disability Rights Advocates. Through these fellowships, Joe has helped to ensure social change through law. Joe guided DRA as a board and litigation committee member from its infancy years into the defender of disability rights it has become today.*

17

# FMCO LAW

## About Us

Foote Chavez Law, LLC (d/b/a Foote, Mielke, Chavez & O'Neil, LLC) is a complex civil litigation law firm. Founding partners Robert Foote and Kathleen Chavez offer a diverse array of skills, knowledge, and determination. We routinely provide legal representation to governments, individuals, employees, trusts, and unions. Our lawyers have impressive academic credentials, and decades of experience in national, multi-district, class, collective, and complex civil litigation.

## Our Cases

The Firm seeks out the kinds of cases many lawyers run away from – interesting cases that offer us a chance to get creative, think deeply, challenge unclear or inconsistent precedent, shape the direction of our state and federal law, and achieve transformative justice. Transformative litigation is often high risk, requiring years of hard work, substantial financial expenditures, and a tireless commitment to obtaining justice for our clients.

## Partners Robert M. Foote and Kathleen C. Chavez

Robert Foote earned his undergraduate degree from Harvard in 1976, and his law degree from the University of Wisconsin in 1979. He has spent more than four decades as an accomplished trial lawyer, with hundreds of trials to his credit.

Kathleen Chavez earned her undergraduate degree in finance from Northern Illinois University in 1995, and her law degree from Northwestern University School of Law in 1998. Ms. Chavez is admitted in the United States District Court for the Northern District of Illinois, United States District Court for the Northern District of Illinois, United States District Court for the Southern District of Illinois, the Federal Trial Bar, and the Federal Court of Claims.

Our partners have been appointed as lead counsel or to leadership positions in numerous complex class actions and mass tort litigation, including:

- Grasley, et al. v. Chemtool, Inc., No. 21-L-162
- In Re: Blue Cross Blue Shield Antitrust Litigation, MDL 2406
- In Re Managed Care Litigation, MDL 1334, Case No. 04-CV-21589 (M.D. Fla.)
- In Re Insurance Brokerage Antitrust Litigation, MDL No. 1663, Civ. No. 04-518(FSH)(D.N.J.)
- In Re Lupron Marketing and Sales Practices Litigation, MDL 1430
- Lee v. Allstate, Docket No. 03 LK 127 (Ill. Cir. Ct.)
- Dunkle, et al. v. IFDA Services Inc., et al., Docket No. 08-L-682 (Ill. Cir. Ct.)
- Tipsword v. Merrill Lynch, et al., Docket No. 3:09-CV-00390 (S.D. Ill.)
- Westgate Ford Truck Sales v. Ford Motor Company, Docket No. 02-CV-483526 (Ohio Cir. Ct.)
- Barnes v. Canadian National, Docket No. 04 C 1249 (N.D. Ill.)
- Byas, et al. v. Union Pacific Railroad, Docket No. 06-CV-475 (S.D. IL)

- Carter v. Allstate, docket No. 02 L717 (Ill. Cir. Ct.)
- Dremak, et al. v. Groupon, Inc., Docket No. 11-CH-876 (Ill. Cir. Ct.)
- In Re Google AdWords Litigation, Docket No. 08-CV-03369 (N.D. CA)
- McManus, et al. v. Countrywide Financial Corp., et al., Docket No. 09-CV-1705 (N.D. Ill.)
- Havlish v. Iran, Docket No. 03-MDL-1570 (S.D.NY); 9/11 Claims
- Hoglan v. Iran; 9/11 Claims
- DeKalb County, et al. v. Federal Housing Finance Agency, et al., Docket No. 3:12-cv-50227 (N.D. Ill.)
- Academy of Motion Picture Arts and Sciences v. GoDaddy.com, Inc., Docket No. 10-CV-3738 (C.D. CA)
- Amft v. United States Dep't of Transp., EEOC Case No. 210-2004-00139X (2004)
- Bolden v. Walsh Construction Company, Docket No. 06-cv-4104 (N.D. IL)
- Douglas Powers and Suzan McCarthy, et. al., v. U.S. Department of Transportation, Agency, EEOC Case Nos. 210-2002-6091X
- Gennusa, et al. v. Lakewood Homes, Inc., Docket No. 08-L-46 (Ill. Cir. Ct.)
- Potts v. United Parcel Service, Inc., Docket No. 07-cv-3949 (N.D. Ill.)
- Tuf Racing Products, Inc., v. American Suzuki Motor Corp., Case No. 99-CV-3497 (7th Cir. Ill.)
- UBID, Inc. v. The GoDaddy Group, Inc., and GoDaddy.com, Inc., Docket No. 1:09-CV-02123 (N.D. Ill.)
- Vennett, et al. v. American Intercontinental University, et al., Docket No. 05-CV-4889 (N.D. Ill.)
- Vulcan Golf, LLC, et al. v. Google Inc., Docket No. 07-CV-3371 (N.D. Ill.)
- Bo Jackson v. Google Inc., Docket No. 07-CV-3371 (N.D. Ill.)
- Whitworth, et al. v. Nationwide Mutual Insurance Co., Docket No. 00CVH-08-6980 (Oh. Ct. Com. Pl.)
- In Re Pre-Filled Propane Tank Litigation, MDL 2086
- In Re RC2 Corp. Toy Lead Paint Products Liability Litigation, MDL 1893
- In Re Sulzer Hip Prosthesis and Knee Prosthesis Liability Litigation, MDL 1401
- In Re Testosterone Replacement Therapy Products Liability Litigation, MDL 2545
- In Re U.S. Foodservice, Inc., Price Litigation, MDL 1894
- Retention by over 20 states in the underground storage tank litigation