**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Western Division**

Deere & Company Repair Services Antitrust
Litigation, et al.

                                     Plaintiff,

v.                                   Case No.:
                                    3:22−cv−50188
                                    Honorable Iain D.
                                    Johnston

Deere & Company

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 14, 2026:

      MINUTE entry before the Honorable Iain D. Johnston: In lieu of a telephonic status hearing, an in−person hearing on the Plaintiffs' motion for preliminary approval [333] is set for 5/15/2026 at 10:00 AM. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.