## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Western Division

Deere & Company Repair Services Antitrust
Litigation, et al.

                                 Plaintiff,

v.

                                 Case No.:
                                 3:22−cv−50188
                                 Honorable Iain D.
                                 Johnston

Deere & Company

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 4, 2026:

      MINUTE entry before the Honorable Iain D. Johnston: Wilson Farms' motion for an extension of time to file its position paper comparing the relief proposed in this case with the relief proposed in the FTC case (25 CV 50017) [362] is granted and is now due 8/3/2026. This extension is FINAL. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.