# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | Case No. 3:22-cv-50188 MDL No. 3030 Hon. Iain D. Johnston |

**PLAINTIFF WILSON FARMS LAND AND CATTLE CO.'S MOTION TO EXTEND TIME TO RESPOND TO COURT'S JULY 29, 2026 RULE TO SHOW CAUSE UNTIL NEXT BUSINESS DAY**

Plaintiff Wilson Farms Land and Cattle Co. ("Wilson Farms") respectfully moves the Court for a brief extension of its period to file a response to its Rule to Show Cause issued on July 29, 2026 until tomorrow, Thursday, August 5, 2026. In support of this Motion, Wilson Farms states as follows.

1. On May 18, 2026, the Court entered an order (the "Preliminary Approval Order") granting a motion for preliminary approval of a proposed class settlement (the "Proposed Class Settlement") with Defendant Deere & Company ("Defendant") made by Named Plaintiffs Colvin Farms, Eagle Lake Farms Partnership, England Farms & Harvesting, LLC, Hapka Farms, Inc., Blake Johnson, and Plum Ridge Farms, LLC (collectively, the "Settling Plaintiffs") in this action (the "Class Action"). ECF No. 341.

2. On June 29, 2026, Named Plaintiff Wilson Farms filed an objection to the Proposed Settlement. ECF No. 348. On July 1, 2026, Wilson Farms also filed its notice of intent to appear at the Fairness Hearing on the Proposed Settlement. ECF NO. 349.

3.      On July 27, 2026, the Settling Plaintiffs filed a motion to amend the Preliminary Approval Order. ECF No. 356. The Motion proposed revised Notice Plan materials for the Court's approval, an addendum to the Proposed Class Settlement agreement, and certain other changes to the Preliminary Approval Order that remain hidden from Wilson Farms. *Id.*

1.      On July 28, 2026, Plaintiff Wilson Farms filed a motion asking the Court to set a briefing schedule on the Settling Plaintiffs' motion to amend the Court's Preliminary Approval Order. ECF No. 359. On July 28, 2026, the Settling Plaintiffs filed a response arguing (without merit) that the Court should deny Plaintiff Wilson Farms' motion to set a briefing schedule because Wilson Farm is merely an "objector" who "has no right to bring" motions. ECF No. 360 at 1.

2.      On July 29, 2026, the Court issued Wilson Farms "a Rule to Show Cause as to what authority this Court has, if any, under the Federal Rules of Civil Procedure or another source, to consider a motion weighing in on the preliminary approval of class settlement by" a party in a similar procedural position to Wilson Farms by August 5, 2026. ECF No. 361.

3.      In light of unavoidable work disruptions caused by the members of its counsel team falling ill and/or having family obligations over the weekend, Plaintiff Wilson Farms requests a one-day extension of its deadline to respond to the Court's Rule to Show Cause until the end of tomorrow, August 6, 2026.[1]

4.      This Motion is brought in good faith and not for any improper purpose.

---

[1] Undersigned counsel anticipates filing Wilson Farms' brief before 9 a.m. (Central Time).

**WHEREFORE,** Plaintiff Wilson Farms respectfully asks the Court to extend the time within which it may file its response to the Court's July 29, 2026 Rule to Show Cause up to and including August 6, 2026.

DATED: <u>August 5, 2026</u>          Respectfully Submitted,

*admitted *pro hac vice*

<u>/s/Basel J. Musharbash</u>
Basel J. Musharbash*
Texas Bar No. 24111402
**ANTIMONOPOLY COUNSEL**
500 Clarksville Street
P.O. Box 795
Paris, Texas 75461
Phone: 903.212.3096
Email: basel@antimonopoly.us
        anu@antimonopoly.us
        hilary@antimonopoly.us
        info@antimonopoly.us

*Attorney for Wilson Farms
Land and Cattle Co. LLC*