**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Western Division**

Deere & Company Repair Services Antitrust
Litigation, et al.

|  | Plaintiff, |
|---|---|

v.                                                                    Case No.:
                                                                      3:22−cv−50188
                                                                      Honorable Iain D.
                                                                      Johnston

Deere & Company

                                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 6, 2026:

      MINUTE entry before the Honorable Iain D. Johnston: Wilson Farms' motion [364] for an extension of time to respond to the Court's Rule to Show Cause, Dkt. 361, is granted. Its response is now due 8/6/2026. This extension is FINAL. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.