**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | MDL No. 3030<br>Case No.: 3:22-cv-50188<br>Hon. Iain D. Johnston |

**PLAINTIFFS' UNOPPOSED MOTION FOR DISBURSEMENT FROM THE SETTLEMENT FUND FOR SETTLEMENT NOTICE AND ADMINISTRATION COSTS**

In accordance with this Court's Order preliminarily approving the Settlement with Defendant Deere & Co., Dkt. No. 367, and the Settlement Agreement dated March 6, 2026, Dkt. No. 333-3, Plaintiffs respectfully move for an Order approving disbursement of funds from the Settlement Fund related to notice and settlement administration, to be paid to Angeion Group, LLC ("Angeion") and Monument Economics Group ("MEG") for services rendered in connection with the Notice Plan and Settlement Administration.

The basis for this Motion is as follows:

1. On August 17, 2026, the Court entered its Amended Order granting preliminary approval ("Order"). Dkt. No. 367.

2. As part of that Order, the Court appointed Angeion to serve as the notice and claims administrator in the case. *Id.* ¶ 16. Notice must commence by August 28, 2026. *Id.* ¶ 39.

3. Effectuating the Notice Plan requires certain up-front payments, including costs associated with postcard notice, email notice, a media campaign, a press release, outreach to

relevant interest groups, development of a settlement website, setup of a toll-free settlement telephone number, fraud monitoring set-up, and project start-up and consulting costs.

4. In connection with the Notice Plan and related administrative services, Angeion has been working with MEG, an economics firm retained by Class Counsel to assist in processing, understanding, and harmonizing of available data and pre-populating claim forms.

5. The Preliminary Approval Order provides that "[a]ll expenses incurred by [Angeion] must be reasonable and shall be payable solely from the Settlement Fund. *Id.* ¶ 16. The Settlement Agreement between the parties provides that no disbursement may be made from the Settlement Fund without prior written approval from the Court. Dkt. No. 333-3, ¶ 31.

6. To date, Angeion has incurred $244,954.58 in notice and administration fees and costs and MEG has incurred $173,014.50 in aiding the settlement-administration and claims processes. Plaintiffs believe these fees and expenses are reasonable and thus request an order approving their payment.

7. In the interest of judicial efficiency and the avoidance of repeated motion practice, Class Counsel also request that the Order permit the disbursement from the Settlement Fund of payments for costs related to Notice and Settlement Administration on an ongoing basis, up to an aggregate of $1,000,000.00, without further order from the Court.

8. A Proposed Order approving the requested disbursements to Angeion and MEG

has been sent to Proposed_Order_Johnston@ilnd.uscourts.gov.

Dated: August 21, 2026

Respectfully submitted,

By: */s/ Adam J. Zapala*
Adam J. Zapala
Elizabeth T. Castillo
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

By: */s/ Kenneth A. Wexler*
Kenneth A. Wexler
Justin N. Boley
Tyler J. Story
Margaret L. Shadid
**WEXLER BOLEY & ELGERSMA LLP**
311 South Wacker Dr.
Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com
ms@wbe-llp.com

By: */s/ Daniel C. Hedlund*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Frances Mahoney-Mosedale
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
fmahoneymosedale@gustafsongluek.com

Dennis Stewart
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300 San Diego, CA 92101
dstewart@gustafsongluek.com

*Interim Co-Lead Counsel for Plaintiffs*

Robert Foote, Esq. (3124325)
Kathleen C. Chavez, Esq. (6255735)
**FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**
10 W. State Steet, Suite 200
Geneva, IL 60134
kcc@fmcolaw.com
rmf@fmcolaw.com

*Interim Liaison Counsel for Plaintiffs*

Marc C. Gravino (6188531)
**WILLIAMS MCCARTHY LLP**
P.O. Box 219
Rockford, IL 61105
(815) 987-8936
mgravino@wilmac.com

*Interim Local Facilitating Counsel for Plaintiffs*