**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION | MDL No. 3030<br>Case No.: 3:22-cv-50188<br>Hon. Iain D. Johnston |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR DISBURSEMENT FROM THE SETTLEMENT FUND FOR SETTLEMENT NOTICE AND ADMINISTRATION COSTS**

**WHEREAS**, Plaintiffs have filed an Unopposed Motion for Disbursement from the Settlement Fund for Settlement Notice and Administration Costs (the "Motion");

**WHEREAS**, the Court has reviewed and considered the Motion and the applicable language of the Settlement Agreement dated March 6, 2026;

**WHEREAS**, plaintiff Wilson Farms has failed to respond to the Court after two prompts, so the Court has no reason to belief it has any objection to the Motion;

**NOW, IT IS HEREBY ORDERED** that said Motion is **GRANTED** as follows:

1. A disbursement of $244,954.58 from the Settlement Fund to Angeion Group, LLC for notice and administration fees and costs is approved.

2. A disbursement of $173,014.50 from the Settlement Fund to Monument Economics Group for its assistance in the settlement-administration and claims processes is approved.

3. Plaintiffs' request for permission to disburse from the Settlement Fund payments for costs related to notice and settlement administration on an ongoing basis, up to an aggregate

of $1,000,000.00, is approved.

**IT IS SO ORDERED.**

DATED: August 21, 2026

IAIN D. JOHNSTON
United States District Judge